| | |
|---|---|
| KEITH M. KIUCHI #2735<br>1001 Bishop Street, Suite 985<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-2230<br>Facsimile: (808) 533-4391<br>E-Mail: kkiuchi106@cs.com<br><br>Attorneys for Defendant MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC | CHOI & ITO, Attorneys at Law<br>Chuck C. Choi          #6435<br>Allison A. Ito          #8152<br>Michel A. Okazaki    #6524<br>(independent lawyer appearing through Choi & Ito)<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877<br>Facsimile: (808) 566-6900<br>Email: cchoi@hibklaw.com<br>           aito@hibklaw.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>       Plaintiffs,<br><br>    v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>       Defendants. | Case 1:22-cv-00283-LEK-WRP<br><br><br>DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S FRCP RULE 7.1 DISCLOSURE STATEMENT |

1

**DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S FRCP RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to FRCP Rule 7.1, DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC make the following disclosures: SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC, is not a corporation and does not have a parent corporation and is not owned in whole or in party by any corporation.

DATED: Honolulu, Hawaii, August 29, 2022.

/s/ Chuck C. Choi
KEITH M. KIUCHI
CHUCK C. CHOI
ALLISON A. ITO
MICHEL A. OKAZAKI
ATTORNEYS FOR DEFENDANTS
MARTIN KAO, TIFFANY LAM AND
SOCIETY OF YOUNG WOMEN SCIENTISTS
AND ENGINEERS