| | |
|---|---|
| KEITH M. KIUCHI #2735<br>1001 Bishop Street, Suite 985<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-2230<br>Facsimile: (808) 533-4391<br>E-Mail: kkiuchi106@cs.com<br><br>Attorneys for Defendant MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC | CHOI & ITO, Attorneys at Law<br>Chuck C. Choi          #6435<br>Allison A. Ito           #8152<br>Michel A. Okazaki     #6524<br>(independent lawyer appearing through Choi & Ito)<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877<br>Facsimile: (808) 566-6900<br>Email: cchoi@hibklaw.com<br>            aito@hibklaw.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>         Plaintiffs,<br><br>    v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>         Defendants. | Case 1:22-cv-00283-LEK-WRP<br><br><br>DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S INITIAL DISCLOSURES |

85665

**DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S INITIAL DISCLOSURES**

COME NOW DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC ("Defendants"), through counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby provide their Initial Disclosures:

### DISCLOSURES

These initial disclosures may be supplemented by later disclosure, discovery, correspondence, and pleadings. Defendants do not waive their right to object to the production of documents or the testimony of any witnesses, on any ground, including (1) the attorney-client privilege or the work-product doctrine; (2) relevance, competence or materiality; (3) over-breadth, undue burden or oppression; (4) any privilege against self-incrimination.

**I.      Persons with discoverable information that may support defenses**

Nothing herein shall be construed as a waiver of the privilege against self-incrimination as set forth the Fifth Amendment of the United States Constitution, Article I, Section 10 of the Hawai'i Constitution and Hawai'i Rule of Evidence 509 (hereinafter "Privilege against Self-Incrimination"). Nothing herein shall be

85665

construed as a waiver of defenses, including but not limited to defenses based on res judicata, arbitration and award, and jurisdiction.

Subject to the foregoing and other qualification set forth in this disclosure, Defendants respond as follows:

 A. Martin Kao
   c/o CHOI & ITO
   CHUCK C. CHOI
   ALLISON A. ITO
   700 Bishop Street, Suite 1107
   Honolulu, Hawaii 96813
   Telephone No. (808) 533-1877

Witness has information relevant to facts but will assert his Privilege against Self-Incrimination.

 B. Tiffany Lam
   c/o CHOI & ITO
   CHUCK C. CHOI
   ALLISON A. ITO
   700 Bishop Street, Suite 1107
   Honolulu, Hawaii 96813
   Telephone No. (808) 533-1877

Witness has information relevant to facts but will assert her Privilege against Self-Incrimination.

 C. LAWRENCE KAHELE LUM KEE.
   SCOTT E. KUBOTA 3706-0
   NEAL K. AOKI 3919-0
   4 Waterfront Plaza, Suite 480
   500 Ala Moana Boulevard
   Honolulu, Hawaii 96813

Telephone No.: (808) 532-9595
Facsimile No.: (808) 532-9599

Witness is believed to have relevant information.

D.  CLIFFORD CHEN
    Contact information not currently known.

Witness is believed to have relevant information.

E.  GARY AMBROSE
    Contact information not currently known.

Witness is believed to have relevant information.

F.  DUKE HARTMAN
    c/o MARGERY S. BRONSTER
    REX Y. FUJICHAKU
    BRONSTER FUJICHAKU ROBBINS
    A Law Corporation
    1003 Bishop Street, Suite 2300
    Honolulu, Hawaiʻi  96813
    Telephone: (808) 524-5644
    Facsimile:  (808) 599-1881

Witness is believed to have relevant information.

G.  Past and Current employees of MDG
    Including but not limited to:
    Pam Berry
    Daniel Brunk
    Eric Schiff
    Michael Schmicker
    James Ota
    c/o LUNG ROSE VOSS & WAGNILD
    Topa Financial Center

>
> 700 Bishop Street, Suite 900
> Honolulu, Hawaii 96813
> Telephone: (808) 523-9000
> Facsimile: (808) 533-4184

Witnesses are believed to have relevant information.

H. Past and current representatives of Navatek Holdings LLC
   c/o LUNG ROSE VOSS & WAGNILD
   Topa Financial Center
   700 Bishop Street, Suite 900
   Honolulu, Hawaii 96813
   Telephone: (808) 523-9000
   Facsimile: (808) 533-4184

Witnesses are believed to have relevant information.

I. Steven Loui
   c/o Kobayashi Sugita & Goda, LLP
   David M. Louie, Esq.
   Jesse W. Schiel, Esq.
   Nicholas R. Monlux, Esq.
   Ryan D. Louie, Esq.
   999 Bishop Street, Suite 2600
   Honolulu, Hawaii 96813

Witness is believed to have relevant information.

J. Michael O'Malley
   c/o Michael Heihre
   1000 Bishop Street, Suite 1200
   Honolulu, Hawaiʻi 96813-4212
   Direct Line: (808) 521-9231
   Direct Fax: (808) 540-5009

Witness is believed to have relevant information.

II. **Documents**

Nothing herein shall be construed as a waiver of the privilege against self-incrimination as set forth the Fifth Amendment of the United States Constitution, Article I, Section 10 of the Hawai'i Constitution and Hawai'i Rule of Evidence 509 (hereinafter "Privilege against Self-Incrimination"). Nothing herein shall be construed as a waiver of defenses, including but not limited to defenses based on res judicata, arbitration and award, and jurisdiction. Nothing herein shall be construed as an admission that certain types of documents exist and are possessed by Defendants. Nothing herein shall be construed as a waiver of claims of attorney-client privilege.

Subject to the foregoing and other qualification set forth in this disclosure, Defendants respond that the following categories of documents may support their defenses: arbitration award; correspondence, including emails; attachments to emails; business records. It is believed that most documents are in the possession of Plaintiffs.

III. **Damages**

Defendants have not asserted claims for damages.

IV. **Insurance**

Defendants are not aware of any insurance policy.

DATED: Honolulu, Hawaii, September 5, 2022.

/s/ Chuck C. Choi
KEITH M. KIUCHI
CHUCK C. CHOI
ALLISON A. ITO
MICHEL A. OKAZAKI
ATTORNEYS FOR DEFENDANTS
MARTIN KAO, TIFFANY LAM AND
SOCIETY OF YOUNG WOMEN SCIENTISTS
AND ENGINEERS