SCOTT E. KUBOTA 3706-0
4 Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 532-9595
Facsimile No.: (808) 532-9599
scott.kubota@gmail.com

NEAL K. AOKI 3919-0
4 Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: (808) 282-4585
Facsimile No.: (808) 532-9599
aokihawaiilaw@gmail.com

Attorneys for Defendant
LAWRENCE KAHELE LUM KEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | Case 1:22-cv-00283-LEK-WRP<br><br>**DEFENDANT LAWRENCE KAHELE LUM KEE'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT LAWRENCE KAHELE LUM KEE'S ANSWER TO COMPLAINT, FILED AUGUST 31, 2022 [DKT. 23] [DKT. 34]; DECLARATION OF SCOTT E. KUBOTA; EXHIBITS 1-3; CERTIFICATE OF SERVICE** |

Defendants. )
________________________________________ )

DEFENDANT LAWRENCE KAHELE LUM KEE'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANT LAWRENCE KAHELE LUM KEE'S ANSWER TO COMPLAINT, FILED AUGUST 31, 2022 [DKT. 23] [DKT. 34]

Defendant LAWRENCE KAHELE LUM KEE [Lum Kee] files this Memorandum in Opposition to Plaintiffs' Motion To Strike Defendant Lawrence Kahele Lum Kee's Answer To Complaint, Filed August 31, 2022 [DKT. 23] [Dkt. 34]. This opposition is based on Lum Kee's 5th Amendment Right Against Self-Incrimination, his Substantive Joinder in Defendant Hartman's Motion to Dismiss [Dkt. 41], and the facts set forth in this Memorandum in Opposition.

## I. BACKGROUND

Upon service of the Complaint in this matter, Lum Kee attempted to tender his defense of the claims to Plaintiff's Directors & Officers' [D&O] insurance carrier for defense of the claims asserted herein. Lum Kee had originally attempted to tender his defense to Plaintiffs' D&O insurer when suit was originally filed in State Court by prior MDG counsel David Louie.[1] Lum Kee attempted multiple follow up attempts to gather insurance defense information to make a tender and allow insurance defense counsel to properly respond to the Complaint. However, counsels for MDG have essentially "ghosted" counsel for Lum Kee, failing to

[1] *See* Exhibit 1 attached to the Declaration of Scott E. Kubota.

provide even the "courtesy of a response" to the requests for insurance information, or an extension of time to allow insurance defense counsel to respond.[2]

As Lum Kee's private counsel was forced to prematurely answer Plaintiffs' suit, counsel generally asserted Lum Kee's 5th Amendment Right against self-incrimination. Lum Kee is currently scheduled for trial in April 2023 for matters involving events allegedly done while employed with Plaintiff, and forming the basis of Plaintiffs' allegations against him. [Dkt. 23]. Additionally, he has filed a substantive joinder [Dkt. 41] in the Motion to Dismiss filed by Defendant Hartman [Dkt. 36].

## II. ARGUMENT

At the time of filing the Answer at issue, counsel did not intend to proceed as litigation counsel in this matter. A general response was filed with the intention of allowing insurance defense counsel the opportunity to file a more detailed Amended Answer, keeping in view Lum Kee's 5th Amendment Right when responding to the **289 paragraphs of allegations** therein.

Subsequently, by filing the Substantive Joinder [Dkt. 41] in the Motion to Dismiss filed by Defendant Hartman [Dkt. 36], Lum Kee has essentially tabled any need to immediately strike and amend his Answer until after the motions

---

[2] *See* the attached Declaration of Scott E. Kubota, paragraphs 2-7.

responsive to the Complaint are decided by Judge Kobayashi. These matters are currently scheduled to be heard on November 18, 2022.

It should be noted that there is a major jurisdictional matter at issue in the Motion to Dismiss [RICO claims] that could result in the dismissal of the entire proceeding if found in favor of movants. Even if RICO jurisdiction is upheld and the Complaint is only partially dismissed, such a ruling could greatly reduce the number of allegations that Lum Kee must cautiously respond to in view of his pending criminal trial.

## III. CONCLUSION

Based on the foregoing and attachments hereto, Defendant Lum Kee requests that the Court deny this Motion to Strike without prejudice pending a ruling on the Motion to Dismiss [Dkt. 36] and Lum Kee's joinder therein [Dkt. 41]. Subsequent to a final ruling on the Motion to Dismiss and Substantive Joinder, Lum Kee intends to file an Amended Answer to the specific allegations remaining at issue.

DATED: Honolulu, Hawaii, October 4, 2022.

/s/ Scott E. Kubota
SCOTT E. KUBOTA
NEAL K. AOKI

Attorneys for Defendant
LAWRENCE KAHELE LUM KEE