KEITH M. KIUCHI #2735
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
Telephone: (808) 533-2230
Facsimile: (808) 533-4391
E-Mail: kkiuchi106@cs.com

CHOI & ITO, Attorneys at Law
Chuck C. Choi                #6435
Allison A. Ito               #8152
Michel A. Okazaki #6524 (independent
lawyer appearing through Choi & Ito)
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: cchoi@hibklaw.com
          aito@hibklaw.com

Attorneys for Defendant MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC) AND NAVATEK HOLDINGS LLC<br><br>          Plaintiffs,<br><br>     v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>          Defendants. | Case 1:22-cv-00283-LEK-WRP<br><br>DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S ANSWER TO SECOND AMENDED COMPLAINT |

**DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC'S ANSWER TO SECOND AMENDED COMPLAINT**

COME NOW DEFENDANTS MARTIN KAO, TIFFANY JENNIFER LAM aka JENNY LAM and/or TIFFANY KAO, AND SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS, LLC ("Kao/Lam/SYWSE Defendants"), through counsel, and for an answer to Plaintiffs' Second Amended Complaint ("SAC"), respond and aver as follows:

**PREFATORY STATEMENT REGARDING FEAR OF CRIMINAL JEOPARDY**

1.      Defendant Martin Kao faces criminal charges relating to what is described in the SAC as "The PPP Fraud." *See* SAC at par. 151 *et seq.*  He was initially charged by Criminal Complaint.  See https://www.justice.gov/opa/press-release/file/1322841/download.

2.      Later, he was charged by indictment.   His trial was scheduled for February, 2023.  Currently, sentencing is scheduled for September 7, 2023.

3.      An indictment against Mr. Kao for alleged campaign finance violations was filed on February 10, 2022, in federal district court in the District of Columbia. *See* Press Release: https://www.justice.gov/opa/pr/former-government-contractor-executives-indicted-unlawful-campaign-contributions; see Indictment https://www.justice.gov/opa/press-release/file/1470801/download.

4.      Defendants Lum Kee and Chen are also named as defendants in the indictment in the District of Columbia action.  Currently, sentencing has not yet occurred for Defendant Kao in the District of Columbia action.

5.      Defendant Tiffany Lam is not named as a defendant but she is identified as "Individual A" in the indictment in the District of Columbia action. *See* Indictment (dkt. #1 in District of Columbia action) at par. 6 ("Individual A was KAO's spouse and the registered agent and manager for the [Society of Young Women Scientist and Engineers].").

6.      In the instant SAC, including paragraph 31 of the SAC and the prayer for relief, Plaintiffs assert that Defendant Society of Young Women Scientists and Engineers ("SYWSE") is an alter ego of Defendants Kao and/or Lam.  There is a reasonable risk that any statement by SYWSE will be used against Defendants Kao and/or Lam and/or will be claimed to be imputed to Defendants Kao and/or Lam.

7.      For purposes of this case, the allegation is that SYWSE does not exist separately from the individual member.

8.      There is a risk that any statement by Defendant SYWSE will be alleged to be a statement by Defendant Lam, or a statement by Defendant Lam and Defendant Kao.

9.      Under the circumstances of this case, all defendants are entitled to assert the privilege against self-incrimination.

3

10.     Further, to the extent <u>Burwell v. Hobby Lobby Stores, Inc</u>., 573 U.S. 682, 134 S. Ct. 2751, 189 L. Ed. 2d 675 (2014), <u>Citizens United v. Fed. Election Comm'n</u>, 558 U.S. 310, 130 S. Ct. 876, 175 L. Ed. 2d 753 (2010), and related cases can be recognized to extend the privilege of self-incrimination to entities, SYWSE is entitled to such protection.

11.     The campaign finance case has attracted national attention. https://www.washingtonpost.com/dc-md-va/2022/02/10/hawaii-contractors-charged-contributions-collins/

12.     On January 5, 2023, an indictment was brought against Martin Kao in CR23-0003, United States District Court for the District of Hawaii.  The indictment asserts a claim for bank fraud and forfeiture relating to 4902 Kahala Avenue, Honolulu, Hawaii.

