BRONSTER FUJICHAKU ROBBINS
A Law Corporation

| | |
|---|---|
| MARGERY S. BRONSTER | 4750 |
| mbronster@bfrhawaii.com | |
| REX Y. FUJICHAKU | 7198 |
| rfujichaku@bfrhawaii.com | |
| NOELLE E. CHAN | 11280 |
| nchan@bfrhawaii.com | |

1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone:  (808) 524-5644
Facsimile:   (808) 599-1881

Attorneys for Defendant
DUKE HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | Case 1:22-cv-00283-LEK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>[Re: DEFENDANT DUKE HARTMAN'S RESPONSE TO PLAINTIFF PACMAR TECHNOLOGIES (f/k/a MARTIN DEFENSE GROUP, LLC)'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DUKE HARTMAN DATED JANUARY 17, 2024]<br><br>Judge: Magistrate Judge Wes Porter<br>Trial Judge:  Hon. Leslie E. Kobayashi<br>Trial Date:  April 14, 2025 at 9:00 a.m. |

# CERTIFICATE OF SERVICE

The undersigned hereby certify that two (2) copies of DEFENDANT DUKE HARTMAN'S RESPONSE TO PLAINTIFF PACMAR TECHNOLOGIES (f/k/a MARTIN DEFENSE GROUP, LLC)'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DUKE HARTMAN DATED JANUARY 17, 2024 were duly served on the following party by hand delivery on March 21, 2024, addressed as follows:

    CRYSTAL K. ROSE, ESQ.
    RYAN H. ENGLE, ESQ.
    GRANT FASI ALLISON, ESQ.
    Lung Rose Voss & Wagnild
    700 Bishop Street, Suite 900
    Honolulu, Hawai'i 96813

    Attorneys for Plaintiff
    PACMAR TECHNOLOGIES LLC
    (f/k/a MARTIN DEFENSE GROUP, LLC)

The undersigned also hereby certify that a copy of DEFENDANT DUKE HARTMAN'S RESPONSE TO PLAINTIFF PACMAR TECHNOLOGIES (f/k/a MARTIN DEFENSE GROUP, LLC)'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DUKE HARTMAN DATED JANUARY 17, 2024 was duly served on the following parties by U.S. mail, postage prepaid on March 21, 2024, addressed as follows:

    KEITH M. KIUCHI, ESQ.
    1001 Bishop Street
    Suite 985, American Savings Bank Bldg.
    Honolulu, Hawai'i 96813

and

CHUCK C. CHOI, ESQ.
ALLISON A. ITO, ESQ.
MICHEL A. OKAZAKI, ESQ.
(independent lawyer appearing
through Choi & Ito)
Choi & Ito
700 Bishop Street, Suite 1107
Honolulu, Hawaiʻi 96813

Attorneys for Defendants
MARTIN KAO, TIFFANY JENNIFER LAM
A.K.A. JENNY LAM and/or TIFFANY KAO
and SOCIETY OF YOUNG WOMEN
SCIENTISTS AND ENGINEERS LLC

SCOTT E. KUBOTA, ESQ.
3 Waterfront Plaza, Suite 500
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813

NEAL K. AOKI, ESQ.
3 Waterfront Plaza, Suite 500
500 Ala Moana Boulevard
Honolulu, Hawaiʻi 96813

Attorneys for Defendant
LAWRENCE KAHELE LUM KEE

DEREK R. KOBAYASHI, ESQ.
BRITTNEY M. WU, ESQ.
Schlack Ito
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 1500
Honolulu, Hawaii 96813

Attorneys for Defendant
CLIFFORD CHEN

3

DATED: Honolulu, Hawaiʻi, March 22, 2024.

>     */s/ Rex Y. Fujichaku*
>     MARGERY S. BRONSTER
>     REX Y. FUJICHAKU
>     NOELLE E. CHAN
>     Attorneys for Defendant
>     DUKE HARTMAN