Of Counsel:

LUNG ROSE VOSS & WAGNILD

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(crose@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| RYAN H. ENGLE | 7590-0 |

(rengle@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GRANT FASI ALLISON | 10368-0 |

(gallison@legalhawaii.com)
Attorney at Law
A Law Corporation
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:   (808) 523-9000
Facsimile:   (808) 533-4184

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>            Plaintiff,<br><br>    vs.<br><br>MARTIN KAO; TIFFANY | ) CASE NO. 1:22-cv-00283-LEK-WRP<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) *(Caption continued on next page)*<br>)<br>) Trial Judge: Hon. Leslie E. Kobayashi<br>) Trial Date: April 14, 2025<br>)<br>) |

1292238.1

| | |
|---|---|
| JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | ) [*RE: PLAINTIFF PACMAR*<br>) *TECHNOLOGIES LLC'S RESPONSE TO*<br>) *DEFENDANT DUKE HARTMAN'S FIRST*<br>) *REQUEST FOR PRODUCTION OF*<br>) *DOCUMENTS, DATED MARCH 21, 2024*]<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of PLAINTIFF PACMAR TECHNOLOGIES LLC'S RESPONSE TO DEFENDANT DUKE HARTMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED MARCH 21, 2024, were duly served on the following party via hand-delivery on April 19, 2024, addressed as follows:

    MARGERY S. BRONSTER, ESQ.
    REX Y. FUJICHAKU, ESQ.
    NOELLE E. CHAN, ESQ.
    Bronster Fujichaku Robbins
    1003 Bishop Street, Suite 2300
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    DUKE HARTMAN

1292238.1

I hereby further certify that one copy of PLAINTIFF PACMAR TECHNOLOGIES LLC'S RESPONSE TO DEFENDANT DUKE HARTMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED MARCH 21, 2024, was duly served on the following parties via hand-delivery on April 19, 2024, addressed as follows:

>SCOTT KUBOTA, ESQ.
>3 Waterfront Plaza
>500 Ala Moana Boulevard, Suite 500
>Honolulu, Hawaii 96813
>
>Attorney for Defendant
>LAWRENCE KAHELE LUM KEE
>
>KEITH M. KIUCHI, ESQ.
>1001 Bishop Street, Suite 1090
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants
>MARTIN KAO, TIFFANY JENNIFER LAM
>a.k.a. JENNY LAM and/or TIFFANY KAO,
>and SOCIETY OF YOUNG WOMEN
>SCIENTISTS AND ENGINEERS LLC

//

//

//

//

//

//

//

3

1292238.1

DEREK R. KOBAYASHI, ESQ.
BRITTNEY M. WU, ESQ.
Schlack Ito, LLLC
745 Fort Street, Suite 1500
Honolulu, Hawaii 96813

Attorney for Defendant
CLIFFORD CHEN

DATED: Honolulu, Hawaii, April 19, 2024.

/s/ Grant Fasi Allison
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

4

1292238.1