Of Counsel:

LUNG ROSE VOSS & WAGNILD

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(*crose@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| RYAN H. ENGLE | 7590-0 |

(*rengle@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GRANT FASI ALLISON | 10368-0 |

(*gallison@legalhawaii.com*)
Attorney at Law
A Law Corporation
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>CERTIFICATE OF SERVICE<br><br>(*Caption continued on next page*.)<br><br>Trial Judge: Hon. Leslie E. Kobayashi<br>Trial Date:  April 14, 2025 |

1330290.1

| | |
|---|---|
| TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>          Defendants.<br>_____ | ) [Re: Expert Witness Report of Jeff<br>) Bjornstad, Dated August 1, 2024 and<br>) Expert Report of Daniel L. Williams,<br>) CPA/CFF, Dated August 5, 2024]<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2024, a true and correct copy of (1) Expert Witness Report of Jeff Bjornstad, Dated August 1, 2024 and (2) Expert Report of Daniel L. Williams, CPA/CFF, Dated August 5, 2024, were duly served upon the following parties via electronic mail, as follows:

    SCOTT KUBOTA, ESQ.
    (*scott.kubota@gmail.com*)
    3 Waterfront Plaza
    500 Ala Moana Boulevard, Suite 500
    Honolulu, HI 96813

    Attorney for Defendant
    LAWRENCE KAHELE LUM KEE

    MARGERY S. BRONSTER, ESQ.
    (*mbronster@bfrhawaii.com*)
    REX Y. FUJICHAKU, ESQ.
    (*rfujichaku@bfrhawaii.com*)
    NOELLE E. CHAN, ESQ.
    *(nchan@bfrhawaii.com)*
    Bronster Fujichaku Robbins
    1003 Bishop Street, Suite 2300
    Honolulu, HI 96813

    Attorneys for Defendant
    DUKE HARTMAN

1330290.1

KEITH M. KIUCHI, ESQ.
1001 Bishop Street, Suite 985
Honolulu, HI 96813
(*kkiuchi106@cs.com*)

Attorney for Defendants
MARTIN KAO, TIFFANY JENNIFER LAM
a.k.a. JENNY LAM and/or TIFFANY KAO,
and SOCIETY OF YOUNG WOMEN
SCIENTISTS AND ENGINEERS LLC


DEREK R. KOBAYASHI, ESQ.
(*dkobayashi@schlackito.com*)
BRITTNEY M. WU, ESQ.
(*bwu@schlackito.com*)
Schlack Ito, LLLC
745 Fort Street, Suite 1500
Honolulu, HI 96813

Attorney for Defendant
CLIFFORD CHEN

DATED: Honolulu, Hawaii, August 6, 2024.


                                        */s/ Grant Fasi Allison*
                                        CRYSTAL K. ROSE
                                        RYAN H. ENGLE
                                        GRANT FASI ALLISON

                                        Attorneys for Plaintiff
                                        PACMAR TECHNOLOGIES LLC
                                        (f/k/a MARTIN DEFENSE GROUP, LLC)

1330290.1