IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | Case 1:22-cv-00283-LEK-WRP |
| Plaintiff, | DECLARATION REX Y. FUJICHAKU |
| vs. | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN  SCIENTISTS AND ENGINEERS LLC, | |
| Defendants. | |

**DECLARATION OF REX Y. FUJICHAKU**

I, REX Y. FUJICHAKU, hereby declare as follows:

1.      I am an attorney admitted to practice law in the State of Hawai'i.  I am a partner at the law firm of Bronster Fujichaku Robbins, attorneys for Defendant Duke Hartman ("Hartman") in this matter.

2.      I make this Declaration in support of *Defendant Duke Hartman's Motion for Summary Judgment*.

3.      Attached as Exhibit "3" is a true and correct copy of a Honolulu Civil Beat article "Watchdog Asks FEC to Probe Hawaii Company's $150k Political

Donation", published on February 3, 2020, which can be accessed at

https://www.civilbeat.org/beat/watchdog-asks-fec-to-probe-hawaii-companys-150k-political-donation/.  Pursuant to the Federal Rules of Evidence ("FRE")

201, the Court may take judicial notice of the Honolulu Civil Beat article because

it "is not subject to reasonable dispute" and "can be accurately and readily

determined from sources whose accuracy cannot reasonably be questioned." FRE

Rule 201. Further, Rule 902(6), the Honolulu Civil Beat article is self-

authenticating and "require[s] no extrinsic evidence of authenticity in order to be

admitted." FRE 902(6).

    4.    Attached as Exhibit "4" is a true and correct copy of  a Honolulu Civil

Beat article "Tangled Web of Campaign Cash Connects Hawaii to Maine",

published on February 7, 2020 which can be accessed at

https://www.civilbeat.org/2020/02/tangled-web-of-campaign-cash-connects-hawaii-to-maine/.   Pursuant to FRE 201, the Court may take judicial notice of the

Honolulu Civil Beat article because it "is not subject to reasonable dispute" and

"can be accurately and readily determined from sources whose accuracy cannot

reasonably be questioned." FRE Rule 201. Further, Rule 902(6), the Honolulu

Civil Beat article is self-authenticating and "require[s] no extrinsic evidence of

authenticity in order to be admitted." FRE 902(6).

2

5.      Attached as Exhibt "9" is a true and correct copy of the Society of

Young Women Scientists & Engineers LLC ("SYWSE") checks issued to

universities. The checks were produced by Plaintiff and marked as JSH-005698-

711. Pursuant to FRE 901(b)(4), the checks' authenticity may be satisfied by

"[t]he appearance, contents, substance, internal patterns, or other distinctive

characteristics of the item, taken together with all the circumstances." Further

"[a]uthentication also can be accomplished through judicial admissions such as

stipulations, pleadings, and production of items in response to subpoena or other

discovery request." § 7105 General Rule of Subdivision (b), 31 Fed. Prac. & Proc.

Evid. § 7105 (2d ed.); *see also Maljack Prods., Inc. v. GoodTimes Home Video

Corp.,* 81 F.3d 881, 889 n. 12 (9th Cir.1996) (documents produced in discovery

were deemed authentic when offered by the party-opponent).

6.      Attached as Exhibit "10" is a true and correct copy of a chart of the

checks that SYWSE issued to universities from March 23, 2020 to June 18, 2020.

The chart was produced by Plaintiffs and marked as PAC-002407-08.

"Authentication also can be accomplished through judicial admissions such as

stipulations, pleadings, and production of items in response to subpoena or other

discovery request." § 7105 General Rule of Subdivision (b), 31 Fed. Prac. & Proc.

Evid. § 7105 (2d ed.); *see also Maljack Prods., Inc. v. GoodTimes Home Video*

*Corp.,* 81 F.3d 881, 889 n. 12 (9th Cir.1996) (documents produced in discovery

were deemed authentic when offered by the party-opponent).

7.      Attached as Exhibit "14" is a true and correct copy of a Honolulu

Civil Beat article "Prominent Hawaii Defense Contractor Arrested for CARES Act

Fraud", published on September 30, 2020 which can be accessed at

https://www.civilbeat.org/2020/09/prominent-hawaii-defense-contractor-arrested-

for-cares-act-fraud/.  Pursuant to FRE 201, the Court may take judicial notice of

the Honolulu Civil Beat article because it "is not subject to reasonable dispute" and

"can be accurately and readily determined from sources whose accuracy cannot

reasonably be questioned." FRE Rule 201. Further, Rule 902(6), the Honolulu

Civil Beat article is self-authenticating and "require[s] no extrinsic evidence of

authenticity in order to be admitted." FRE 902(6).

8.      Attached as Exhibit "15" is a true and correct copy of the *Criminal*

*Complaint*, filed September 29, 2020 [ECF 1] in United States of America vs.

Martin Kao in MAG. No. 20-01208-WRP, which was unsealed by the Court in

MAG. No. 20-01208-WRP on September 30, 2020. We retrieved this document

from PACER. Pursuant to FRE 201, the Court may take judicial notice of

complaint because it "is not subject to reasonable dispute" and "can be accurately

and readily determined from sources whose accuracy cannot reasonably be

questioned." FRE Rule 201.

4

9.      Attached as Exhibit "16" is a true and correct copy of the *Indictment*

in United States of America v. Martin Kao, Lawrence "Kahele" Lum Kee, and

Clifford Chen, dated February 9, 2022 and received by the United States District

Court on February 10, 2022. We retrieved this document through PACER.

Pursuant to FRE 201, the Court may take judicial notice of the indictment because

it "is not subject to reasonable dispute" and "can be accurately and readily

determined from sources whose accuracy cannot reasonably be questioned." FRE

Rule 201.

I declare under penalty of law that the foregoing statements are true and

correct.

DATED:  Honolulu, Hawai'i, November 15, 2024.


                                          */s/ Rex Y. Fujichaku*
                                          REX Y. FUJICHAKU

5