# EXHIBIT "1"

Navatek, Ltd.




08/08/2018