# EXHIBIT "2"

# Strategic Partnerships Overview



**Duke Hartman, P.E.**
**SVP Strategic Partnerships**

MDG Proprietary Information

1

PAC-002246

CONFIDENTIAL

# Strategic Partnership Brief



In this (~20 min) talk I'll seek to answer:

1. Organization
2. What does the Strategic Partnerships team do, and how does it support the company's mission/vision?
3. Who are our strategic partners?
4. What value do we bring to our partners, and vice versa?
5. How does the partnership development process work?
6. What is the timeline?
7. Where are we pursuing partnerships now?
8. How does the partnerships team interact with the other departments like tech dev and strategy?
9. What's the long-term strategy for these partnerships, and the company's technology as a whole?

Additional questions? (~10 min)

MDG Proprietary Information

2

PAC-002247

CONFIDENTIAL

# What does the Strategic Partnerships Team Do?



**Bottom-line up front:**

- Secure congressional funding for research that aims to close a customer gap.

- …which allows us to <u>capture non-congressional work</u> by:
    1. Developing a technology or capability that closes a gap for a customer
    2. Hiring strategic technical experts, PMs, and BD folks who can win new work

- Long-term goal is to have the pie chart at right reversed



Current MDG Active Contracts (% of total revenue)

- Congressional
- Non-Congressional

12%

88%

Congressional funding is currently the driver of growth (Aug 2020)

MDG Proprietary Information

3

PAC-002248

CONFIDENTIAL

# Operational Groups



**NEW Customers**

**CURRENT Customers & Partners**

### Strategy
1. Responsible for growth; winning new contracts
2. Deep understanding & relationships with customer

### Programs
1. Responsible for program execution
2. Responsible for winning follow-on work

### Engineering
1. Responsible for quality of technical output
2. Assigns resources to meet Program and Capture demand
3. Build inventory of SMEs in response to needs of PMs & tech strategy

**NEW Partners**

### Strategic Partnerships
1. Responsible for securing congressional funding to fuel growth
   A. Build & maintain great relationships with research & congressional partners
   B. Set up PM for self sufficiency; to win non-congressional follow-on work

### Technology Development
1. Responsible for innovative ideas and discriminators that go into winning proposals.
2. Oversees technology portfolio
3. Leads tech input to strategy & partnership efforts

4

PAC-002249

CONFIDENTIAL

# Operational Groups



Navatek Proprietary Information

PAC-002250

CONFIDENTIAL

# Intro to the team…








**Duke Hartman**
SVP Strategic
Partnerships

**Mackenzie Rowe**
Gov't Affairs
Coordinator

**Justin Hines**
Dir. Strategic
Partnerships

**Ryan Tillison**
Mgr. Strategic
Partnerships

**George Nickolopoulos**
Dir. Strategic
Partnerships

MDG Proprietary Information

6

PAC-002251

CONFIDENTIAL

# How Does the SP Team Support the Mission & Vision?



*Mission:* To *discover novel solutions,* *leverage emerging technologies* and apply them to National problem sets with *speed, trust,* and *expertise.*

*Vision:* MDG will be the U.S. Government's *trusted* source to *rapidly* discover, integrate, and apply mission critical solutions.

**What does the Strategic Partnerships team bring to the table? How does it support the mission & vision?**

1. **Funding.** Identify real capability gaps (strategy) and find funding for research to close those gaps (strategic partnerships). Builds **trust** and **loyalty** with customers.

2. **Speed**. Once awarded, MDG can quickly respond to our transition customers' needs; within scope and with the approval of resource sponsors.

3. **New Technical Expertise**. Enables MDG to partner with and hire top researchers; apply their expertise to customer problem sets.

MDG Proprietary Information

7

PAC-002252

**CONFIDENTIAL**

# Who are our Strategic Partners? How do we help them?



- **Benefits to the University & State:**
  - **MDG sets up shop near the university… Local, high paying STEM jobs for grads.**
  - **Grow & diversify research portfolio (funding split)**
  - **>100% of funding spent in the state.**

- **Benefits to MDG:**
  - **Workforce pipeline**.
  - **Grow & diversify research portfolio**

- **Congressional support as a "seed" investment:**
  - MDG sets up an office with achievable goal of being "self sustaining" (independent of congressional funding) within 18-36 months.



Research Partner in the State

Members of Congress

Jack Reed
(Rhode Island)

*Request funding for partnering on:*
1. **Research, and**
2. **Recruitment**

8

CONFIDENTIAL

# SAC-D Sen. Approps. Subcommittee on Defense







✔ Success
✔ Request is in
☐ Target for FY22



MDG Proprietary Information

9

PAC-002254

CONFIDENTIAL

# Strategic Partnerships Selection Criteria



- ## **Find the sweet spot**

  1. **Start with list of capability gaps from customers**

  2. **Distill to technology gaps and filter for those we can realistically close**

  3. **ID states with strong political support**

  4. **ID partners with relevant areas of expertise**

  5. **Entrepreneurial & "plays well with others"**

  6. **ID transition customers & resource sponsors**

**Strategic Partnerships**
- State with political capital
- Relevant areas of expertise
- Plays well w/ others

**Strategy**
- Capability gaps
- Transition customers
- Resource sponsors

**Tech. Dev.**
- Tech gaps
- Assess MDG/partner relative tech strengths

PAC-002255

CONFIDENTIAL

# Strategic Partnerships Selection Process



**Strategy**

**Gaps**

**Transition Customer** $

**Tech Development**

| 1. Start with **capability & tech gaps** | 2. Filter for states with **political capital** | 3. Select **Research Partner** in the state |
|---|---|---|

| 4. Generate **Research Topic(s)** with Partner | 5. ID appropriate **Resource Sponsor** & vet research topic | 6. Make the **Request** and track it |
|---|---|---|

