# EXHIBIT "3"



News That Matters ▪ Support us

Elections    Maui Fires    Ideas    Special Projects    Topics    More +          Newsletters    Events    Videos    About

## Politics

# Watchdog Asks FEC To Probe Hawaii Company's $150K Political Donation

A mysterious company may have broken federal campaign law when it gave a large donation to a super PAC supporting Republican Sen. Susan Collins of Maine.

By Nick Grube  /  February 3, 2020
Reading time: 3 minutes.

Share Article     💬 2

WASHINGTON — On Dec. 31, a conservative super PAC supporting Republican U.S. Sen. Susan Collins of Maine — one of the most pivotal swing votes in Washington — received a $150,000 donation from a mysterious company based in Hawaii.

The Campaign Legal Center now says that contribution could be illegal.

On Monday, the nonprofit, nonpartisan watchdog organization filed a complaint with the Federal Election Commission asking it to investigate the donation and the company that made it — the Society of Young Women Scientist and Engineers.

The Daily Beast appears to be the first news outlet to report on the complaint.

According to the Campaign Legal Center, the company appears to have been formed for the sole purpose of disguising where its money comes from.

Hawaii business records show the Society of Young Women Scientist and Engineers was created on Nov. 26, just one month before it gave $150,000 to 1820 PAC, which is the political action committee supporting Collins' campaign.

The registered agent and person signing the documents is a person by the name of Jennifer Lam.

The Campaign Legal Center complaint notes that the Society of Young Women Scientist and Engineers barely leaves a public footprint. It's mailing address is a PO Box at a post office on Merchant Street in

### Top Stories


Disease Could Kill Most of The Big Island's 'Ohi'a Forests Within 20 Years


Hawaii DOE Is Attempting To Rein In Bad Parent Behavior. Will It Work?


Broadband Coming To More Hawaiian Homes Via Surge In Federal Funding


Mauna Loa Showed Telltale Warning Signs Before Erupting In 2022


What Buddhism Can Teach In This Moment Of Deep Divisions

downtown Honolulu.

The company has no website, social media account or online presence.

There also didn't appear to be any record of business income or investment revenue that could be used to pay for the $150,000 donation to the PAC "without an infusion of funds" for that specific purpose.

Brendan Fischer, who's an attorney with the Campaign Legal Center, said there's a long history of wealthy donors using LLCs to launder big donations to super PACs while keeping their true identities hidden from the public.

One of the most recent high profile examples, he said, involved Lev Parnas and Igor Fruman, two associates of President Donald Trump's personal attorney Rudy Giuliani, who are now key players in Trump's impeachment.

Parnas and Fruman [were charged](#) by the U.S. Justice Department of making illegal "straw man" donations through their company Global Energy Producers LLC to a super PAC supporting President Donald Trump.

Fischer said the $150,000 donation from the Society of Young Women Scientist and Engineers LLC follows a similar pattern as Global Energy Producers LLC.

"There's no record of this entity conducting any business activity or other activities that would generate revenue or income," Fischer said. "All the evidence suggests that this LLC was set up and used in order to facilitate the donation while keeping the true identity of the donor a secret."

*You can read the complaint here:*








## Before you go

Civil Beat is a small nonprofit newsroom that provides free content with no paywall. That means readership growth alone can't sustain our journalism.

The truth is that less than 1% of our monthly readers are financial supporters. To remain a viable business model for local news, we need a higher percentage of readers-turned-donors.

**Will you consider becoming a new donor today? Every contribution, however big or small, powers our journalism.**

CONTRIBUTE

## About the Author



**Nick Grube**

Nick Grube is a reporter for Civil Beat. You can reach him by email at nick@civilbeat.org or follow him on Twitter at @nickgrube. You can also reach him by phone at 808-377-0246.

Use the RSS feed to subscribe to Nick Grube's posts today

## GET IN-DEPTH REPORTING ON HAWAII'S BIGGEST ISSUES

Sign up for our FREE morning newsletter

Enter email    **SIGN ME UP!**

And don't worry, we hate spam too! You can unsubscribe any time.



The only news outlet in Hawaii dedicated to public affairs reporting. Our mission is to engage and educate the community on important public issues through in-depth reporting, explanatory and investigative journalism, analysis and commentary.

### Best Overall News Site

Civil Beat has been named the best overall news site in Hawaii for the 14th year in a row by the Society of Professional Journalists Hawaii Chapter.

   

About Civil Beat          Contact Us
Events                    Jobs
FAQ                       Got A Tip?
Podcasts                  Privacy Policy
Reprint Policy            Corporate Donations
Terms of Service          FCC Filing

MEMBER

Institute for Nonprofit News

Copyright © 2010-2024 Honolulu Civil Beat Inc. All rights reserved. Civil Beat ® is a registered trademark of Honolulu Civil Beat Inc.