# EXHIBIT "5"

**Duke Hartman**

**From:** Duke Hartman
**Sent:** Monday, March 30, 2020 10:39 PM
**To:** Michael Schmicker
**Subject:** RE: from Mike re revised SYWSE PR plan

Thanks Mike, looks good.

NAVATEK
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Michael Schmicker <Schmicker@navatekllc.com>
**Sent:** Monday, March 30, 2020 9:44 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** FW: from Mike re revised SYWSE PR plan

Duke:

See below. Your suggestions are in it, and we changed some other things. Call me if you have any questions or want the reasoning behind any change.

Thanks for your input and stay safe down there!

Mike

---

**From:** Michael Schmicker
**Sent:** Monday, March 30, 2020 3:37 PM
**To:** Troy Keipper <Troy@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>; Karen Ernst <kernst@navatekllc.com>
**Subject:** from Mike re revised SYWSE PR plan

Troy: and Lori

Had great discussion with Cliff and Karen. Here's the revised PR plan. Any comments suggestions?

Karen can explain to you why we added/subtracted the elements, or call me and I can explain. Once we four are in agreement, I will pass it on to Martin for his decision.

All changes marked in bold italic.

Many thanks for all your help!

Mike

## REVISED PR Plan for SYWSE $165K scholarship donations 3/30/20

1. Lori collects from each of the 13 universities a university press release/or letter thanking Navatek for their donation We let the university announce the donation and praise SYWSE More credibility to announcement.

- ***Lori stipulates that if the university getting the money donates it to a scholarship, the Society will get the name and photo of the student, and be approved to post the info on the Society website***

2. We get the SYWSE website/ office up and running in next three weeks. Website when ready announces the $165K worth of grants for 2020 year.

3. We communicate to the following information to the target audiences:

- Navatek Managers/employees
  - ***(DELETE SYWSE messaging to Navatek Manager/employees for now – may revisit it later when we have names/photos of SYWSE scholarship winners to share***
  - ***ADD Program of non-SYWSE Positive PR messaging to ManagerEmployees over next few weeks***
    - ***Navatek printing 3-D masks to help with COVID emergency***
    - ***(Optional) – Navatek hasmade major donation to Foodbanks (TBD – Hawaii only, or nationa? ; Karen to talk with Martin***
    - ***New message from Martin to employees re ONR's praise for Naatek and our importance to defense industry country; and that Martin has negotiated with ONR to speed up processing of our FY 20 contract funds. Result: All employees jobs are safe during this severe economic recession/depression***

- Maine
  - o <u>Sen Collins office</u> (Martin has the woman staffer name) – Martin email plus U. of Maine news release
    - Martin email: SYWSE is up and running. Website link. Proud to announce $25,000 scholarships to U Maine. See U Maine press release attached.
      - Martin private note for staffer to pass on. We wish Senator Collins the best. She's a champion of women in Maine, and Navatek proud to make this donation. Feel free to us this info in any way that can help the Senator in her re-election campaign. We're with her all the way.
  - <u>Coillins SuperPAC people</u> who gave us bad advice in first place
    - Martin email to them. Here's ammunition you can circulate to help Sen. Collins and yourself answer Dem attacks on her between now and November election vote. Use it to counter any recurring Dem attacks in media about "dark money"; use as you want to, but check with us first.
  - o <u>Maine media</u> (Maine TV, newspapers which carried original Civil Beat story)
    - ***Collins SuperPac decides whether and when to send media*** a copy of U Maine news release announcing $25K SYWSS donation to university.
      If media actually run the story, great. If they don't, the editors have still been informed that their earlier coverage was sensationalist, and in fact SYWSE is real, and doing great work. Clears the air. Sets us up as good guys for future Navatek PR stories in Maine.
  - <u>Glen Mandigo</u> and <u>Habib Dagher</u> – Martin email tells free to distribute this U. Maine news release to people you think should get a copy.

<u>Hawaii</u>

- ***(Delete Civil Beat Initiative)***

  - Sen Schatz office

▪ Martin email (or Andy Winer email) to Schatz with copy of news release from UH; and note that Hawaii-based SYWSE is now up and running and donating $165K to universities.acros America -- starting with Hawaii. Martin and wife Jennifer Lam are proud of this effort to help women engineers.

- Other states (SC, AK, RI, etc.)
  - Lori/Duke H put together list of contacts (individuals we want to make sure know about our generosity), including Navatek's lobbyists in each state.
  - Simple email: "Thought you might like to see this. SYWSE was created by Navatek CEO Martin Kao and his family to support young women engineers.

NOTE: Lori si spokesperson for SYWSE, but doesn't answer media inuiries. Simply says she will pass the request to the PR dept. (But we simply don't do any follow up call. Not seeking publicity.