# EXHIBIT "6"

## Duke Hartman

**From:**      Duke Hartman
**Sent:**      Tuesday, April 14, 2020 12:23 PM
**To:**        Kahele Lum Kee; Lori Bofman
**Cc:**        Clifford Chen
**Subject:**   RE: Scholarship Programs - The Society

Hi Lori,

Sorry – I just noticed we forgot one school on the master scholarship list. **South Carolina State University** is Congressman Clyburn's favorite school and an HBCU. We had promised to provide a scholarship program for them as well. I think $10k would be fine and much appreciated.

Mr. Joseph Thomas (Director of their Career Center) is the contact at SCSU. I had cc'd you on an email to him back on March 2nd and will send another one now.

This would be totally separate from the University of South Carolina ($20k) scholarship program.

Wanted to make sure this one got included in the list.

Thanks,
Duke

**NAVATEK**

1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**

**VP, Strategic Partnerships**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Monday, March 23, 2020 5:38 PM
**To:** Lori Bofman <lbofman@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Okay, thanks.  This works.  I will wait until I hear back.  Just didn't want to go piece-meal to Martin for funding.  I don't think there is any issue with waiting until we get the amounts for the last two items before we send out all checks at one time.  Thanks.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**

**Controller**
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

1

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Monday, March 23, 2020 11:34 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Duke just put me in touch with UW and Delaware last week. I have set up a phone conference with UW this Wednesday and have yet to hear back from Delaware. It appears everyone is slower on replying to my emails including University of S.Carolina who we are just waiting on confirmation for the name of PAYEE.


This is the protocol:
1. Duke puts me in touch with the right people who handles all the scholarships and I immediately email them, or they reach out to me.
2. I set up a phone conference and will propose to all the Universities of SYWSE that we would like to make a quarterly pledge (unless stated differently on the proposal). Once the proposal is sent to me the Payee name will be on there.
3. Cliff approves proposal
4. I will hand you a copy of the proposal to cut a check
5. I will mail out the check

I stay in touch and keep track of all 13 Universities that Martin and Duke wants us to donate to. The only one that we are taking off our list is U New Hampshire (unless that changes). If you think this should be done differently, I'm always open to your suggestions 😊.


Sincerely,

Lori




841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Lori Bofman**
**Executive Assistant to the President &
CEO**
mobile: (808) 800-7470
office: (808) 695-6656
Lbofman@navatekllc.com


**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Monday, March 23, 2020 10:53 AM
**To:** Lori Bofman <lbofman@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Okay, are we paying all one time or 1/4th each quarter? Also, please confirm the payee and I can go ask Martin for some funding. Thanks.

**NAVATEK**

| | **L. Kahele Lum Kee** |
|---|---|
| 841 Bishop Street | **Controller** |
| Suite 1110 | Main: (808) 695-6666 |
| Honolulu, HI 96813 | Office: (808) 695-6676 |
| www.navatekltd.com | klumkee@navatekllc.com |

---

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Monday, March 23, 2020 10:52 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Kahele,

Both Delaware and UW is $10K each.


Sincerely,

Lori

**NAVATEK**

| | **Lori Bofman** |
|---|---|
| 841 Bishop Street | **Executive Assistant to the President &** |
| Suite 1110 | **CEO** |
| Honolulu, HI 96813 | mobile: (808) 800-7470 |
| www.navatekltd.com | office: (808) 695-6656 |
| | Lbofman@navatekllc.com |

---

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Monday, March 23, 2020 10:39 AM
**To:** Lori Bofman <lbofman@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Hi Lori:

Just checking back to see if we have amounts for UW and U of Delaware?  I haven't cut checks yet since I need to obtain funding from Martin once we determine the total need.  Thanks.

**NAVATEK**

| | **L. Kahele Lum Kee** |
|---|---|
| 841 Bishop Street | **Controller** |
| Suite 1110 | Main: (808) 695-6666 |
| Honolulu, HI 96813 | Office: (808) 695-6676 |
| www.navatekltd.com | klumkee@navatekllc.com |

3

**From:** Kahele Lum Kee
**Sent:** Wednesday, March 18, 2020 4:47 PM
**To:** Lori Bofman <lbofman@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Okay, thank you.  All scholarships payments are on hold until I hear back on those two.  I need to receive funding from Martin before checks are cut.  I didn't want to piece meal him funding needs.  Once I receive those last two, I will go to him for money.  Thanks.



841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
**Controller**
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

---

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 4:45 PM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Kahele,

I'm the one who will confirm the $10K to both U Delaware and U Washington once Duke gets the ok by Cliff to move forward with the scholarship donation.  Once that's done, he will put me in touch with the right people to discuss how this will be paid out.  I will let you know once the proposal is completed.


