EXHIBIT "8"

**Duke Hartman**

---

| | |
|---|---|
| **From:** | Clifford Chen |
| **Sent:** | Friday, February 28, 2020 9:15 PM |
| **To:** | William Canfield |
| **Cc:** | Andy Winer; Duke Hartman; Martin Kao |
| **Subject:** | RE: Update re: scholarships etc |

Agreed.
My real point is that we should be very aware of the distinctions.
If we cannot do so internally, it will be difficult to defend the distinctions externally even though they are real.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

**From:** William Canfield <canfieldwilliam@gmail.com>
**Sent:** Friday, February 28, 2020 3:57 PM
**To:** Clifford Chen <cchen@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Duke Hartman <dhartman@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** Re: Update re: scholarships etc

Correct...at this stage, the Respondent to the FEC complaint is the superpac. Navatek is not a Respondent. The potential Respondent is the LLC. I'm pretty sure that, at some point, the FEC lawyers are going to seek to figure out who the LLC is and who is behind it. I think that, while Cleta's guidance as to the acceptance of the LLC contribution (without seeking to know more about the origin of the LLC) was not venal, it was her decision that even a minimal effort of due diligence wasn't required. My advice to my superpac clients, who are faced with a contribution from an unknown LLC, is always to put that contribution into a separate account and perform some minimal level of due diligence on the LLC from the get-go. Bill.

On Fri, Feb 28, 2020 at 8:43 PM Clifford Chen <cchen@navatekllc.com> wrote:

> Unless there have been some other disclosures that I wasn't aware of, at this point "Navatek" is not definitively involved in this matter nor is anyone's client. Navatek's association to this matter is completely speculative. The parties of primary relevance right now are 1820 and SYWSE with respect to interaction with any third parties. No one should be assuming at this stage that Navatek is a client.
> Or am I misunderstanding something here?
>
> Cliff Chen
> Chief Financial Officer
> Navatek LLC
> 841 Bishop Street, Ste 1110
> Honolulu, HI 96813
> www.navatekllc.com

1

mobile: (808) 379-8877
office: (808) 695-6669
fax: (808) 523-7668
cchen@navatekllc.com

---

**From:** Andy Winer <andyw@strategies360.com>
**Sent:** Friday, February 28, 2020 3:30:23 PM
**To:** Clifford Chen <cchen@navatekllc.com>
**Cc:** William Canfield <canfieldwilliam@gmail.com>; Duke Hartman <dhartman@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** Re: Update re: scholarships etc

Agree. The thing we need to clarify is that Navatek has its own counsel. She may be assuming that the answer is on behalf of both.

Sent from my iPhone

> On Feb 28, 2020, at 8:19 PM, Clifford Chen <cchen@navatekllc.com> wrote:
>
> For what it's worth, I completely agree.
>
> Cliff Chen
> Chief Financial Officer
> Navatek LLC
> 841 Bishop Street, Ste 1110
> Honolulu, HI 96813
> www.navatekllc.com
> mobile: (808) 379-8877
> office: (808) 695-6669
> fax: (808) 523-7668
> cchen@navatekllc.com
>
> ---
>
> **From:** William Canfield <canfieldwilliam@gmail.com>
> **Sent:** Friday, February 28, 2020 3:09:23 PM
> **To:** Duke Hartman <dhartman@navatekllc.com>
> **Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
> **Subject:** Re: FW: Update re: scholarships etc
>
> I think that Cleta's desire to inform the FEC, in the superpac's response to the complaint, about the LLC's scholarship program is both ill advised and counter-intuitive. The superpac' response should, in essence be, we got an LLC check, we deposited it and duly reported it on our year end 2019 FEC report, end of story. Her position should be that the superpac accepted a legitimate contribution. She shouldn't provide her opinion on the eliomosinary activities of the LLC, of which she has no first hand knowledge. When the time comes, the LLC can explain its scholarship program...we don't need Cleta doing that for us. Bill.
>
> On Fri, Feb 28, 2020 at 8:01 PM Duke Hartman <dhartman@navatekllc.com> wrote:

Bill,

See list below.

Here is the updated list with status of reaching out and total dollars we have committed in 2020. Only one who hasn't been notified yet is U Delaware (I will this weekend).

U Maine
$25k
U Delaware
$10k
U Wisconsin Madison
$10k
U Wisconsin Milwaukee
$10k
Oklahoma State
$10k
Wichita State
$10k
U Illinois Urbana-Champaign
$10k
U South Carolina
$20k
U Rhode Island
$20k
U Hawaii College of Engineering at UH
$5k
U Michigan at Ann Arbor
$15k
U Alaska system
$10k

Thanks,
Duke

Duke Hartman, P.E.
Director of Programs
Navatek LLC
808-342-7681 Mobile

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Friday, February 28, 2020 5:18:36 PM
**To:** William Canfield <canfieldwilliam@gmail.com>; Andy Winer <andyw@strategies360.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: FW: Update re: scholarships etc

Send her and Scott my love.

