# EXHIBIT "9"

CONFIDENTIAL

---

SOCIETY  YOUNG WOMEN SCIENTIST
AND EN[G]..ERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213           1003

DATE 3/23/20

PAY TO THE ORDER OF  University of Hawaii Foundation     $ 5,000.00

Five thousand + 00/100                                   DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑇001003⑇ ⑆121301578⑆ 8900873356⑇

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213           1004

DATE 3/23/20

PAY TO THE ORDER OF  URI Foundation + Alumni Engagement    $ 5,000.00

Five thousand + 00/100                                   DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑇001004⑇ ⑆121301578⑆ 8900873356⑇

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213           1005

DATE 3/23/20

PAY TO THE ORDER OF  University of South Carolina        $ 5,000 —

Five thousand + 00/100                                   DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑇001005⑇ ⑆121301578⑆ 8900873356⑇

MDG021813
JSH-005711

CONFIDENTIAL

```
SOCIETY OF YOUNG WOMEN SCIENTIST                          59-157/            1007
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394                         April 1, 2020
HONOLULU HI 96804-0408                                       DATE

PAY TO THE    UWM Foundation                              $ 10,000.00
ORDER OF

TEN THOUSAND + 00/100                                           DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑴"001007⑴ ⑴121301578⑴ 8900873356⑴"
```

students meeting the following criteria:

*Full-time undergraduate intending to major in a field within the UWM College of Engineering & Applied Science (CEAS)
*Academic merit
*Financial need
*Participation in activities of the UWM chapter of the Society of Women Engineers (SWE).

UWM shall award ten (10) scholarships valued at $1,000 each for the 2020 academic year. The Donor may choose to make additional gifts in support of this scholarship.

The scholarship shall be administered by CEAS. The Donor agrees that its name may be used in digital or printed marketing materials to promote this scholarship at the UWM College of Engineering & Applied Science.

The pledge payment schedule is as follows. Other donors may contribute to this Fund.

Amount Due:                    Payable on or before:
$10,000                        April 15, 2020

Signed: _____      Date: 3/31/20
Jennifer Lam

DONOR NAME AND ADDRESS:

Society of Young Women Scientist and Engineers LLC
Jennifer Lam, Manager
307a Kamini St.  Honolulu, HI 96813
info@sywse.com or
310-770-9558

Please make gifts by check payable to "UWM Foundation, Inc." and mail to:
**UWM Foundation, Inc.**
Attention: Ms. Valerie Hix
1440 E. North Avenue
Milwaukee, WI  53202
EIN #: 23-733-7744

CONFIDENTIAL

# I ILLINOIS

## SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS
## THE GRAINGER COLLEGE OF ENGINEERING
## STATEMENT OF GIFT

I am pleased to formalize my commitment to give $ 10,000.00 to the University of Illinois Foundation. I intend for this gift to support the University of Illinois at Urbana-Champaign.

**Fund Designation**

I am designating this gift to the Grainger Engineering Priority Fund Fund (# 11776346 ).
By giving to this existing fund, I understand this gift will be used in accordance with the governing document or guidelines of the fund as they currently exist or as may be amended in the future.

**Payment Terms**

○ I plan to remit this commitment in full.
⦿ I prefer to pay this commitment over time.* I pledge and agree to fulfill this commitment according to the pledge terms listed below.

Pledge length: ⦿ 1   ○ 2   ○ 3   ○ 4   ○ 5         Installment Amount: $ 2,500.00

Frequency: ○ Annual   ○ Semi-Annual   ⦿ Quarterly     Date of first installment: 5/1/20
○ Other

*This personal pledge cannot be fulfilled by gifts from donor advised funds, private foundations, or employer matching gifts. Consult your gift officer for a customized form for such gifts.

**Donor Approval** [signature]                                    4/20/20
Society of Young Women Scientists and Engineers                  Date

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

                                                           59-157/1213                    1008

PAY TO THE ORDER OF   University of Illinois Foundation      4/21/20  DATE

Two thousand Five hundred + 00/100                           $ 2,500.00  DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑈⑈001008⑈⑈ ⑆121301578⑆ 890087335 6⑈⑈

Fund # 11776346
3/12/20

MDG021811
JSH-005709

CONFIDENTIAL



## College of Engineering Gift Pledge Form

Donor name: Society of Young Women Scientists and Engineers (SYWSE)
Address: 307a Kamani St
City, State, Zip: Honolulu, HI 96813
Phone:
Email: lbofman@sywse.com, Contact: Lori Bofman

Total pledge amount: $15,000   Paid quarterly until paid in full by the end of the year
Payment schedule:
$5,000 on or before 06/30/2020
$5,000 on or before 09/30/2020
$5,000 on or before 12/31/2020

Fund title: *Society of Young Women Scientists and Engineers Scholarship*

Payable to: University of Michigan

Mail to: University of Michigan
Gifts and Records Administration
3003 South State Street, Suite 8000
Ann Arbor, MI 48109-1288

*Thank you for supporting Michigan Engineering!*
Your generous gift will help solve problems of global importance
and educate the next generation of innovative engineers.

