# EXHIBIT "10"

CONFIDENTIAL

SYWSE Scholarship payments 12/16/2022

| # | School | pledge per Scholar Track Doc | SYWSE chk # | SYWSE Chk Date | SYWSE -Chk Amt | Ref - SYWSE doc # | (Ref- documents) Subpoena Docs SYWSE | Balance NOT paid from SYWSE Pledge from docs | Amount Returned by School | payments from M Kao & T Lam FHB acct # 01-441787 on 9/25/20 | note: CPB closed SYWSE acct 8/27/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | University of Alaska | $ 10,000.00 | 1011 | 4/26/2020 | $ 2,500.00 | 035 | TLAM-000188 (pg-133) | | | FHB # 2348 09/25/20 | $ 2,500 |
| | | | 103 | 6/18/2020 | $ 2,500.00 | 030 | TLAM-000192 (pg-129) | $ 5,000.00 | | TLAM-000185 | pg-136 |
| 2 | University of Delaware | $ 10,000.00 | | | $ - | | pending due Covid office not open | $ 10,000.00 | | | |
| 3 | University of Hawaii Foundation | $ 5,000.00 | 1003 | 3/23/2020 | $ 5,000.00 | 040 | cleared bnk 4/02/20 MDG025225 (pg-1) | $ - | pd all of pledge amt | | |
| 4 | University of Illinois | $ 10,000.00 | 1008 | 4/21/2020 | $ 2,500.00 | 038 | TLAM-000215 (pg-121) | | | FHB # 2349 09/25/20 | $ 2,500 |
| | | | 104 | 6/18/2020 | $ 2,500.00 | 029 | TLAM-000219 (pg-117)/cleared bnk 06/29/20 MDG025231 | $ 5,000.00 | | TLAM-000212 | pg-124 |
| 5 | University of Maine | $ 25,000.00 | | | $ - | | pending due Covid office not open | $ 25,000.00 | | | |
| 6 | University of Michigan | $ 15,000.00 | 1009 | 4/21/2020 | $ 5,000.00 | 037 | TLAM-000272 (pg-64) | $ 10,000.00 | ***email note rtn 2nd&3rd donation TLAM-000274(pg-62)** | FHB # 2350 09/25/20 | $ 5,000 |
| | notes on schedule say returned $10K but did not go into SYWSE acct | | | | | | | | | TLAM-000269 | pg-67 |
| 7 | University of New Hampshire | $ 10,000.00 | | | $ - | | pending due Covid office not open | $ 10,000.00 | | | |
| 8 | Oklahoma State University | $ 10,000.00 | 0101 | 5/7/2020 | $ 2,500.00 | 033 | Denied Donation | $ - | (TLAM-000101 PG-220) | | |
| | Denied Donation | | Chk not cashed | | $ (2,500.00) | | (TLAM-000101 PG-220) | $ 10,000.00 | Chk not cashed | | |
| 9 | University of Rhode Island | $ 20,000.00 | 1004 | 3/23/2020 | $ 5,000.00 | 040 | cleared bnk 4/01/20 MDG025225 | | | | |
| | | | 105 | 6/18/2020 | $ 5,000.00 | 028 | this check never cleared the bank part of the amt refunded to T Lam to close the account | $ 10,000.00 | | | |
| 10 | South Carolina State University | $ 10,000.00 | 1010 | 5/6/2020 | $ 2,500.00 | 034 | TLAM-000283 (pg-53) | | | FHB # 2352 09/25/20 | $ 2,500 |
| | | | 102 | 6/18/2020 | $ 2,500.00 | 031 | TLAM-000287 (pg-49)/cleared bnk 06/30/20 MDG02531 | $ 5,000.00 | | TLAM-000280 | pg-56 |
| 11 | University of South Carolina | $ 20,000.00 | 1005 | 3/23/2020 | $ 5,000.00 | 040 | TLAM-000304 (pg-32) /cleared bnk 04/01/22 MDG025225 | | | FHB # 2353 09/25/20 | $ 5,000 |
| | | | 106 | 6/18/2020 | $ 5,000.00 | 027 | TLAM-000307 (pg-29) | $ 10,000.00 | | TLAM-000299 | pg-37 |

CONFIDENTIAL

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | University of Washington | $ 10,000.00 | | | $ - | | pending due Covid office not open | $ 10,000.00 | | | |
| 13 | University of Wisconsin Madison | $ 10,000.00 | | | $ - | | Denied Donation did not accept | $ 10,000.00 | (TLAM-000100 PG-221) | | |
| 14 | University of Wisconsin Millwaukee | | | | | | | | | | |
| | UWM Foundation | $ 10,000.00 | 1007 | 4/1/2020 | $ 10,000.00 | 039 | TLAM-000173 (pg-148)/ cleared bnk 4/8/20 MDG025225 | $ - | pd all of pledge amt | | |
| 15 | Wichita State University | $ 10,000.00 | 1012 | 4/21/2020 | $ 2,500.00 | 036 | TLAM-000245 (pg-91) | | | FHB # 2354 09/25/20 | $ 2,500 |
| | | | 107 | 6/18/2020 | $ 2,500.00 | 026 | TLAM-000242 (pg-94)/cleared bnk 6/30/ MDG025231 | $ 5,000.00 | | TLAM-000235 | pg-101 |
| | | $ 185,000.00 | | | $ 60,000.00 | | | $ 125,000.00 | | | $ 20,000 |
| | | pledge per Scholar Track Doc | | | Chk Amounts paid net of one returned<br>verifies to I/S in documents | | | Balance NOT paid from SYWSE Pledge from docs | | note: CPB closed SYWSE acct 8/27/20 | payment fr M Kao & T Lam FHB acct # 01-441787 on 9/25/20 |

| | | | | |
|---|---|---|---|---|
| | 105 | 6/18/2020 | $ 5,000.00 | Unv R.I. never cleared the bank |
| 8/27/2020 | | Grant received | $ 1,000.00 | |
| | | | $ 6,000.00 | amt in the account when chk sent to Tiffany to close out the account |
| | | | | CPB letter to close acct dated 8/26/2020 MDG-HIGJ00143954 (T Lam docs) |

MDG025233 copy of CPB official chk # 30081241 dated 8/27/20 (cancelled chk shows FHB) Bal of acct $6,000 payable to Tiffany Lam

closing transaction-MDG025227-MDG025228

$ 25,000.00 Payments prior to PPP dep date of 4/17/20