# EXHIBIT "11"

# Duke Hartman

| | |
|---|---|
| **From:** | Troy Keipper |
| **Sent:** | Monday, March 30, 2020 3:22 PM |
| **To:** | Clifford Chen; Duke Hartman; Michael Schmicker; Martin Kao; Lori Bofman |
| **Subject:** | RE: SYWSE PR PLAN |

Having not been in the discussion with Lori/Mike/Martin, I also agree with Duke.

---

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Monday, March 30, 2020 7:41 AM
**To:** Duke Hartman <dhartman@navatekllc.com>; Michael Schmicker <schmickermichael@gmail.com>; Martin Kao <MKao@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: SYWSE PR PLAN

All
Should we discuss?

I am inclined to agree with Duke's comments.
Why do we need to directly address Civil Beat at all to dignify their comments and validate the connections at all?
Why can't the communications be from the universities directly to the broader public (whoever that may be)? The Society can post to their website but I wouldn't choose to start pushing press releases of their own.
If nothing related to this issue is ever mentioned again, I think that would be an acceptable outcome. Why do we want to entice/antagonize these reporters who are clearly already biased against the Society? Can anyone actually describe a plausible scenario where we push all the info out as proposed and Civil Beat guy waves the white flag and surrenders to our perspective?

Cliff

Get Outlook for iOS

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Monday, March 30, 2020 2:24 AM
**To:** Michael Schmicker; Martin Kao; Troy Keipper; Clifford Chen; Lori Bofman
**Subject:** RE: SYWSE PR PLAN

Mike,

Thanks for putting this together. I really like the overall plan. The only two parts I question are:

1. "SYWSE was created by Navatek CEO Martin Kao and his family to support young women engineers". Are we ready to come out and admit the connection there? Obviously this has been alleged by the press, but I have been hearing concerns from Cliff and others that we should try to keep Martin, his family, and Navatek at arm's length from SYWSE, even if it's good press like scholarships. Is that not still true?
2. Emailing the press release about Hawaii scholarships directly to the Civil Beat reporter. I'm sure he will find out about it, but I don't think confronting him with the scholarships will necessarily help us. This guy has already sunk a good amount of time into trying to make Navatek look bad and I think a $5k set of scholarships to UH is not going to change that tightly held view (in the face of what he sees as tens of millions in profit from "pay to play" activities). If anything, I'd guess that it will reinforce his earlier theory and make him think that the bad

1

press he helped create forced us to try to "whitewash" the foundation for self-serving purposes, especially since the donations are to universities that Navatek works with (he will see the press releases coming later this summer for new offices). So this could inspire him to another wave of speculative journalism, trying to poke a hole in this strategy, connecting our new offices to the scholarships as a new twist on "pay to play", maybe even calling our university partners directly to try to dig up dirt, further spooking some of them. I think once the website is rock solid with thank you letters, pictures of scholarship winners, etc. we won't want or need anything from Hawaii press except silence. I'll suggest we strengthen PR in every other area but for now we don't poke the snake. My two cents anyway.

One additional suggestion:
3. As part of the pledge/agreement, is there a way to require universities to take photos of the scholarship winners (either as a group or individual) once awarded? We'd want unlimited use rights on the photos so we can use them for marketing. I think that would go a long way towards building goodwill on the website. I.e., a scrolling banner or a "photo mosaic" with the 165 shining young faces holding their big check with a lei on (Hawaii touch).

Thanks,
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Michael Schmicker <schmickermichael@gmail.com>
**Sent:** Friday, March 27, 2020 11:31 PM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Subject:** SYWSE PR PLAN

Martin:
Here's the plan we discussed. Any changes, suggestions, concerns?
Lori, how does this sound?
Anyone else have any comments?
If not, Lori and I will get this going....
Mike


**PR Plan for SYWSE $165K scholarship donations**

1. Mike writes

- Variations of basic SYWSE news release, tailored to each target audience.
- Variations of basic cover email from Martin/Lori

2. Lori collects from each of the 13 universities a university press release/or letter thanking Navatek for their donation  Let the university announce the donation and praise SYWSE  More credibility to announcement.