13.     Kao/Lam/SYWSE Defendants do not waive their privilege against self-incrimination as set forth the Fifth Amendment of the United States Constitution, Article I, Section 10 of the Hawai'i Constitution and Hawai'i Rule of Evidence 509 (hereinafter "Privilege against Self-Incrimination").

## FIRST DEFENSE

14.     The SAC fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

15.     With regard to the specific paragraphs of the SAC, Kao/Lam/SYWSE

Defendants respond as follows ("MDG" or "Pacmar" refer to Plaintiff PACMAR

TECHNOLOGIES LLC  (f/k/a MARTIN DEFENSE GROUP, LLC)):

| Paragraph number of SAC | Response |
|---|---|
| 1 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 2 | Kao/Lam/SYWSE Defendants admit the allegation with the qualification that Martin Defense Group, LLC was formerly known as Navatek LLC. The reference to all relevant times is ambiguous. |
| 3 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 4 | This allegation does not require a response.  To the extent a response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 5 | Kao/Lam/SYWSE Defendants admit the allegation. |
| 6 | Kao/Lam/SYWSE Defendants admit the allegation. |
| 7 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 8 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 9 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 10 | Kao/Lam/SYWSE Defendants admit the allegation but the reference to all relevant times is vague and ambiguous. |
|----|----|
| 11 | This allegation does not require a response.  To the extent a response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 12 | This allegation is denied.  Kao/Lam/SYWSE Defendants deny the existence of an enterprise for purposes of all allegations. |
| 13 | This allegation is denied. |
| 14 | This allegation is denied. |
| 15 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 16 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 17 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 18 | Kao/Lam/SYWSE Defendants deny illegal and racketeering conduct and deny the allegations. |
| 19 | Kao/Lam/SYWSE Defendants deny any pattern of racketeering, deny any enterprise, and deny any conspiracy relating to same. |
| 20 | Kao/Lam/SYWSE Defendants admit that Defendant Tiffany Lam is and was Defendant Kao's wife. |
| 21 | Kao/Lam/SYWSE Defendants admit the allegation with the qualification that MDG was formerly known as Navatek LLC.  Also, in 2008, the entity Mr. Kao worked for is believed to be Navatek Ltd.  The name change and conversion are matters of public record. |

| 22 | Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| --- | --- |
| 23 | Details of Kao employment history are matters that should be known to Pacmar from its records.  Kao is not aware of Mr. Loui being a direct owner and Chairman of the Company. To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 24 | Kao/Lam/SYWSE Defendants assert that the Award and its legal effect is a matter that is determined as a matter of law. |
| 25 | Kao/Lam/SYWSE Defendants admit that Defendants Chen, Lum Kee, and Hartman had been employed by MDG.  Details of their employment history are matters that should be known to Pacmar from its records.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 26 | Details of Defendant Chen's employment history are matters that should be known to Pacmar from its records.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 27 | Details of Defendant Hartman's employment history are matters that should be known to PACMAR from its records.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Hartman's duties to Defendant Hartman. |
| 28 | Details of Defendant Lum Kee's employment history are matters that should be known to PACMAR from its records.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Lum-Kee's duties to Defendant Lum-Kee. |
| 29 | Kao/Lam/SYWSE Defendants deny the allegations. |

| | |
|---|---|
| 30 | SYWSE's records speak for themselves.  As for the remaining allegations, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 31 | Kao/Lam/SYWSE Defendants deny the alter ego allegations. As for the remaining allegations, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 32 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 33 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao admit that Defendant Chen was a CFO but leaves the characterization of his duties to Defendant Chen. |
| 34 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao admits that Defendant Chen was a CFO but leaves the characterization of his duties to Defendant Chen. |
| 35 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant leaves the characterization of Defendant Chen's experience to Defendant Chen. |
| 36 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao admits that Defendant Chen was a CFO but leaves the characterization of Defendant Chen's duties to Defendant Chen. |
| 37 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Chen's duties to Defendant Chen. |