**Resource Sponsor**

**Transition Customer** $

MDG Proprietary Information

11

PAC-002256

CONFIDENTIAL

# Congressional Request Process





MDG Proprietary Information

PAC-002257

CONFIDENTIAL

# Congressional Request: Approximate Schedule



MARTIN
DEFENSE GROUP

|  | | CY20 | | | | | | | | CY21 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | | |
| **FY20 Requests** | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Select state, research partner, gov't admin | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Final whitepaper, vetted by Gov't Admin | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Make the request to the congressional delegation | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Authorization / NDAA process | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Appropriations process | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Contract with Gov't Admin and subcontract with | | ▇ | ▇ | ▇ | | | | | | | | | | | | | | | | | | | | |
| **FY21 Requests** | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Select state, research partner, gov't admin | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Final whitepaper, vetted by Gov't Admin | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Make the request to the congressional delegation | | | | | | | | | | FY21 Office openings… | | | | | | | | | | | | | |
| ✔ Authorization / NDAA process | | ▇ | ▇ | ▇ | | | | | | | | | | | | | | | | | | | | |
| ✔ Appropriations process | | | ▇ | ▇ | ▇ | ▇ Trump | ▇ | ▇ Biden | | | | | | | | | | | | | | | | |
| Contract with Gov't Admin and subcontract with | | | | | | | | | | | | | | | | ▇ | ▇ | ▇ | | | | | | |
| **FY22 Requests** | | | | | | | | | | | | | | | | | | | | | | | | |
| ✔ Select state, research partner, gov't admin | | ▇ | ▇ | ▇ | ▇ | | | | | | | | | | | | | | | | | | | |
| Final whitepaper, vetted by Gov't Admin | | | | ▇ | ▇ | ▇ | | | | | | | | | | | | | | | | | | |
| Make the request to the congressional delegation | | | | | | ▇ | ▇ | ▇ | | ▇ | ▇ | | | | | | | | | | | | | |
| Authorization / NDAA process | | | | | | | | | | | | | ▇ | ▇ | ▇ | ▇ | | | | | | | | |
| Appropriations process | | | | | | | | | | | | | | | ▇ | ▇ | ▇ | ▇ | ▇ | | | | | |
| Contract with Gov't Admin and subcontract with | | | | | | | | | | | | | | | | | | | | | | | | |

Click to add text

MDG Proprietary Information

PAC-002258

# Stacking up Programs – Numbering System



| State | Program | Title | FY20 | FY21 | FY22 | FY23 | FY24 | FY25 |
|-------|---------|-------|------|------|------|------|------|------|
| SC | "1" | Navy Power & Energy Systems | 1a | 1b | 1c | | | |
| SC | "2" | Unmanned Logistics for USMC | | 2a | 2b | 2c | | |
| SC | "3" | Cybersecurity for autonomous vehicles | | | 3a | 3b | 3c | |

**Each Initiative is set up as a 3-year Program.**

- Must go back and request funding each year
- Each Project (e.g., SC-1a) has a 3-year period of performance
- How quickly we can ask for additional requests <u>depends on</u> "goodwill" built with both the <u>congressional delegation</u> and the <u>research partner.</u>
- Should not be counting on endless congressional funding – at a minimum self sufficiency after 3 years is the goal.

MDG Proprietary Information

14

PAC-002259

CONFIDENTIAL

# Congressional FY20-22 Programs



| State | FY20 | FY21 | FY22 |
|---|---|---|---|
| HI | $ 5.9 | $ 20 | $ 20 |
| ME | $ 13.5 | $ 30.5 | $ 34.5 |
| RI | $ 3.8 | $ 20 | $ 25 |
| SC | $ 9.2 | $ 20.5 | $ 31 |
| MI | $ 4.8 | $ 8 | $ 15 |
| OK | | $ 10 | $ 20 |
| KS | | $ 10 | $ 20 |
| WA | | $ 10 | $ 10 |
| AK | | $ 8 | $ 15 |
| DE | | $ 19 | $ 9 |
| WI | | $ 10 | $ 20 |
| IL | | $ 10 | $ 10 |
| NH/VT | | | $ 15 |
| MD | | | $ 15 |
| AR | | | $ 15 |
| LA | | | $ 15 |
| NM | | | $ 15 |
| MT | | | $ 10 |
| WV | | | $ 15 |
| No state | $ 3.5 | | |
| TOTAL | $ 40.7 | $ 176 | $ 329 |

Success

Request in FY21

Target for FY22

MDG Proprietary Information

PAC-002260

CONFIDENTIAL

# Strategic Partnerships Reps



MARTIN
DEFENSE GROUP



| State | SP Rep |
|-------|--------|
| HI | DH |
| ME | #1 |
| RI | #1 |
| SC | DH |
| MI | #2 |
| OK | #3 |
| KS | #3 |
| WA | #2 |
| AK | #2 |
| DE | #1 |
| WI | #2 |
| IL | #2 |
| NH/VT | #1 |
| MD | #1 |
| AR | #3 |
| LA | #3 |
| NM | #3 |
| MT | #2 |
| WV | #1 |

| SP Rep | # States |
|--------|----------|
| Duke Hartman | 2 |
| George Nickolopoulos | 6 |
| Justin Hines | 6 |
| Ryan Tillison | 5 |