Sincerely,

Lori



841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Lori Bofman**
**Executive Assistant to the President &
CEO**
mobile: (808) 800-7470
office: (808) 695-6656
Lbofman@navatekllc.com

4

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 8:48 AM
**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Yes, I have those same amounts.  Just to confirm the funding status, we will fund the following currently.  Please confirm.

University of Hawaii - $5k
University of Rhode Island - $5k
University of South Carolina – Lori confirming if we can fund $20k quarterly and will let me know as well confirm the payee.
University of Delaware - Who will be confirming what amount of the $10k we will be paying if not the entire amount?
University of Washington - Who will be confirming what amount of the $10k we will be paying if not the entire amount?



| | **L. Kahele Lum Kee** |
|---|---|
| 841 Bishop Street | **Controller** |
| Suite 1110 | Main: (808) 695-6666 |
| Honolulu, HI 96813 | Office: (808) 695-6676 |
| www.navatekltd.com | klumkee@navatekllc.com |

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 8:36 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Kahele,

Yes, I have the same numbers to be pledged for those three (HI, SC, RI).
- U Hawaii – $5k
- U Rhode Island – $20k
- U South Carolina – $20k

Below is the complete list we had come up with.

I have reached out to all of these and introduced Lori to them:
- U Wisconsin Madison – $10k
- U Wisconsin Milwaukee – $10k
- Oklahoma State U – $10k
- Wichita State U – $10k
- U Illinois – $10k
- U Michigan – $15k
- U Alaska system –  $10k

Lori – have you reached out to this one?
- U Maine – $25k

We have NOT yet reached out to these folks. Let me know if it's alright and I will introduce Lori to these folks:

5

- U Washington – $10k
- U Delaware – $10k

Thanks,
Duke

**NAVATEK**

1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 2:18 PM
**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Yes, we can pledge what we intend to pledge and pay in quarterly.  I have been informed to pay the following thus far.  Please confirm if different than your understanding:

University of Hawaii - $5,000 of $5,000 pledge
University of Rhode Island - $5,000 of $20,000 pledge
University of South Carolina – Lori checking on amount to pay currently; pledge was $20,000

Thank you.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
**Controller**
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 3:38 AM
**To:** Lori Bofman <lbofman@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** FW: Scholarship Programs - The Society

Lori, Kahele,

Martin gave the green light for U Delaware and U Washington scholarships, which we had ID'd below at $10k each. However, I understand from him that our cash position is less than ideal. So, I wanted to check in with you before I reach out to either university.

I will say that it probably wins us some "points" with the universities by telling them now, which could have a material effect on the result of the congressional request. But I think in most cases we can probably "pledge" a certain amount without actually paying the full amount now. And in that case we still win the goodwill points with the university

6

leadership folks while hanging on to most or all of the cash longer. I assume we could wait until sometime this summer for Fall 2020 scholarships.

Let me know what you think.

Thanks,
Duke

**NAVATEK**

1225 Laurel Street
Suite 114
Columbia, SC 29201

www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:30 AM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Karen Ernst <kernst@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Kahele Lum Kee
<klumkee@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>; Eric Schiff <eric@navatekllc.com>; Dave Kring
<DKring@navatekllc.com>; Joshua Knight <JKnight@navatekltd.com>; Ben Rosenthal <BRosenthal@navatekllc.com>;
Troy Keipper <Troy@navatekllc.com>
**Subject:** Re: Scholarship Programs - The Society

Lori,

This morning we Discussed with Martin a few items that I think are important for the rollout of the scholarship.

1) The name of the entity sending the donations. Martin suggests "The Society of Women Scientists and Engineers Scholarship". NOT Navatek, Navatek Foundation or anything associated directly with Martin or his family. We don't have to hide that connection and it is okay that Navatek is making the introduction to those universities but there should not be a formal / legal connection there. So you may want to let UW Milwaukee know.
2) The university should be administering the money and selecting the candidates, independent of Navatek, other than guidance we give on criteria for eligibility.
2) The breakdown of funding below. This is the amount Martin discussed committing in 2020.

Thanks,
Duke

Duke Hartman, P.E.
Director of Programs
Navatek LLC
808-342-7681 Mobile

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 11:32 PM
**To:** Chenoa Diehm; Lori Bofman
**Cc:** Karen Ernst; Martin Kao
**Subject:** RE: Scholarship Programs - The Society

Hi Lori and Chenoa,

7

Here is the updated list with status of reaching out and total dollars to commit immediately in 2020.