**From:** William Canfield <canfieldwilliam@gmail.com>
**Sent:** Friday, February 28, 2020 2:17 PM
**To:** Andy Winer <andyw@strategies360.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** Re: FW: Update re: scholarships etc

I will call Cleta on Monday AM.  Bill.

On Fri, Feb 28, 2020 at 4:55 PM Andy Winer <andyw@strategies360.com> wrote:

> Bill:  I am forwarding a thread started with an email from Cleta Mitchell.  If possible, we'd like you to respond to her.
>
> I am also copying Duke Hartman who has the list of universities where the LLC is working to set up scholarships.
>
> Thanks,
>
> Andy
>
> ---
>
> **From:** Martin Kao <MKao@navatekllc.com>
> **Date:** Friday, February 28, 2020 at 4:52 PM
> **To:** Andy Winer <andyw@strategies360.com>
> **Cc:** Clifford Chen <cchen@navatekllc.com>, Duke Hartman <dhartman@navatekllc.com>
> **Subject:** RE: Update re: scholarships etc
>
> Hi Andy:
>
> I'm on a plane now.   Yes, please forward to Bill.  Yes, we have already started to process of issuing scholarships and have been in touch with all of the universities we are working with.  Duke can send you the specific list.   Working with Universities in setting up scholarships is a time consuming process.  The are after all an university and move at a glacial pace.   We are doing and moving as fast as we can.

Thanks,

Martin

**From:** Andy Winer <andyw@strategies360.com>
**Sent:** Friday, February 28, 2020 1:47 PM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** Re: Update re: scholarships etc

Martin: Removing Cleta. I'd suggest forwarding this to Bill Canfield and asking him to respond.

Thanks,

Andy

**From:** "CMitchell@foley.com" <CMitchell@foley.com>
**Date:** Friday, February 28, 2020 at 4:45 PM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>, Clifford Chen <cchen@navatekllc.com>
**Subject:** Update re: scholarships etc

Good afternoon!

I'm going to be preparing the response to the FEC complaint in the next week – and I wonder if it is possible for any scholarships to be awarded or other activities taken by the LLC that gave the contribution to 1820 PAC? I would like to be able to point to something that is either public – or perhaps a letter that you could send to me, and which I could attach to the response. Think about that and let's work on how we can make sure to include other activities of the LLC as part of my response to the Commission. That would help both of us, I think.

5

Let me know and let's talk about that next week.  Have a good weekend.  Martin, I hope your son is recovering well from his surgery.


Thank you, everyone!  Cleta


**Cleta Mitchell**
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081

C 202.431.1950

cmitchell@foley.com

View My Bio
Visit Foley.com

<image001.jpg>

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Tuesday, February 18, 2020 4:56 PM
**To:** Mitchell, Cleta <CMitchell@foley.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow


**\*\* EXTERNAL EMAIL MESSAGE \*\***

Will do.

Regarding being served…No, nothing to my knowledge.

| <image002.png> | **Martin Kao** |
|---|---|
| 841 Bishop Street | **President & CEO** |
| Suite 1110 | mobile: (808) 371-0371 |
| Honolulu, HI 96813 | office: (808) 695-6648 |
| www.navatekltd.com | mkao@navatekllc.com |

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** CMitchell@foley.com <CMitchell@foley.com>
**Sent:** Tuesday, February 18, 2020 11:53 AM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

Fabulous!

Keep me posted on the progress and send me information related to the scholarships.   I will include that in the response to the FEC.

Were you also served with the complaint, by the way?

Cleta Mitchell
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081

C 202.431.1950

cmitchell@foley.com

View My Bio
Visit Foley.com

<image001.jpg>

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Tuesday, February 18, 2020 4:52 PM
**To:** Mitchell, Cleta <CMitchell@foley.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Hi Cleta:

Yes. The Society is now actively working with 14 Universities (including U Maine) to give out over 140 scholarships (min $1,000/each) to female students in 2020.

Thanks,

Martin

<image002.png>

841 Bishop Street

Suite 1110

Honolulu, HI 96813

www.navatekltd.com

| **Martin Kao** |
| **President & CEO** |
| mobile: (808) 371-0371 |
| office: (808) 695-6648 |
| mkao@navatekllc.com |

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** CMitchell@foley.com <CMitchell@foley.com>
**Sent:** Tuesday, February 18, 2020 11:46 AM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

I want to be sure that the LLC proceeds with the ideas we discussed – giving scholarships and recognition to women in engineering, etc. – as that is going to be an issue at some point, so we should make sure to take necessary steps to protect the entity and YOU now while we have the time to do that.  We should develop a plan and timetable, so there are some scholarships given over the next several months, and particularly, perhaps in Maine, where the bad press was.