Donor Signature _____   Date 4/9/20

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213   1009

Date: 4/21/20

PAY TO THE ORDER OF: University of Michigan   $ 5,000.00

Five thousand + 00/100 DOLLARS

CENTRAL PACIFIC BANK

FOR _____

⑆001009⑆ ⑇121301578⑇ 8900873356⑆

MDG021810
JSH-005708

CONFIDENTIAL

```
SOCIETY OF YOUNG WOMEN SCIENTIST              59-157/1213        1010
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394                     5/6/20
HONOLULU HI 96804-0408                        DATE

PAY TO THE    SCSU Foundation, Inc.           $ 2,500.00
ORDER OF
   Two thousand five hundred + 00/100             DOLLARS

CENTRAL PACIFIC BANK
FOR _____                          ers

⑈001010⑈ ⑆121301578⑆ 890087335⑈
```

Phones:    Home _____ Work _____ Cell 808-800-7470
E-mail     Lbofman@SYWSE.com

☐ I would prefer that this contribution and my/our name(s) be kept confidential.

**Pledge Information**
I/we pledge a gift in the amount of $10,000.00  t SCSU Foundation to support: *Circle one*

General Scholarship Fund   Annual Fund   Earvin Magic Johnson Endowed Scholarship   (Other) Engineer

I/we make this gift in the form of: ____ Cash  - Check/M.O. ✓ Credit Card  Bank Draft
*If you wish to make a gift of stocks, bonds or mutual funds, please contact Office of Institutional Advancement at SC State at (803)536-8542 for instructions.*

My gift is to be paid as follows:  $10,000  Gift accompanies pledge form (Check made payable to SCSU Foundation.)

____ Monthly  ✓ Quarterly  ____ Semi-Annually  _ Annually

In equal installments of $. 2500 _____

**For credit card gifts**           Visa    MasterCard   ____ Discover  _ American Express

Account No. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Expiration Date _____

**For Electronic gifts**
Please visit SC State online at www.scsu.edu.

**For automatic bank draft**
Bank Name _____

Routing Number _____ Account Number _____

Stmt Date: _____  End Date: _____
(Drafts are processed on the 1st of each month.)

Signature: _____    Date: 5/6/20

Does your employer match charitable donations? ____ Yes ✓ No
If so, please provide a signed Matching Donation Form from your employer along with your pledge form.

Your gift and completed pledge form should be forwarded to:
SCSU Foundation, Inc., 300 College Street, NE | P.O. Box 7187 | Orangeburg, SC 29117
(803)536-8742 *phone* | (803)536-8429 *fax*

For more information about the SCSU Foundation or about making a gift to SC State, please contact (803) 536-8742.
*Thank you for your support!*

CONFIDENTIAL



## University of Alaska Foundation
## Gift Pledge Form

Name: Jennifer Lam

Company (if corporate gift): Society of Young Women Scientists

Mailing address: and Engineers

307A Kamani St.

Honolulu, Hawaii  96813

Phone/Fax/E-mail: 1-808-800-7470

I/we pledge a gift of $ 10,000.00      Fund to be credited: 21342

Description of purpose: Support Young Women Scientists and Engineers

This gift will be made in accordance with the following schedule:

$ 2,500.00     Date: 04/30/2020
$ 2,500.00     Date: 06/30/2020
$ 2,500.00     Date: 09/30/2020
$ 2,500.00     Date: 12/20/2020
$              Date:

COPY

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213      1011

Date: 4/29/20

PAY TO THE ORDER OF  University of Alaska Foundation    $ 2,500.00

Two Thousand Five Hundred + 00/100    DOLLARS

CENTRAL PACIFIC BANK

FOR

⑈001011⑈ ⑆121301578⑆ 8900873356⑈

MDG021808
JSH-005706

CONFIDENTIAL



# WICHITA STATE UNIVERSITY FOUNDATION

## GIFT PLEDGE FORM

Your gift to Wichita State University means you recognize the potential in past, present, and future generations of Shockers. No matter the amount, any gift given helps! Thank you for taking the first step.