3. Navatek gets the SYWSE website/ office up and running in next three weeks. On swebite, announces the $165K worth of grants for 2020 year.

2

4. Mike/Lori contact the following groups on behalf of Martin.

- Navatek Senior Management
    - Cover email from Martin, plus Navatek base news release
        - Media wrong. SYWSE exists; it has a website; it is making $165,000 in scholarship donations to 13 universities to support women engineers.
        - Please inform your staff at a convenient time, so they know the truth; are proud of their company; and can answer any negative questions if people raise the issue.
- Maine
    - o <u>Sen Collins office</u> (Martin has the woman staffer name) – Martin email plus U. of Maine news release
        - Martin email: SYWSE is up and running. Website link. Proud to announce $25,000 scholarships to U Maine. See U Maine press release attached.
            - Martin private note for staffer to pass on. We wish Senator Collins the best. She's a champion of women in Maine, and Navatek proud to make this donation. Feel free to us this info in any way that can help the Senator in her re-election campaign. We're with her all the way.
    - <u>Maine media</u> (Maine TV, newspapers which carried original Civil Beat story)
        - Send Copy of U Maine news release announcing $25K SYWSS donation to university.
        - Cover email from Lori as agent for SYWSE. Thought you might be interested in this news release.
            - Lori does NOT respond to follow-up questions from media.
            - If they actually run the story, great. If they don't, the editors have still been informed that their earlier coverage was sensationalist, and in fact SYWSE is real, and doing great work. Clears the air. Sets us up as good guys for future Navatek PR stories in Maine.
    - <u>Coillins SuperPAC people</u> who gave us bad advice in first place
        - Martin email to them. Here's ammunition you can circulate to help Sen. Collins and yourself answer Dem attacks on her between now and November election vote. Use it to counter any recurring Dem attacks in media about "dark money"; use as you want to, but check with us first.
    - <u>Glen Mandigo</u> and <u>Habib Dagher</u> -- Feel free to distribute this U. Maine news release to people you think should get a copy.
- Hawaii
    - Civil Beat (reporter who wrote original story
        - Email from Lori as SYWSE agent with copy of UH news release thanking SYWSE – thought you might be interested in this. Also see website now up; new office at X address. Email notes that other universities across country also sharing in $165K worth of scholarships form young women engineers.
            - Lori does NOT respond to follow-up questions from Civil Beat Simply say Foundation is not seeking publicity.
            - If they actually run the story, great. If they don't, the editors have still been informed that their earlier coverage was sensationalist, and in fact SYWSE is real,

3

and doing great work- clears the air. Sets us up as good guys for future Navatek PR stories in Hawaii

- o Sen Schatz office
    - ▪ Martin email (or Andy Winer email) to Schatz with copy of <u>news release from UH</u>; and note that Hawaii-based SYWSE is now up and running and donating $165K to universities.acros America -- starting with Hawaii. Martin and wife Jennifer Lam are proud of this effort to help women engineers.

- <u>Other states  (SC, AK, RI, etc.)</u>
    - o Lori/Duke H put together list of contacts (individuals we want to make sure know about our generosity), including Navatek's lobbyists in each state.
    - o Simple email: "Thought you might like to see this. SYWSE was created by Navatek CEO Martin Kao and his family to support young women engineers.

***NOTE: Lori si spokesperson for SYWSE,*** but<u>doesn't answer media inuiries</u>. Simply says she will pass the request to the PR dept.  (But we simply<u>don't do any follow up call.</u> Not seeking publicity.

**Michael Schmicker**
*Journalist and author*
Author Website: www.michaelschmicker.com
Amazon: www.Amazon.com/author/michaelschmicker
Email: SchmickerMichael@gmail.com
Mobile: 808-291-1534

4