| | |
|---|---|
| 38 | These assertions are directed at Defendant Chen and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Chen's duties to Defendant Chen. |
| 39 | These assertions are directed at Defendant Hartman and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao admits that Defendant Hartman was an employee but leaves the characterization of his duties to Defendant Hartman. |
| 40 | Kao denies any conspiracy.  With regard to the remaining allegations, Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 41 | These assertions are directed at Defendant Hartman and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Hartman's duties to Defendant Hartman. |
| 42 | These assertions are directed at Defendant Hartman and do not require a response from Kao/Lam/SYWSE Defendants.  To the extent a response is required, Defendant Kao leaves the characterization of Defendant Hartman's duties to Defendant Hartman. |
| 43 | These assertions are directed at Defendant Hartman and do not require a response from Kao/Lam/SYWSE Defendants. To the extent a response is required, Defendant Kao leaves the characterization of Defendant Hartman's duties to Defendant Hartman. |
| 44 | Defendant Kao admits that Mr. Lum Kee was hired and that he was a controller.  Defendant Lum Kee's hiring date and duties are matters that should be ascertainable from PACMAR's records. |
| 45 | Defendant Kao leaves to Defendant Lum Kee to admit or deny the alleged scope of this duties. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or |

|  | information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 46 | Defendant Kao leaves to Defendant Lum Kee to admit or deny the alleged scope of this duties. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 47 | Defendant Kao leaves to Defendant Lum Kee to admit or deny the alleged scope of this duties. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 48 | Defendant Kao leaves to Defendant Lum Kee to admit or deny the alleged scope of this duties. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 49 | Kao/Lam/SYWSE Defendants deny the allegations against them. |
| 50 | Details of employment history are matters that should be known to PACMAR from its records.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 51 | Details of employment history are matters that should be known to PACMAR from its records.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 52 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 53 | Defendant Kao denies any conspiracy.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 54 | Kao/Lam/SYWSE Defendants deny any enterprise.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 55 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 56 | Defendant Lam's certification is a matter of public record. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 57 | Defendant Kao's certification is a matter of public record. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 58 | This assertion is directed at Defendant Lum Kee. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 59 | Defendant Lam denies any wrongdoing.  To the extent a further response is required, Defendant Lam is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 60 | Defendant Lam denies any racketeering.  To the extent a further response is required, Defendant Lam is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 61 | Defendant Kao states that the document should speak for itself. |
| 62 | The status and purpose of the 1820 PAC is a matter that may be determined by public or other records. |
| 63 | Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |

| 64 | These allegations are directed at other defendants.  To the extent the allegations are based on documents or company records, the documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 65 | These allegations are directed at other defendants.  To the extent the allegations are based on documents or company records, the documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 66 | These allegations are directed at other defendants.  To the extent the allegations are based on documents or company records, the documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 67 | These allegations are directed at other defendants.  To the extent the allegations are based on documents or company records, the documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 68 | These allegations are directed at other defendants. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 69 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 70 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 71 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 72 | Defendant Kao states that the document speaks for itself. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 73 | Defendant Kao states that the document speaks for itself. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 74 | Defendant Kao states that the document speaks for itself. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 75 | Defendant Kao states that the document speaks for itself. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 76 | The document speaks for itself. |
| 77 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 78 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 79 | Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |

| 80 | The document speaks for itself. |
|----|--------------------------------|
| 81 | The records speak for themselves. |
| 82 | The records speak for themselves. To the extent further response is necessary, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 83 | The records speak for themselves. To the extent further response is necessary, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 84 | The document speaks for itself.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 85 | The document speaks for itself. |
| 86 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 87 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 88 | Defendant Kao denies enlisting Hartman for any allegedly unlawful activities.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 89 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 90 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 91 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|----|---|
| 92 | The record in the criminal case speaks for itself. |
| 93 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial.  To the extent a further response is necessary, Kao/Lam/SYWSE Defendants decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 94 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 95 | Kao/Lam/SYWSE Defendants deny a conspiracy and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 96 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial.  To the extent a further response is necessary, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 97 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 98 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 99 | The alleged documents speak for themselves.  These allegations relate to Hartman.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or |

|  | information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 100 | The alleged documents speak for themselves.  These allegations relate to Hartman.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 101 | The alleged documents speak for themselves.  These allegations relate to Hartman.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 102 | These allegations relate to Hartman.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 103 | These allegations relate to Hartman.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 104 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 105 | The alleged documents speak for themselves. |
| 106 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 107 | The alleged documents speak for themselves. |
| 108 | The alleged documents speak for themselves. |

| | |
|---|---|
| 109 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 110 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 111 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 112 | The alleged documents speak for themselves.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 113 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 114 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 115 | The records speak for themselves. |
| 116 | The records speak for themselves. |
| 117 | The records speak for themselves. |
| 118 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 119 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|-----|---|
| 120 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 121 | The records speak for themselves. |
| 122 | The records speak for themselves. |
| 123 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 124 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 125 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 126 | The records speak for themselves. |
| 127 | The records speak for themselves. |
| 128 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 129 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 130 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|-----|------|
| 131 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 132 | The document speaks for itself. |
| 133 | The documents speak for themselves. |
| 134 | The documents speak for themselves. |
| 135 | The documents speak for themselves. |
| 136 | The documents speak for themselves. |
| 137 | The documents speak for themselves. |
| 138 | The documents speak for themselves. |
| 139 | The documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 140 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 141 | The documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 142 | The documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without |

| | |
|---|---|
| | knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 143 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 144 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 145 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 146 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 147 | The documents speak for themselves. |
| 148 | The documents speak for themselves. |
| 149 | Kao/Lam/SYWSE Defendants deny any enterprise and deny the allegations. |
| 150 | Kao/Lam/SYWSE Defendants state that the program speaks for itself. |
| 151 | Kao denies an unlawful conspiracy. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 152 | Kao denies an unlawful conspiracy. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |

| | |
|---|---|
| 153 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 154 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 155 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 156 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 157 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 158 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 159 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 160 | Kao denies an unlawful conspiracy.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 161 | The document speaks for itself. |
| 162 | The document speaks for itself. |
| 163 | The document speaks for itself. |
| 164 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 165 | Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
|-----|------|
| 166 | The documents speak for themselves. |
| 167 | The documents speak for themselves. |
| 168 | Defendant Kao denies any enterprise.  To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 169 | The documents speak for themselves. |
| 170 | The documents speak for themselves. |
| 171 | The documents speak for themselves. |
| 172 | Kao/Lam/SYWSE Defendants deny there was an enterprise.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 173 | Company records speak for themselves.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 174 | Company records speak for themselves.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 175 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. Kao denies the allegation. |
| 176 | Documents containing the alleged request speak for themselves. |

| 177 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. Kao denies the allegation. |
| --- | --- |
| 178 | The alleged documents speak for themselves. |
| 179 | The alleged documents speak for themselves. |
| 180 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 181 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 182 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 183 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 184 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 185 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 186 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 187 | The enterprise is denied and the documents speak for themselves. |
| 188 | The court documents speak for themselves. |
| 189 | The court record speaks for itself. |

| 190 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 191 | The court record speaks for itself. |
| 192 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 193 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 194 | The records speak for themselves. |
| 195 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 196 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 197 | The documents speak for themselves. |
| 198 | Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 199 | Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 200 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 201 | The documents speak for themselves.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 202 | Kao denies the allegation. |