Navatek Proprietary Information

* Totals excludes $105m Pandemic request

16

PAC-002261

# Roles & Responsibilities: Who leads and owns <u>Partnerships</u>?







MDG Proprietary Information

PAC-002262

CONFIDENTIAL

## How do we prioritize investments?



MARTIN
DEFENSE GROUP

### Tech Investment Strategy



UNDER CONSTRUCTION

| | *Where are we today?* | | *Where are we headed?* | | | *How much $ do we need to get there?* | |
|---|---|---|---|---|---|---|---|
| | Technical Capabilities / TRL | | CUSTOMER INVESTMENT / ROI | | | INTERNAL INVESTMENT | |
| TECH PORTFOLIO ELEMENT | HISTORY | NEAR FUTURE | HISTORY | NEAR TERM | LONG TERM | HISTORY | NEAR FUTURE |
| **AUTONOMY** | | | | | | | |
| **DATA SCIENCE / AI** | | | | | | | |
| **POWER & ENERGY** | | | | | | | |
| **CYBER** | | | | | | | |
| **COMPOSITES & MATERIALS** | | | | | | | |
| **PLATFORMS** | | | | | | | |

| Owned by: | **Tech Development** | **Strategy** | **Strategic Partnerships** |
|---|---|---|---|

MDG Proprietary Information

PAC-002263



# Congressional FY20-22 Programs

**Cross-Domain Autonomy** *WA – 1a, b,c*

**Soft Robotics** *WI – 1a, b*

**Lrg Diesel Digital Twin** *WI – 2a*

**Data-Model Fusion for Naval Platforms.** *MI – 1a,b,c*

**Composites & Add. Mfr of Maritime Systems** *ME – 1c // ME – 4a,b,c*

**Digital Twin Test Bed** *ME – 2b,c,d*

**Electric Propulsion** *ME – 3a,b,c*

**UAS Swarms** *NH/VT - 1a*

**Networking of Power & Energy Systems** *IL – 1a, b, c*

**UAV Recharging** *MD - 1a*

**Cyber-Physical Security** *RI – 1a,b,c*

**Expandable Structures** *RI – 2a,b,c*

**Inflatable/Adaptive Structures** *KS – 1a, b,c*

**NASA Project TBD** *KS – 2a*

**Persistent Multi-Domain Arctic Mobility** *AK – 1a, b, c*

**Design & Constr. Denied Enviro.** *DE – 1a,b,c*

**AI Use COVID-19** *DE – 2a*

In Situ Solution

**Systematic Advc. / Alt Enrg** *HI – Alt Enrg 20, 21, 22*

**Exp. UAV L&R** *OK – 1a, b, c*

**NASA Project** *OK – 2a*

**Power & Energy** *SC – 1a, b, c*

**Unmanned Logistics USMC** *SC – 2a, b, c*

**Cyber Sec. Auton.Vehicles** *SC – 3a*

* Excludes $105 Pandemic request

MDG Proprietary Information

✔ Success in FY20
✔ Request is in FY21
▢ Target for FY22

19

PAC-002264

CONFIDENTIAL

# FY20 Results





FY20 Results By Tech Portfolio: $40.7M

FY20 Results By State: $40.7M

| | FY20 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State | Platforms | Autonomy & Data Sci | Power & Energy | Cyber | Materials & Mfr. | TOTAL AWARDS | TOTAL REQUESTED | WIN % |
| HI | 5.9 | | | | | 5.9 | 10.0 | 59% |
| ME | 4.8 | 3.9 | | | 4.8 | 13.5 | 21.5 | 63% |
| RI | | | 3.8 | | | 3.8 | 8.0 | 48% |
| SC | | | 9.2 | | | 9.2 | 9.5 | 97% |
| MI | | 4.8 | | | | 4.8 | 7.0 | 69% |
| No state | | 3.5 | | | | 3.5 | 0.0 | N/A |
| TOTAL | 10.8 | 12.2 | 9.2 | 3.8 | 4.8 | 40.7 | 72.0 | 57% |

**Takeaways:**

- **Maine & South Carolina are largest $$**
- **Customer is ALL ONR**
- **Win rate for FY20 requests was 57%**

PAC-002265

CONFIDENTIAL

# FY21 Requests

**MARTIN** **DEFENSE GROUP**

**Takeaways:**

- **Only HAC-D results so far – SAC-D will likely finish in Q1 2021**
- **We expect a stronger showing in SAC-D**
- **Applying ~50% win rate from FY20 to FY21 requests = ~$80M; doubling revenue**
- **More than doubling office count in 12 months**
- **\*Totals do not include a "pandemic resilience" request for $105M**