- U Maine-Dr. Habib Dagher, hd@maine.edu
  - This is correct. **Lori please reach out and CC Dave, Martin and me.**
  - **$25k**
- U New Hampshire-Raina Sarvaiya, Raina.Sprague@unh.edu
  - **HOLD OFF ON UNH**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Delaware- Jack Gillespie: gillespi@udel.edu
  - **HOLD OFF ON UD**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Wisconsin Madison-Amy Achter
  - Duke sent
  - $10k
- U Wisconsin Milwaukee -Mike Andrew
  - Duke sent
  - $10k
- Oklahoma State-Dr. Chuck Bunting and Dr. Kenneth Sewell
  - Duke sent
  - $10k
- Wichita State-Debbie Franklin, Debra.Franklin@wichita.edu
  - Duke sent
  - $10k
- U Illinois -Susan Martinis
  - Duke sent
  - $10k
- U South Carolina-Hossein Haj-Hariri, haj-hariri@cec.sc.edu and Bill Kirkland
  - Duke sent
  - $20k
- U Washington- Warren L.J. Fox, PhD??? , warranf@uw.edu
  - **HOLD OFF ON UW**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Rhode Island-George Nickolopoulos georgen@uri.edu
  - Duke sent
  - $20k
- U Hawaii-I have no idea.  Brennon Morioka (Dean of the College of Engineering at UH)
  - Duke sent
  - $5k
- U Michigan- Matt Collette.
  - Duke sent
  - $15k
- U Alaska system –  Paul Layer
  - Duke sent
  - $10k

Thanks
Duke

**NAVATEK**

1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
mobile: (808) 342-7681
office: (808) 695-6680
dhartman@navatekllc.com

---

**From:** Chenoa Diehm <cdiehm@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 8:20 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Thank you.

---

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 3:16 PM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Chenoa,

Thank you.  I will let Duke look these over to see if these are the initial points of contact.  If not, he can make any
corrections.



Sincerely,
Lori

---

**From:** Chenoa Diehm <cdiehm@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 3:09 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>; Chenoa Diehm <cdiehm@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

HI Lori
I'll write below in Green.  I don't necessarily have the University main student contact person, but I know the person
that can point you in the right direction if it is not them.  Actually, if you happen to get a new student contact name and
information, will you please send that back to me as well and I will update my list.

Duke, are these names ok with you? And do you have Delaware email or Michigan contact?


---

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 1:17 PM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** FW: Scholarship Programs - The Society

Hi Chenoa,

Since Duke is busy in DC, would you have any of the following contacts below, except for the two that are in red?

Thank you,
Lori Bofman

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Tuesday, February 18, 2020 8:51 AM
**To:** Clifford Chen <cchen@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Ben Rosenthal <BRosenthal@navatekllc.com>; Joshua Knight <JKnight@navatekltd.com>; Dave Kring <DKring@navatekllc.com>; Karen Ernst <kernst@navatekllc.com>; Eric Schiff <eric@navatekllc.com>
**Subject:** Scholarship Programs - The Society

Cliff/Kahele:

For each of the Universities we are partnering with, the Society my wife established would like to accelerate efforts to establish the scholarship program for women students.  The initial commitment for each of these Universities is 10 - $1,000 scholarships ($10K) for 2020.  Given the size of our presence in Maine, the amount will be double…20 - $1,000 scholarships ($20K total).  The scholarships will be in under the Society, specifically preferenced for female students.  Because we do not have the time to vet applications, for 2020, scholarships will be awarded based on the recommendations of professors and faculty.

U Maine-Dr. Habib Dagher, hd@maine.edu
U New Hampshire-Raina Sarvaiya, Raina.Sprague@unh.edu
U Delaware-Shridhar Yarlagadda, I don't have an email
U Wisconsin Madison-Justin Hines, jhnes3@wisc.edu
U Wisconsin Milwaukee -Jean Opitz
Oklahoma State-Dr. Chuck Bunting, charles.bunting@okstate.edu
Wichita State-Debbie Franklin, Debra.Franklin@wichita.edu
U Illinois -Laura Frerichs & Laura Bleill
U South Carolina-Hossein Haj-Hariri, haj-hariri@cec.sc.edu
U Washington- Warren L.J. Fox, PhD??? , warranf@uw.edu
U Rhode Island-George Nickolopoulos georgen@uri.edu
U Hawaii-I have no idea.  Perhaps Brennon Morioka (Dean of the College of Engineering at UH)
U Michigan-Sorry, I don't have anyone listed.
U Alaska Anchorage?? Miles Baker, Miles.Baker@alaska.edu  (did you want Alaska also?)


Duke can provide the initial points of contact for each of these Universities.  Lori Bofman will start reaching out to them.   Karen may also have some suggestions on how to best roll this out.

Thanks,
Martin

**Martin Kao**

**President & CEO**

mobile: (808) 371-0371

office: (808) 695-6648

mkao@navatekllc.com

841 Bishop Street

Suite 1110

Honolulu, HI 96813

www.navatekltd.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.