Does that make sense?

Cleta Mitchell
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081

C 202.431.1950

cmitchell@foley.com

View My Bio
Visit Foley.com

<image001.jpg>

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Tuesday, February 18, 2020 4:30 PM
**To:** Mitchell, Cleta <CMitchell@foley.com>

**Cc:** Andy Winer <andyw@strategies360.com>, Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Hi Cleta:

I'm back in the office this week. At this point it would seem like this is no longer of relevance and the best course of action is to do nothing. Please let me know if you think we should still have a call to discuss.

Thanks,

Martin

| <image002.png> | **Martin Kao** |
|---|---|
| 841 Bishop Street | **President & CEO** |
| Suite 1110 | mobile: (808) 371-0371 |
| Honolulu, HI 96813 | office: (808) 695-6648 |
| www.navatekltd.com | mkao@navatekllc.com |

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** CMitchell@foley.com <CMitchell@foley.com>
**Sent:** Friday, February 14, 2020 3:22 AM
**To:** Martin Kao <MKao@navatekllc.com>

**Cc:** Andy Winer <andyw@strategies360.com>, Clifford Chen <cchen@navatekllc.com>
**Subject:** Re: Call Tomorrow

Oh, my goodness!!! I hope he is doing all right!   Take care of your family.

Of course, just let me know whenever you come up for air.

All the best.

Cleta Mitchell, Esq.

Foley & Lardner, LLP

3000 K Street, NW #600

Washington, DC 20007

(202) 295-4081 (direct)

(202) 672-5300 (main)

(202) 431-1950 (cell)

(202) 672-5399 (fax)

cmitchell@foley.com

> On Feb 14, 2020, at 2:53 AM, Martin Kao <MKao@navatekllc.com> wrote:
>
> **\*\* EXTERNAL EMAIL MESSAGE \*\***
>
> Hi Cleta:
>
> This week is bad for me.  My son had major surgery in San Francisco.  I'll be back in the office on Monday and will touch base then.
>
> Thanks,
>
> Martin

11

**From:** CMitchell@foley.com <CMitchell@foley.com>
**Sent:** Thursday, February 13, 2020 3:02 PM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

Hi, everyone.   This week has really gotten away from us!   Let me know if you want to try again to schedule a call!   Thanks!  Cleta

Cleta Mitchell
Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081

C 202.431.1950

cmitchell@foley.com

View My Bio
Visit Foley.com

<image001.jpg>

**From:** Mitchell, Cleta
**Sent:** Wednesday, February 5, 2020 4:23 PM
**To:** 'Martin Kao' <MKao@navatekllc.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Call Tomorrow

Yes, I can talk tomorrow.   Pretty sure that 2:30 pm will work – either number below will be fine as I am accessible at all times via either number.  I will put that on the calendar.  Cleta

Cleta Mitchell
Foley & Lardner LLP

3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081

C 202.431.1950

cmitchell@foley.com

View My Bio
Visit Foley.com

<image001.jpg>

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Wednesday, February 5, 2020 4:19 PM
**To:** Mitchell, Cleta <CMitchell@foley.com>
**Cc:** Andy Winer <andyw@strategies360.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** Call Tomorrow

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Hi Cleta:  Spoke with Scott Reed today.  Do you have availability tomorrow for a call?  Would 2:30PM EST time work for you?  Please let me know the best number to call.

Thanks,

Martin

| <image002.png> | **Martin Kao** |
|---|---|
| | **President & CEO** |
| 841 Bishop Street | |
| | mobile: (808) 371-0371 |
| Suite 1110 | |
| | office: (808) 695-6648 |
| Honolulu, HI 96813 | |
| | mkao@navatekllc.com |
| www.navatekltd.com | |

13

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing

contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

--

William B. Canfield III
Attorney at Law
Suite 201
6723 Whittier Avenue
McLean, VA 22101
(703) 891-9988 - office
(202) 345-5547 - mobile
canfieldwilliam@gmail.com
iiicapitolsa@gmail.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

--
William B. Canfield III
Attorney at Law
Suite 201
6723 Whittier Avenue
McLean, VA 22101
(703) 891-9988 - office
(202) 345-5547 - mobile
canfieldwilliam@gmail.com
iiicapitolsa@gmail.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or

proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

--
William B. Canfield III
Attorney at Law
Suite 201
6723 Whittier Avenue
McLean, VA 22101
(703) 891-9988 - office
(202) 345-5547 - mobile
canfieldwilliam@gmail.com
iiicapitolsa@gmail.com

17