I/We hereby make the following commitment for the total sum of $ **10,000**
for the **SYWSE Scholarship**
to be paid by the date of **December 31, 2020**

**TOTAL COMMITMENT**

$ _____

ATTACHED PAYMENT $ _____

**4** (#) of payments at $ **2,500**
☐ monthly / ☒ quarterly / ☐ annually.

First payment due:
**April** (month), **2020** (year)

Please send reminders
☒ Yes
☐ No

This is a  ☒ personal gift   ☐ corporate gift
☐ matching pledge available through _____

Name(s) **Society of Young Women Scientists and Engineers**
Address **307A Kamani St. Honolulu, HI 96813**

---

SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213     1012
Date: 4/21/20

PAY TO THE ORDER OF **Wichita State University Foundation**    $ **2,500.00**
**Two thousand five Hundred + 00/100** DOLLARS

CENTRAL PACIFIC BANK
1-800-544-0500 (Oahu) 1-800-342-8422 (Toll Free)
FOR _____

⑆001012⑆ ⑉121301578⑉ 890082335⑆

MDG021809
JSH-005707

CONFIDENTIAL

```
SOCIETY OF YOUNG WOMEN SCIEN
AND ENGINEERS LLC                              59-157/1213
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804              5/7/20
                                  Date

Pay to the
Order of   OSU Foundation             $ 2,500.00

Two thousand Five Hundred + 00/100   Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For_____

⑆121301578⑆:8900⑆873356⑆  0101
```

_____ (date)

the schedule noted above.

To learn more about how gifts are
allocated, please visit OSUgiving.com.

✓ To be paid in multi-year installments over:

one years (max: 5)* in installments of: $ 2,500.00

Signature

5/7/20
Date

○ Annually   ● Quarterly   ○ Monthly   ○ Other: _____

Start Date: 05 / 15 / 2020   End Date: 05 / 14 / 2020

In support of:

$ 10,000.00   SYWSE Scholarship                 $ _____
              Fund Name or Project Description        Fund Name or Project Description

$ _____  _____      $ _____
              Fund Name or Project Description        Fund Name or Project Description

Payment method:

✓ **Check** - made out to OSU Foundation

   Mail to:
   OSU Foundation
   P.O. Box 258818 | Oklahoma City, OK 73125-8818

   **Electronic Transfer** - information can be
   provided upon request.

Documentation required:

○ Endowment Agreement

○ Naming Agreement

✓ Memorandum of Understanding

Contact information:

| | |
|---|---|
| Society of Young Women Scientists & Engineers | Lori Bofman |
| Company | Primary Contact |
| lbofman@sywse.com | 808-800-7470 |
| Email | Phone Number |

307a Kamani Street
Mailing Address

| | | |
|---|---|---|
| Honolulu | HI | 96813 |
| City | State | Zip |

Expectations and requirements:

Stewardship reports:          Contact person(s):
Jennifer Lam, SYWSE           Lori Bofman

Gift recognition contacts:    Contact person(s):
Jennifer Lam, SYWSE           Lori Bofman

OSU FOUNDATION | 400 South Monroe | Stillwater, OK 74074 | Ph. 800.622.4678 | Fax 405.385.5102 | OSUgiving.com

CONFIDENTIAL

# SCState UNIVERSITY

## PLEDGEFORM



**Donor Information** (please print)

Name(s) Society of Young Women Scientists and Engineers
Address 307a Kamani St.
City/State/Zip Honolulu, HI 96813
Phones: Home _____ Work _____ Cell 808-800-7470
E-mail Lbofman@SYWSE.com

☐ *I would prefer that this contribution and my/our name(s) be kept confidential.*

**Pledge Information**

I/we pledge a gift in the amount of $10,000.00 **t** SCSU Foundation to support: *Circle one*

General Scholarship Fund   Annual Fund   Earvin Magic Johnson Endowed Scholarship   (Other). Engineers

I/we make this gift in the form of: ____ Cash   - Check/M.O. ✓   Credit Card   Bank Draft
*If you wish to make a gift of stocks, bonds or mutual finds, please contact Office of Institutional Advancement at SC State at (803)536-8542 for instructions.*

My gift is to be paid as follows:  $10,000 Gift accompanies pledge form (Check made payable to SCSU Foundation.)