| 203 | The account documents speak for themselves.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 204 | The balances and transactions can be determined from the underlying records. |
| 205 | Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 206 | Kao denies the allegation. |
| 207 | The records speak for themselves.  To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 208 | Referenced document speaks for itself.  Defendant Kao denies confirming and directing a pattern of racketeering activity. |
| 209 | Referenced document speaks for itself. |
| 210 | Referenced documents speak for themselves.  Defendant Kao denies illegality.  Kao/Lam/SYWSE Defendants deny being co-conspirators.  To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 211 | Referenced documents speak for themselves.  Defendant Kao denies illegality.  To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 212 | Defendant Kao denies the allegations. Defendants Lam and SYWSE are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| | |
|---|---|
| 213 | Kao denies there was an enterprise and denies the allegation. |
| 214 | The documents speak for themselves. |
| 215 | The documents speak for themselves. |
| 216 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 217 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 218 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 219 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 220 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 221 | Kao denies there was an enterprise.  Any referenced document speaks for itself.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 222 | The referenced document speaks for itself. |
| 223 | Kao denies there was an enterprise.  Any referenced document speaks for itself.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or |

|  | information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 224 | Any referenced document speaks for itself. |
| 225 | Any referenced document speaks for itself. |
| 226 | The documents speak for themselves. To the extent a further response is required, Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 227 | The document speaks for itself.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 228 | The document speaks for itself.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 229 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 230 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 231 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 232 | The documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 233 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 234 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 235 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| --- | --- |
| 236 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 237 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 238 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 239 | The documents speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 240 | The records speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 241 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 242 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 243 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 244 | Kao denies there was an enterprise and denies participation in and control of an enterprise. To the extent a further response is required, Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 245 | The company records speak for themselves. |

| 246 | The company records speak for themselves. |
|---|---|
| 247 | The company records speak for themselves. |
| 248 | The company records speak for themselves. |
| 249 | The company records speak for themselves. |
| 250 | The company records speak for themselves. |
| 251 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 252 | The company records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 253 | The company records speak for themselves. |
| 254 | The company records speak for themselves. |
| 255 | The company records speak for themselves.  To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 256 | The company records speak for themselves. |
| 257 | The company records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 258 | The assertion is opinion and no response is required.  To the extent a response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 259 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are |

|   | without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 260 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 261 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 262 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 263 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 264 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 265 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 266 | Kao/Lam/SYWSE Defendants deny any enterprise. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 267 | The documents speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 268 | The document speaks for itself. |

| | |
|---|---|
| 269 | Kao/Lam/SYWSE Defendants deny they committed illegal acts and deny a conspiracy.  The contents of documents speak for themselves. |
| 270 | Defendants Kao and Lam deny the allegation. |
| 271 | Kao/Lam/SYWSE Defendants deny they committed illegal acts.  To the extent further response is required, Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 272 | Defendant Kao denies he committed illegal acts.   To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 273 | Defendant Kao denies he committed illegal acts.   To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 274 | Kao/Lam/SYWSE Defendants deny they committed illegal acts and deny any conspiracy.  The record of any transfer(s) speaks for itself. |
| 275 | The records speak for themselves. Defendant Kao denies any conspiracy. |
| 276 | The records speak for themselves. |
| 277 | The records speak for themselves. |
| 278 | Defendant Kao denies the allegations. |
| 279 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 280 | Defendant Kao denies the allegation. |

| 281 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|-----|-----------------------------------------------------------------------------------------------------------|
| 282 | Kao denies any illegality. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 283 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 284 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 285 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 286 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 287 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 288 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 289 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 290 | Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. Defendants Lam and SYWSE are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 291 | Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. Defendants Lam and SYWSE are without knowledge or information sufficient to |