**FY21 Requests By Tech Portfolio: $176M\***

| | | FY21 | | | | | |
|---|---|---|---|---|---|---|---|
| State | Platforms | Autonomy & Data Sci | Power & Energy | Cyber | Materials & Mfr. | TOTAL REQUEST | HAC-D Results |
| HI | $ 20.0 | | | | | $ 20.0 | |
| ME | $ 8.5 | $ 12.0 | | | $ 10.0 | $ 30.5 | |
| RI | | | | $ 10.0 | $ 10.0 | $ 20.0 | |
| SC | | $ 10.0 | $ 10.5 | | | $ 20.5 | $ 11.0 |
| MI | | $ 8.0 | | | | $ 8.0 | $ 3.0 |
| OK | $ 10.0 | | | | | $ 10.0 | $ 7.0 |
| KS | | | | | $ 10.0 | $ 10.0 | |
| WA | | $ 10.0 | | | | $ 10.0 | $ 10.0 |
| AK | $ 8.0 | | | | | $ 8.0 | |
| DE | | $ 10.0 | | | $ 9.0 | $ 19.0 | |
| WI | | | | | $ 10.0 | $ 10.0 | |
| IL | | | $ 10.0 | | | $ 10.0 | |
| TOTAL | $ 46.5 | $ 50.0 | $ 20.5 | $ 10.0 | $ 49.0 | $ 176.0\* | $ 31.0 |



**FY21 Requests By State: $176M\***

PAC-002266

CONFIDENTIAL

# FY22 Requests



**MARTIN**
**DEFENSE GROUP**

| State | Platforms | Autonomy & Data Sci | Power & Energy | Cyber | Materials & Mfr. | TBD | TOTAL |
|---|---|---|---|---|---|---|---|
| HI | $ 20.0 | | | | | | $ 20 |
| ME | $ 16.0 | | $ 8.5 | | $ 10.0 | | $ 34.5 |
| RI | | | | $ 15.0 | $ 10.0 | | $ 25 |
| SC | | $ 10.0 | $ 10.5 | $ 10.0 | | | $ 31 |
| MI | | $ 15.0 | | | | | $ 15 |
| OK | $ 10.0 | | | | | $ 10.0 | $ 20 |
| KS | | | | | $ 10.0 | $ 10.0 | $ 20 |
| WA | | $ 10.0 | | | | | $ 10 |
| AK | $ 15.0 | | | | | | $ 15 |
| DE | | | | | $ 9.0 | | $ 9 |
| WI | | $ 10.0 | | | $ 10.0 | | $ 20 |
| IL | | | $ 10.0 | | | | $ 10 |
| NH/VT | $ 15.0 | | | | | | $ 15 |
| MD | $ 7.5 | | $ 7.5 | | | | $ 15 |
| AR | | | | | | $ 15.0 | $ 15 |
| LA | | | | $ 15.0 | | | $ 15 |
| NM | | | | | | $ 15.0 | $ 15 |
| MT | | | | | | $ 10.0 | $ 10 |
| WV | | | | | | $ 15.0 | $ 15 |
| **TOTAL** | **$ 83.5** | **$ 45.0** | **$ 36.5** | **$ 40.0** | **$ 49.0** | **$ 75.0** | **$ 329.0** |

**Takeaways:**
- **There are a LOT of new states; management challenge**
- **No geographic clustering of tech areas**
- **Need new PMs willing to take on new states**
- **New Strategic Partnerships Directors**



**FY22 Requests By Tech Portfolio: $329M**

TBD 23% | Platforms 25% | Autonomy & Data Sci 14% | Power & Energy 11% | Cyber 12% | Materials & Mfr. 15%

PAC-002267

CONFIDENTIAL

# Congressional BD: Changes



***How can we improve the P-win of follow on funding?***

## 1. Customer involvement upfront.

- **Strategy rep** with deep knowledge of their customer assigned to each congressional
- **Tech Dev Rep** partnered up with them develops tech project that meets a customer need
- Non-congressional customer has their own dollars for <u>follow-on funding </u>(own S&T, R&D or Proc) & a clear plan to program it to pick up the project at the end of the congressional funding
- May or may not be the gov't admin of congressional funding

## 2. Empower Program Managers to win follow on work and feel sense of "ownership"

- Assign a program lead (with business development skills) and give them the resources they need.
- Treat the PM as a CEO of his/her own small startup – seed investment should allow you to capture new customers
- Business case is built EARLY while writing the whitepaper
- May need a business analyst to help program lead identify, protect, and market what valuable IP we create
- Potential roadblocks to be cleared… "tying the PM's hands behind his back":
  - Making unrealistic promises on headcount and thus hiring junior people incapable of winning new work immediately
  - Partnering with sub-par partners can paint the PM into a corner of non-priority area of research, and having to drag along an underperformer
  - Allowing congressional funds to be "raided" to support other programs can cut the legs out from under a PM

## 3. Push towards prototypes

- For new non-congressional customers (beyond ONR)
- In new priority technical areas (autonomy, cyber, etc)
- To higher TRL (from basic research to TRL 5-9)

MDG Proprietary Information

23

PAC-002268

# Congressional BD: Changes



***How can we maintain satisfied customers and partners while executing on much larger revenue?***

4.  **Put together larger cohesive programs vs. many small disjointed ones**.