____ Monthly  ✓ Quarterly  ____ Semi-Annually  _ Annually

In equal installments of $ 2500

**For credit card gifts**       Visa       MasterCard       ____ Discover       _ American Express

Account No. _____       Expiration Date _____

**For Electronic gifts**
Pleas_e visit SC State online at www.scsu.edu.

**For antomatic bank draft**
Bank Name

---

SOCIETY OF YOUNG WOMEN SCIENTIST              102
AND ENGINEERS LLC                              59-157/1213
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804                    6/18/20
                                      Date    CHECK ARMOR

Pay to the
Order of  SCSU Foundation, INC.        $ 2,500.00

Two thousand Five Hundred + 00/100     Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For _____                                    MP

⑈121301578⑈ 8900⑈ 873356⑈  0102           6-8742

MDG021803
JSH-005703

CONFIDENTIAL



## University of Alaska Foundation
## Gift Pledge Form

Name: Jennifer Lam

Company (if corporate gift): Society of Young Women Scientists

Mailing address: and Engineers

307A Kamani St.

Honolulu, Hawaii   96813

Phone/Fax/E-mail: 1-808-800-7470

I/we pledge a gift of $ 10,000.00      Fund to be credited: 21342

Description of purpose: Support Young Women Scientists and Engineers

This gift will be made in accordance with the following schedule:

$ 2,500.00      Date: 04/30/2020

$ 2,500.00      Date: 06/30/2020

$ 2,500.00      Date: 09/30/2020

$ 2,500.00      Date: 12/20/2020

$               Date:

COPY

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804

103
59-157/1213

Date: 6/18/20

Pay to the Order of: University of Alaska Foundation    $ 2,500.00

Two thousand five hundred + 00/100 ———— Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For _____

⑈121301578⑈:8900⏉873356⏉   0103

MDG021802
JSH-005702

CONFIDENTIAL

 Gmail                                                                                    Lori Bofman <lbofman@sywse.com>

## RE: SYWSE - Second Quarterly Pledge Check
1 message

**Pirkle, Rachel M** <rpirkle2@illinois.edu>                                                          Mon, Jun 8, 2020 at 12:09 PM
To: Lori Bofman <lbofman@sywse.com>
Cc: "Pirkle, Rachel M" <rpirkle2@illinois.edu>

Hi Lori,

Thanks for checking in, I hope all is well with you too! There was a small amount of looting in Champaign one day a couple weeks ago, but everything since then has been peaceful. Illinois is allowed to have outdoor seating only for restaurants and many have set up tents in their parking lots to do so. All retail and salons are open now, with masks, social distancing, etc in place. We are continuing to work remotely and while some campus employees are starting to return to on-site work, I predict that Advancement will remain remote for some time since our duties can be done remotely and there will need to be an overall reduced capacity on campus.

No need to include anything with the check, simply write on the memo line that it is for the "Grainger Engineering Priority Fund" and UIF will be able to match it up to the pledge. Please send the check directly to our lockbox in Chicago:

University of Illinois Foundation

P.O. BOX 734500         (Mail to)

CHICAGO, IL 60673-4500

We are going into the Green Street office about once every other week but the lockbox is checked daily.

Let me know if I can provide any additional information.

Stay safe!

Rachel



ork. How is everything going with the coronavirus and how the protesting in your city? We are so

MDG021801
JSH-005701

CONFIDENTIAL

# THE UNIVERSITY OF RHODE ISLAND



THINK BIG WE DO

## GIFT COMMITMENT FORM

**Thank you for your gift!**

Please return this form to:
URI Foundation &
Alumni Engagement
Data Management
P.O. Box 1700
Kingston, RI 02881-0488

If you have questions about your gift, please contact:
URI Foundation &
Alumni Engagement
79 Upper College Road
Kingston, RI 02881
*Phone:* 401-874-7900
*Email:* foundation@uri.edu

**Online Giving**
Make an online gift supporting URI by visiting urifae.org

The University and the URI Foundation & Alumni Engagement, committed to assuring the continuation of the critical advancement work that benefits our faculty and students and protects and enhances the endowment, designates five percent of every gift towards the Strategic Reinvestment Fund.

**DONOR INFORMATION** *(Please Print)*

NAME: Society of Young Women and Scientists and Engineers (SYWSE)    CLASS YEAR: 2021

ADDRESS: 307A Kamani Street

CITY/STATE/ZIP: Honolulu, HI 96813    CELL PHONE: 310-770-9558

EMAIL ADDRESS: info@sywse.com

☐ I would like this to be considered a joint gift between myself and
Society of Young Women Scientists and Engineers (SYWSE)
INDICATE FULL NAME

☒ For gift recognition purposes, please list my/our names as indicated above.
☐ I/we wish to remain anonymous. Please do not include my/our name in any donor listing.