| | |
|---|---|
| | form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 292 | The records speak for themselves. To the extent a further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 293 | Kao/Lam/SYWSE Defendants deny fraud.  To the extent a further response is required, Defendant Kao and Lam decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 294 | Kao/Lam/SYWSE Defendants deny fraud.  To the extent a further response is required, Defendants Kao and Lam decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 295 | The records speak for themselves.  To the extent a further response is required, Defendant Kao and Lam decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 296 | Defendant Kao and Lam deny deceitful conduct.  To the extent a further response is required, Defendant Kao and Lam decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 297 | The demand speaks for itself. |
| 298 | Ownership of the home is a matter of public record.  To the extent a further response is required, Kao/Lam/SYWSE Defendants decline to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 299 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 300 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 301 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
|---|---|
| 302 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 303 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 304 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 305 | The allegations are directed at Defendant Hartman and no response is required.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 306 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 307 | This allegation is directed at Defendant Chen and no response is required. |
| 308 | This allegation is directed at other parties and no response is required. |
| 309 | The allegation lacks sufficient specificity.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to |

| | |
|---|---|
| | form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 310 | The records speak for themselves. |
| 311 | Defendant Lam is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 312 | The documents and records speak for themselves. |
| 313 | The documents and records speak for themselves. |
| 314 | Defendant Lam is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 315 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 316 | The records speak for themselves. |
| 317 | The records speak for themselves. |
| 318 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 319 | This allegation is directed at Defendant Chen and no response is required. |
| 320 | Defendant Kao does not waive any defenses and asserts that the claims are barred by the Arbitration.  Defendants Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 321 | Defendants Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 322 | The allegation incorporates earlier allegations and no response is required.  To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |

| 323 | This allegation does not require a response. |
| 324 | Kao/Lam/SYWSE Defendants deny the allegations. Kao/Lam/SYWSE Defendants dispute that Pacmar has RICO standing given its alleged status as part of the alleged enterprise. |
| 325 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial.  Kao/Lam/SYWSE Defendants dispute that Pacmar has RICO standing given its alleged status as part of the alleged enterprise. |
| 326 | Kao/Lam/SYWSE Defendants deny an enterprise, deny Pacmar's standing, and are without knowledge or information sufficient to form a belief as to the other matters asserted, and this operates as a denial. |
| 327 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 328 | Kao/Lam/SYWSE Defendants deny the existence of an enterprise and deny the allegations. |
| 329 | Pacmar's business and locations are matters that should be determined by its records. |
| 330 | Kao/Lam/SYWSE Defendants deny an enterprise and deny the allegations. |
| 331 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 332 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny predicate acts and the allegations. |
| 333 | Kao/Lam/SYWSE Defendants deny theft and the allegations. |
| 334 | Kao/Lam/SYWSE Defendants deny theft and deny predicate acts. |
| 335 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 336 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| --- | --- |
| 337 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 338 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 339 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 340 | Kao/Lam/SYWSE Defendants deny an enterprise and are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 341 | Kao/Lam/SYWSE Defendants deny an enterprise and deny the allegations. |
| 342 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 343 | The allegations are denied. |
| 344 | The records speak for themselves. |
| 345 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 346 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 347 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 348 | Kao/Lam/SYWSE Defendants deny the allegations. |
|-----|------------------------------------------------|
| 349 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 350 | Defendant Lam denies the allegations. |
| 351 | Defendant Kao denies the allegations. |
| 352 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 353 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 354 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny the allegations. |
| 355 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 356 | This allegation does not require a response. |
| 357 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 358 | Kao/Lam/SYWSE Defendants deny racketeering activity and deny the allegations. |
| 359 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 360 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny the allegations. |
| 361 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 362 | This allegation does not require a response. |

| 363 | Kao/Lam/SYWSE Defendants deny an enterprise, deny Pacmar's standing, and are without knowledge or information sufficient to form a belief as to the other matters asserted, and this operates as a denial. |
| 364 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 365 | Pacmar's business and locations are matters that should be determined by its records. |
| 366 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 367 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 368 | The documents speak for themselves. |
| 369 | The documents speak for themselves. To the extent a further response is required, Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 370 | The documents speak for themselves. To the extent a further response is required, Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 371 | The documents speak for themselves. To the extent a further response is required, Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |
| 372 | Defendant Kao without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. To the extent a further response is required, Defendant Kao declines to respond to this allegation in reliance upon the Privilege against Self-Incrimination. |