   - We can now go after larger programs with a consortium of partners rather than the many, many individual requests – becomes a challenge to manage well and we fatigue ourselves and congressional partners.
   - Will require a consortium of partners and a well thought out plan
   - Get involved in planning and programming of FY23 and on President's Budget – hook into next cycle

5.  **Need more care and feeding for university and research partnerships.**

   - There is a potential gold mine in terms of funding
   - Need additional staff to help nurture along the relationships
   - Directors of Strategic Partnerships will be focused on this

MDG Proprietary Information

24

PAC-002269

CONFIDENTIAL

# Thank you… Questions?



MDG Proprietary Information

PAC-002270

CONFIDENTIAL

# From Gary: Ranking and Prioritizing Investments



| Congressional Support<br><br>1-10 | Technology Transition Viability<br>Can we build a prototype and transition to a service and/or product in 3 years?<br>1-10 | People<br>The leaders (entrepreneurial drive / experience)<br>University backing<br>1-10 |
|---|---|---|
| Inhofe<br>Lankford | UAS = top investment technology | #1 university priority in 20<br>People already tracking in same direction |

8   +   9   +   9   =   26

GA: Probably more we can assess to prioritize our investments
DH: needs to be built out before presenting to others

PAC-002271

CONFIDENTIAL

# Congressional BD: Motivation



SBIRs, DARPA Seedlings, etc.



Congressionals focused on basic research

Congressionals focused on transition

Program of Record / Recurring Revenue





MDG Proprietary Information

27

PAC-002272

CONFIDENTIAL

# Congressional BD: Motivation



Industry

We have lived in TRL 2 &3 primarily with some sporadic endeavors into TRL 6

Academia

Investment

20+

Today

Gap

X?

**How we thrive in the valley of death:**

- **Nimble / speed**
- **Talented Researchers**
- **Bonded to customers**
- **Not afraid of risk**
- **Culture aligned with warfighter**

Technology Readiness Level

1 Basic principles
2 Technology concept
3 Proof of concept
4 Technology validated in lab
5 Technology validated in relevant environment
6 Technology demonstrated
7 System prototype
8 System complete and qualified
9 System deployed

PAC-002273

CONFIDENTIAL

# Congressional BD: Detailed Process



1. Select state with Key Appropriator & Hire Lobbyist
   a) Criteria: Members of SAC-D or HAC-D. Senior members preferred. Have they done congressional adds before?
   b) Hire lobbyist with excellent relationships with the key office and record of achieving congressional adds.

2. Select Research Partner in the state
   a) Usually universities but can be gov't lab. Looking for a "favored constituent" that can help us get established in the state
   b) Ask lobbyist and appropriator staff for recommendations.
   c) Criteria:
      i. Does the congressional delegation like working with them?
      ii. Are they entrepreneurial and looking for partners? Some established RIs do not play well with others.
      iii. Do they have "room" on their congressional request list (for DoD / Navy for example)? Some have 100s of appropriations requests, others have just a few or none.
      iv. Are they technically competent and have high quality research faculty?

3. Select government administrator of the funding
   a) ONR, ARL, AFRL, OSD, etc.
   b) Understand the research areas for each gov't admin and socialize the topics with the gov't early.
   c) Understand the contracting vehicle.
   d) In some cases the gov't admin is also a research partner / consumer of funding.

4. Generate Research Topic with Partner, vetted by Gov't Admin
   a) Agree on split of funding and IP ahead of time

5. Make the request to the congressional delegation & track it

6. Contract with Gov't Admin and subcontract with partner

MDG Proprietary Information

29

PAC-002274

CONFIDENTIAL



# Fiscal Year 2021 Results Overview

PAC-002275

CONFIDENTIAL

# MDG Portfolio Elements





Platforms & Prototyping



Advanced Materials & Manufacturing



Power & Energy Systems



Autonomy & Data Science



Cyber

PAC-002276

CONFIDENTIAL

# Congressional FY20-22 Programs



| State | FY20 | FY21 | FY22 |
|-------|------|------|------|
| HI | 5.9 | 20 | 40 |
| ME | 13.5 | 30.5 | 34.5 |
| RI | 3.8 | 20 | 25 |
| SC | 9.2 | 20.5 | 30.5 |
| MI | 4.8 | 8 | 15 |
| OK | - | 10 | 20 |
| KS | - | 10 | 20 |
| WA | - | 10 | 10 |
| AK | - | 8 | 15 |
| DE | - | 19 | 19 |
| WI | - | 10 | 20 |
| IL | - | 10 | 10 |
| NH | - | - | 15 |
| MD | - | - | 15 |
| AR | - | - | 15 |
| LA | - | - | 15 |
| NM | - | - | 15 |
| MT | - | - | 15 |
| WV | - | - | 15 |
| *Multi* | - | *105* | *105* |
| No state | 3.5 | - | - |
| TOTAL | 40.7 | 281* | 469* |

✓ Success
✓ Request is in
☐ Target for FY22

Total $ to MDG in millions, excl subs

MDG Proprietary Information

32

PAC-002277

CONFIDENTIAL



| FY | | Project Title | State | Internal Navatek # | Requesting ($M) | HASC | SASC | HAC-D | SAC-D |
|---|---|---|---|---|---|---|---|---|---|
| 21 | | Materials for Sustained Arctic Mobility | Alaska | 1a | $8.0 | - | - | - | |
| 21 | | Expeditionary Materials, Design, and Construction in a Denied Environment | Delaware | 1a | $9.0 | - | - | - | |
| 21 | | Using Artificial Intelligence To Make Specialty Equipment and Critical Supplies (PPEs) in Response to COVID-19 | Delaware | 2a | $10.0 | - | - | - | |
| 21 | | Navy Alternative Energy Research, Development, Testing, and Deployment | Hawaii | Alt Enrg | $40.0 | - | - | Report Language/ No Funding | |
| 21 | | Networking of Power and Energy Systems for Distributed Maritime Operations | Illinois | 1a | $10.0 | - | - | - | |
| 21 | | Inflatable and Adaptive Structures for Defense Applications | Kansas | 1a | $10.0 | - | - | - | |
| 21 | | Test Bed for Autonomous Ship Systems | Maine | 2c | $12.0 | - | +3 million + supportive report language | - | |
| 21 | | Electric Propulsion for Military Craft and Advanced Planning Hulls | Maine | 3b | $8.5 | - | +$2 million + supportive report language | - | |