**PLEDGE INFORMATION**

- I/we pledge to contribute a gift in the amount of $ 20,000 to the University of Rhode Island to be paid over by end 2020 years *(all pledges are to be paid in full within five years).*

DONOR SIGNATURE IS REQUIRED    DATE

- My/our gift should be allocated to the existing Annual Fund Scholarship, with preference to female students studying in areas of STEM (science, technology, engineering, mathematics). Selected by Enrollment Services.

- In addition to my/our gift, a matching gift will be made by

COMPANY NAME (PLEASE INCLUDE MATCHING GIFT FORM)

NOTES: _____

**PAYMENT INFORMATION**

☒ I/we pledge to complete this gift by making payments of $ 5,000

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804

105
59-157/1213

Date: 6/18/20

Pay to the Order of: URI Foundation + Alumni Engagement    $ 5,000.00

Five thousand + 00/100 ———— Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For _____

⑆121301578⑆ 8900⑉873356⑊ 0105

NO ME REMINDER NOTICES
Engagement)
ct Rebecca Vigeant

☐ AMERICAN EXPRESS

EXPIRATION DATE

DATE

MDG021800
JSH-005700

# University of South Carolina College of Engineering
# First Scholars Bridge Program

## Proposal for the Society of Young Women Scientists and Engineers, LLC.

### Proposal:
The University of South Carolina College of Engineering and Computing respectfully a request for $20,000 from the Society of Young Women Scientists an Engineers, LLC.

$20,000 would cover CEC Tuition Stipend for four female students for four years of College at USC CEC in the First Generation Cohort. *

Payments can be made $5,000 Quarterly and fulfilled by December 31, 2020

Check can be payable to:
The University of South Carolina

Mailed to:
USC Office of Gift Processing
1600 Hampton Street, Suite 736
Columbia SC 29208

Launch Date: TBD, Pending Fall 2020

* Typical degree earned in a five-year period.

---

**SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC**
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804

106
59-157/1213

Date: 6/18/20

Pay to the Order of: University of South Carolina    $ 5000.00

Five thousand + 00/100 ———— Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu · 800-342-8422 Toll Free
centralpacificbank.com

For _____

⑈121301578⑈:8900⁕873356⁕ 0106

---

Prepared for Society of Young Women
Scientists and Engineers
3/3/2020



UNIVERSITY OF
SOUTH CAROLINA
College of Engineering
and Computing

MDG021799
JSH-005699

CONFIDENTIAL

# WICHITA STATE UNIVERSITY FOUNDATION



# GIFT PLEDGE FORM

YOUR GIFT TO WICHITA STATE UNIVERSITY MEANS YOU RECOGNIZE THE POTENTIAL IN PAST, PRESENT, AND FUTURE GENERATIONS OF SHOCKERS. NO MATTER THE AMOUNT, ANY GIFT GIVEN HELPS! THANK YOU FOR TAKING THE FIRST STEP.

I/We hereby make the following commitment for the total sum of $ __10,000__
for the __SYWSE Scholarship__
to be paid by the date of __December 31, 2020__.

[Check image:
SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804
107
59-157/1213
Date: 6/18/20
Pay to the Order of: Wichita State University Foundation  $2,500.00
Two Thousand Five Hundred + 00/100 Dollars
CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
Signature
⑈121301578⑈ 8900⑈873356⑈ 0107]

t $ __2,500__
☐ annually.

__2020__ (year)

THIS IS A   ☒ personal gift   ☐ corporate gift
☐ matching pledge available through _____.

Name(s) __Society of Young Women Scientists and Engineers__
Address __307A Kamani St. Honolulu, HI 96813__

_[signature]_         __4/6/20__
Donor                 Date            Director of Development       Date

Donor                 Date            President & CEO               Date

NOTE: GIFTS MAY BE SUBJECT TO A GIFT FEE PER WSU FOUNDATION POLICIES. FOR ALL ENDOWMENT GIFTS, FUND GUIDELINES ARE TO BE PREPARED AND APPROVED BY THE DONOR AS WELL AS FOUNDATION AND/OR UNIVERSITY REPRESENTATIVES.

FUND _____

MDG021798
JSH-005698