| 373 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 374 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 375 | The allegations are directed at Defendant Hartman and no response is required.  To the extent a further response is required, the allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 376 | The allegations are directed at Defendant Hartman and no response is required.  To the extent a further response is required, the allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 377 | Defendant Kao denies the allegations. |
| 378 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 379 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 380 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny the allegations. |
| 381 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |

| 382 | This allegation does not require a response. |
|---|---|
| 383 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 384 | Kao/Lam/SYWSE Defendants deny racketeering activity and deny the allegations. |
| 385 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 386 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny the allegations. |
| 387 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 388 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 389 | Defendant Kao denies the allegations. |
| 390 | Defendant Kao denies the allegations. |
| 391 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 392 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 393 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 394 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 395 | Defendant Kao denies the allegations. |
| 396 | Defendant Kao denies the allegations. |
| 397 | Defendant Kao denies the allegations. |
| 398 | Defendant Kao denies the allegations. |
| 399 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 400 | Defendant Kao denies the allegations. |
| 401 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 402 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 403 | Defendant Kao denies the allegations of fraud against him. |
| 404 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 405 | The records speak for themselves. To the extent a further response is required, Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 406 | Defendant Kao denies the existence of an enterprise and is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 407 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| | |
|---|---|
| 408 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 409 | The emails speak for themselves.  To the extent further response is necessary, Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 410 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 411 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 412 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 413 | The document speaks for itself. |
| 414 | The document speaks for itself. |
| 415 | Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 416 | Defendant Kao denies the allegations. |
| 417 | Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 418 | Defendant Kao is without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 419 | Kao denies the allegations. |
| 420 | Kao denies the allegations. |
| 421 | The allegation incorporates earlier allegations and no response is required.  To the extent a further response is necessary, |

| | |
|---|---|
| | Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 422 | The allegation is objectionable inasmuch as it presents assertions in an argumentative, compound, and narrative format. Kao/Lam/SYWSE Defendants deny the allegations. |
| 423 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 424 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 425 | The allegation incorporates earlier allegations and no response is required.  To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 426 | The duties owed by the named Defendants is a matter determined by law. |
| 427 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 428 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 429 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 430 | These allegations are not directed against the Kao/Lam/SYWSE Defendants.  The duties of Defendants Chen are matters for him to respond to.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 431 | These allegations are not directed against the Kao/Lam/SYWSE Defendants.  The duties of Defendant Lum Kee are matters for him to respond to.  To the extent further response is required, Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 432 | These allegations are not directed against the Kao/Lam/SYWSE Defendants.  The duties of Defendant Hartman are matters for him to respond to.  To the extent further response is required, |

| | |
|---|---|
| | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted as a denial. |
| 433 | These allegations are not directed against the Kao/Lam/SYWSE Defendants.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 434 | These allegations are not directed against the Kao/Lam/SYWSE Defendants.  Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 435 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 436 | Kao/Lam/SYWSE Defendants deny unlawful activity. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 437 | Kao/Lam/SYWSE Defendants deny unlawful activity. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 438 | Kao/Lam/SYWSE Defendants deny unlawful activity. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 439 | Kao/Lam/SYWSE Defendants deny unlawful activity. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 440 | Kao/Lam/SYWSE Defendants deny unlawful activity. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| 441 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| --- | --- |
| 442 | Defendant Kao's duties are determined by law and contract and said duties speak for themselves. |
| 443 | This allegation is directed at Defendant Chen. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 444 | This allegation is directed at Defendant Lum Kee. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 445 | This allegation is directed at Defendant Hartman. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 446 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 447 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 448 | Kao/Lam/SYWSE Defendants deny wrongdoing and otherwise deny the allegations. |
| 449 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 450 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 451 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 452 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