PAC-002278

CONFIDENTIAL




| FY | | Project Title | State | Internal Navatek # | Requesting ($M) | HASC | SASC | HAC-D | SAC-D |
|---|---|---|---|---|---|---|---|---|---|
| 21 | | Additive Manufacturing of Unmanned Maritime Systems | Maine | 4a | $10.0 | +$5 million | - | - | |
| 21 | | Pandemic-Resilience Technologies for the Navy Fleet | Maine, Oklahoma, Illinois | Beast1 | $105.0 | - | - | - | |
| 21 | | Data-Model Fusion for Naval Platform and Systems | Michigan | 1b | $8.0 | - | - | +$3 million | |
| 21 | | Expeditionary Unmanned Systems Launch & Recovery | Oklahoma | 1a | $10.0 | +$5 million | +$5 million + supportive report language | +$7 million for 'UAVs in austere environments' | |
| 21 | | Network Cyber Security and Resiliency | Rhode Island | 1b | $10.0 | +$5 million for 'Cyber physical security and resiliency research' | - | - | |
| 21 | | Expandable Structures for Operational Effectiveness | Rhode Island | 2a | $10.0 | +5 million | - | - | |
| 21 | | Talent and Technology for Navy Power and Energy Systems | South Carolina | 1b | $10.5 | +$5 million | - | +$6 million for 'Navy power and energy systems technology' | |
| 21 | | Unmanned Logistics Solutions for the U.S. Marine Corps | South Carolina | 2a | $10.0 | +$5 million for 'Unmanned logistics technology' | - | IN LINE 6 +$5 million for 'unmanned logistics solutions' | |
| 21 | | Cross-Domain Autonomy for Persistent Maritime Operations | Washington | 1a | $10.0 | +$10 million | - | +$10 million | |
| 21 | | Soft Robotics for Navy Subsea and Seabed Systems | Wisconsin | 1a | $10.0 | - | - | - | |

PAC-002279




**HAC-D**

264

EXPLANATION OF PROJECT LEVEL ADJUSTMENTS
[In thousands of dollars]

| R-1 | Budget Request | Committee Recommended | Change from Request |
|---|---|---|---|
| 1 UNIVERSITY RESEARCH INITIATIVES | 116,816 | 136,816 | 20,000 |
| Program increase - university research initiatives | | 10,000 | |
| Program increase - defense university research instrumentation program | | 10,000 | |
| 3 DEFENSE RESEARCH SCIENCES | 467,158 | 482,984 | 15,826 |
| Mathematics, computer, and information sciences unjustified growth | | -4,174 | |
| Program increase - defense research sciences | | 15,000 | |
| Program increase - silicon-germanium-tin alloy research | | 5,000 | |
| 4 POWER PROJECTION APPLIED RESEARCH | 17,792 | 22,792 | 5,000 |
| Program increase - miniaturization of lasers | | 5,000 | |
| 5 FORCE PROTECTION APPLIED RESEARCH | 122,281 | 161,781 | 39,500 |
| Program increase - direct air capture and blue carbon removal technology | | 7,500 | |
| Program increase - navy power and energy systems technology | | 6,000 | |
| Program increase - power generation and storage research | | 5,000 | |
| Program increase - data-model fusion | | 3,000 | |
| Program increase - UAVs in austere environments | | 7,000 | |
| Program increase - coastal environmental research | | 5,000 | |
| Program increase - advanced energetics research | | 4,000 | |
| Program increase - machine discovery and learning | | 2,000 | |
| 6 MARINE CORPS LANDING FORCE TECHNOLOGY | 50,623 | 55,623 | 5,000 |
| Program increase - unmanned logistics solutions | | 5,000 | |
| 7 COMMON PICTURE APPLIED RESEARCH | 48,001 | 44,724 | -3,277 |
| Applied information sciences for decision making excess growth | | -3,277 | |
| 8 WARFIGHTER SUSTAINMENT APPLIED RESEARCH | 67,765 | 84,255 | 16,490 |
| Surveillance technology excess growth | | -1,010 | |
| Program increase - health and safety research of underground fuel storage facilities | | 5,000 | |
| Program increase - humanoid robotics in unstructured environments | | 5,000 | |
| Program increase - human performance and injury rehabilitation assessment tool | | 2,500 | |
| Program increase - force health protection and application | | 5,000 | |
| 9 ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH | 84,994 | 87,994 | 3,000 |
| Program increase - navigation technology | | 3,000 | |