| | |
|---|---|
| 453 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 454 | These allegations are directed to other defendants.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 455 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 456 | These allegations are directed at other defendants. Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 457 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 458 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 459 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 460 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 461 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 462 | Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |
| 463 | Defendant Kao denies he committed illegal acts.   To the extent further response is required, Defendant Kao declines to respond in reliance upon the Privilege against Self-Incrimination. |

| | |
|---|---|
| 464 | Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 465 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 466 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 467 | Kao/Lam/SYWSE Defendants deny the allegations. |
| 468 | The allegation incorporates earlier allegations and no response is required.   To the extent a further response is necessary, Kao/Lam/SYWSE Defendants incorporate by reference their responses to the earlier allegations. |
| 469 | These allegations are directed to Defendant Hartman.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 470 | These allegations are directed to Defendant Hartman.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 471 | These allegations are directed to Defendant Hartman.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 472 | These allegations are directed to Defendant Hartman.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |
| 473 | These allegations are directed to Defendant Hartman.  The Kao/Lam/SYWSE Defendants are without knowledge or information sufficient to form a belief as to the truth of the matters asserted, and this operates as a denial. |

16.    Any paragraph or allegation in the SAC that requires an answer from Defendant Kao but was not specifically addressed by Defendant Kao is hereby denied.

17.    Any paragraph or allegation in the SAC that requires an answer from Defendant Lam but was not specifically addressed by Defendant Lam is hereby denied.

18.    Any paragraph or allegation in the SAC that requires an answer from Defendant SYWSE but was not specifically addressed by Defendant SYWSE is hereby denied.

19.    Any portion of any paragraph of the SAC that remains unaddressed, and was required to be addressed, is hereby denied.

### THIRD DEFENSE

20.    Some or all claims are barred by res judicata and/or by arbitration and award.

### FOURTH DEFENSE

21.    Not all claims of fraud are pled with particularity.

### FIFTH DEFENSE

22.    Some or all claims are barred by lack of standing and/or injury.

## SIXTH DEFENSE

23.     Plaintiffs failed to mitigate.

## SEVENTH DEFENSE

24.     Some or all claims are barred by lack of subject matter jurisdiction

and/or lack of supplemental jurisdiction.

## EIGHTH DEFENSE

25.     Some or all claims are barred by lack of condition precedent and/or

lack of all necessary conditions, injury, proximate cause, pattern, continuity,

distinctiveness between Pacmar and the alleged enterprise, predicate acts, and / or

other requirements for actions, liability and/or damages under RICO.

## NINTH DEFENSE

26.     Some or all claims are barred by the failure to plead fraud with

particularity.

## TENTH DEFENSE

27.     Some claims may be barred by statute of limitation and/or laches.

## ELEVENTH DEFENSE

28.     Some or all claims may be barred by estoppel, ratification, election of

remedies, the arbitration, mootness, and/or waiver.

## TWELFTH DEFENSE

29.     Some or all claims may be missing necessary parties.

## THIRTEENTH DEFENSE

30.     Some or all claims may be barred by *in pari delicto*.

WHEREFORE, Kao/Lam/SYWSE Defendants pray as follows:

A.     That the SAC against them be dismissed with prejudice and that Kao/Lam/SYWSE Defendants be awarded costs, attorneys' fees and expenses.

B.     That claims against them be stayed pending completion of related criminal cases and/or investigations.

C.     The Court grant them such other and further relief as this Court may deem just and equitable under the premises.

DATED: Honolulu, Hawaii, May 19, 2023.

/s/ Chuck C Choi
KEITH M. KIUCHI
CHUCK C. CHOI
ALLISON A. ITO
MICHEL A. OKAZAKI
ATTORNEYS FOR DEFENDANTS
MARTIN KAO, TIFFANY LAM AND
SOCIETY OF YOUNG WOMEN SCIENTISTS
AND ENGINEERS