265

| R-1 | Budget Request | Committee Recommended | Change from Request |
|---|---|---|---|
| OCEAN WARFIGHTING ENVIRONMENT APPLIED 10 RESEARCH | 63,392 | 78,392 | 15,000 |
| Program increase - task force ocean | | 10,000 | |
| Program increase - naval special warfare | | 5,000 | |
| 12 UNDERSEA WARFARE APPLIED RESEARCH | 56,397 | 71,397 | 15,000 |
| Program increase - undersea sensing and communications | | 5,000 | |
| Program increase - cross domain autonomy for persistent maritime operations | | 10,000 | |
| 13 FUTURE NAVAL CAPABILITIES APPLIED RESEARCH | 167,590 | 170,724 | 3,134 |
| Sea warfare and weapons excess growth | | -2,461 | |
| Warfighter performance excess growth | | -2,405 | |
| Program increase - cooperative engagement capability mission based networking for data distribution systems | | 3,000 | |
| Program increase - improved detection of submarine threats | | 5,000 | |
| MINE AND EXPEDITIONARY WARFARE APPLIED 14 RESEARCH | 30,715 | 33,215 | 2,500 |
| Program increase - robotics for mine neutralization | | 2,500 | |
| INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED 15 RESEARCH | 160,537 | 147,813 | -12,724 |
| CLAWS unjustified growth | | -4,988 | |
| Full spectrum undersea warfare unjustified request | | -11,736 | |
| Program increase - thermoplastic composites for lightweight naval applications | | 4,000 | |
| MARINE CORPS ADVANCED TECHNOLOGY 19 DEMONSTRATION (ATD) | 219,045 | 207,692 | -11,353 |
| Command, control, communications, computers excess growth | | -9,299 | |
| Combat service support and force protection excess growth | | -7,054 | |
| Program increase - expeditionary process, exploitation, and dissemination | | 5,000 | |
| FUTURE NAVAL CAPABILITIES ADVANCED 21 TECHNOLOGY DEV | 246,054 | 228,159 | -17,895 |
| Expeditionary maneuver warfare excess growth | | -11,557 | |
| Long endurance airborne platform decoy concurrency | | -4,818 | |
| DECAF unjustified request | | -6,520 | |
| Program increase - advanced energetics research | | 5,000 | |
| 23 WARFIGHTER PROTECTION ADVANCED TECHNOLOGY | 4,851 | 29,151 | 24,300 |
| Program increase - bone marrow registry program | | 24,300 | |
| INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED 26 TECHNOLOGY | 141,948 | 157,786 | 15,838 |
| HIJENKS concurrency | | -2,162 | |
| Long range targeting concurrency | | -2,000 | |
| Program increase - electromagnetic railgun | | 20,000 | |

PAC-002280

CONFIDENTIAL

**HAC-D Report Language**



## NAVY ALTERNATIVE ENERGY RESEARCH

The Committee recognizes the need for additional research by the Navy in its efforts to create a more robust energy infrastructure, to reduce the cost of energy, and to increase energy security, reliability, and resiliency at Department of the Navy facilities and on naval platforms. A broader range of experimentation, prototyping, and development is necessary for future naval capabilities related to powering maritime systems, at-sea persistent surveillance and communications systems, and unmanned undersea vehicle charging.

The Committee encourages the Secretary of the Navy to partner with universities, affiliated research facilities, and other federal agencies to conduct research on electrical power intermittency, integrating renewable energy sources into the grid, energy storage, improved micro-grids, local generation of zero-carbon fuels, marine hydrokinetic energy converters for autonomous systems, tactical energy solutions, and the inspection and structural health monitoring of critical energy infrastructure.

PAC-002281

CONFIDENTIAL

HASC

MARTIN
SE GROUP

| | | | | | |
|---|---|---|---|---|---|
| 249 | 0303140A | INFORMATION SYSTEMS SECURITY PROGRAM | 29,270 | | 29,270 |
| 250 | 0303141A | GLOBAL COMBAT SUPPORT SYSTEM | 86,908 | | 86,908 |
| 251 | 0303142A | SATCOM GROUND ENVIRONMENT (SPACE) | 18,684 | | 18,684 |
| 256 | 0305179A | INTEGRATED BROADCAST SERVICE (IBS) | 467 | | 467 |
| 257 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 4,051 | | 4,051 |
| 258 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 13,283 | | 13,283 |
| 259 | 0305208A | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 47,204 | | 47,204 |
| 264 | 0708045A | END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES | 61,012 | 6,000 | 67,012 |
| | | 6.8mm projectile development | | [4,000] | |
| | | Lightweight film armor development | | [2,000] | |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 3,983 | | 3,983 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **1,998,539** | **−256,058** | **1,742,481** |
| | | **SOFTWARE AND DIGITAL TECHNOLOGY PILOT PROGRAMS** | | | |
| 267 | 0608041A | DEFENSIVE CYBER—SOFTWARE PROTOTYPE DEVELOPMENT | 46,445 | | 46,445 |
| | | **SUBTOTAL SOFTWARE AND DIGITAL TECHNOLOGY PILOT PROGRAMS** | **46,445** | | **46,445** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | **12,587,343** | **−204,437** | **12,382,906** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | |
| | | **BASIC RESEARCH** | | | |
| 001 | 0601103N | UNIVERSITY RESEARCH INITIATIVES | 116,816 | 5,000 | 121,816 |
| | | Navy Defense University Research Instrumentation program increase | | [5,000] | |
| 002 | 0601152N | IN-HOUSE LABORATORY INDEPENDENT RESEARCH | 19,113 | | 19,113 |
| 003 | 0601153N | DEFENSE RESEARCH SCIENCES | 467,158 | | 467,158 |
| | | **SUBTOTAL BASIC RESEARCH** | **603,087** | **5,000** | **608,087** |
| | | **APPLIED RESEARCH** | | | |
| 004 | 0602114N | POWER PROJECTION APPLIED RESEARCH | 17,792 | | 17,792 |
| 005 | 0602123N | FORCE PROTECTION APPLIED RESEARCH | 122,281 | 25,000 | 147,281 |
| | | Additive manufacturing of unmanned maritime systems | | [5,000] | |
| | | Cyber physical security and resiliency research | | [5,000] | |

389

PAC-002282

CONFIDENTIAL

HASC



## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
### (In Thousands of Dollars)

| Line | Program Element | Item | FY 2021 Request | House Change | House Authorized |
|---|---|---|---|---|---|
| | | Expeditionary unmanned systems launch and recovery | | [5,000] | |
| | | Talent and technology for power and energy systems | | [5,000] | |
| | | Unmanned logistics technology | | [5,000] | |
| 006 | 0602131M | MARINE CORPS LANDING FORCE TECHNOLOGY | 50,623 | | 50,623 |
| 007 | 0602235N | COMMON PICTURE APPLIED RESEARCH | 48,001 | | 48,001 |
| 008 | 0602236N | WARFIGHTER SUSTAINMENT APPLIED RESEARCH | 67,765 | 10,000 | 77,765 |
| | | High mobility ground robots | | [5,000] | |
| | | Robotics in complex unstructured environments | | [5,000] | |
| 009 | 0602271N | ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH | 84,994 | | 84,994 |
| 010 | 0602435N | OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH | 63,392 | 10,000 | 73,392 |
| | | Extreme weather events research | | [5,000] | |
| | | Program increase | | [5,000] | |
| 011 | 0602651M | JOINT NON-LETHAL WEAPONS APPLIED RESEARCH | 6,343 | | 6,343 |
| 012 | 0602747N | UNDERSEA WARFARE APPLIED RESEARCH | 56,397 | 35,000 | 91,397 |
| | | Academic partnerships for undersea vehicle research | | [10,000] | |
| | | Autonomous undersea robotics | | [10,000] | |
| | | Cross-domain autonomy for persistent maritime operations | | [10,000] | |
| | | Expandable structures for operational effectiveness research | | [5,000] | |
| 013 | 0602750N | FUTURE NAVAL CAPABILITIES APPLIED RESEARCH | 167,590 | | 167,590 |
| 014 | 0602782N | MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH | 30,715 | | 30,715 |
| 015 | 0602792N | INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH | 160,537 | | 160,537 |
| 016 | 0602861N | SCIENCE AND TECHNOLOGY MANAGEMENT—ONR FIELD ACITIVITIES | 76,745 | | 76,745 |
| | | **SUBTOTAL APPLIED RESEARCH** | **953,175** | **80,000** | **1,033,175** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | |
| 017 | 0603123N | FORCE PROTECTION ADVANCED TECHNOLOGY | 24,410 | 5,000 | 29,410 |
| | | Additive manufacturing | | [5,000] | |

390

PAC-002283

CONFIDENTIAL

SASC

MARTIN
DEFENSE GROUP

*Electric propulsion for military craft and advanced planning hulls*

The budget request included $122.3 million for Research, Development, Test, and Evaluation (RDT&E), Navy, for PE 62123N Force Protection Applied Research.

The committee notes the ongoing, yet increasing, operational tempo of naval special warfare maritime units such as the Special Warfare Combatant Craft and Coastal Riverine Force squadrons. The committee is aware that U.S. Special Operations Command has identified mission critical capability objectives for hybrid propulsion technologies and low signature management that, in the face of increasingly technologically advanced adversaries, are of substantial importance and should be supported.

Therefore, the committee recommends an increase of $2.0 million, in RDT&E, Navy, for PE 62123N for electric propulsion for military craft and advanced planning hulls.

*Expeditionary unmanned systems launch and recovery*

The budget request included $122.3 million in Research, Development, Test, and Evaluation (RDT&E), Navy, for PE 62123N Force Protection Applied Research.

The committee supports the Navy's investment in advanced fixed wing unmanned aerial vehicles and notes that, in order to support persistent operations in austere environments, additional investment in expeditionary launch and recovery capabilities is warranted. The committee believes that it is important to conduct research and development related to the launch and recovery of expeditionary unmanned systems that enable high-efficiency, high-payload drones to take off and land on land and at-sea.

Therefore, the committee recommends an increase of $5.0 million in RDT&E, Navy, for PE 62123N to support expeditionary unmanned systems launch and recovery.

*Testbed for autonomous ship systems*

The budget request included $122.3 million in Research, Development, Test, and Evaluation (RDT&E), Navy, for PE 62123N Force Protection Applied Research.

The committee notes that a key technology gap for long-duration autonomous ship operation lies in the robustness and resiliency of the hull and machinery plant. The committee also notes that autonomous ships will be expected to operate for months between human-assisted maintenance and that autonomous machinery must be robust and resilient in order to avoid failure, repair damage, or redirect platforms as needed. The committee notes the development of digital-twin technologies that allow for predictive or automated maintenance and improved operations and logistics and help fill a critical gap that has been identified in autonomous systems.

Therefore, the committee recommends an increase of $3.0 million, in RDT&E, Navy, for PE 62123N for the development of a testbed for autonomous ship systems.

PAC-002284