# EXHIBIT "12"

**Duke Hartman**

| | |
|---|---|
| From: | Lori Bofman |
| Sent: | Thursday, May 14, 2020 12:45 AM |
| To: | Michael Schmicker; Duke Hartman |
| Subject: | Re: follow up on SYWSE |

Hi Duke,

Yes, I do agree with you that we should maintain the separation between SYWSE and Navatek. And yes, it makes complete sense I should be the one to continue making the contacts to the universities.

Duke - I will work on your following list of suggestions tomorrow.

Mike - We can talk tomorrow about our posting for Friday.

Thank you!


Have a wonderful

Lori Bofman
Executive Assistant to the President & CEO
Navatek LLC
841 Bishop Street, Ste 1110
Honolulu, HI 96813
www.navatekltd.com
mobile: (808) 800-7470
office: (808) 695-6656
Lbofman@navatekllc.com

**From:** Michael Schmicker <schmickermichael@gmail.com>
**Sent:** Wednesday, May 13, 2020 6:24:16 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Cc:** Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: follow up on SYWSE

Duke
Thanks for the comments. We will pull you off the SYWSE email string, and have lLori do the followups to the university folks.
Stay safe.
Mike




Sent from my iPhone

1

On May 13, 2020, at 6:11 PM, Duke Hartman <dhartman@navatekllc.com> wrote:

Hi Mike and Lori,

I thought it might be best to "maintain the separation" between SYWSE and Navatek going forward... so, probably best that I not contact people about it. Does that make sense? Lori, perhaps you want to reach out to a few folks?

I would suggest the following:
- Reaching out to all of the universities who have accepted donations and send them the press release that I believe you're writing (Mike) in case they want to publish it.
- UW-Madison: writing an email to let Amy Achter know that the site is up and running and that UW-Milwaukee is a participant.
- I agree with Mike's other email that we should let Oklahoma State U. know about the website if they didn't know already. Agree on not sending the "lawyer language"
- You can just let these other universities know about the website if they seem to be stalling or haven't gotten back to you in a while (haven't accepted yet based on the latest sheet I saw):
    - University of Washington
    - University of Delaware
    - University of Maine

Thanks
Duke

<image002.png>
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

Duke Hartman, P.E.
VP, Strategic Partnerships
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Monday, May 11, 2020 7:07 PM
**To:** Michael Schmicker <schmickermichael@gmail.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** FW: follow up on SYWSE

Updated scholarship awards.

<image004.png>

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Lori Bofman**
Executive Assistant to the
President & CEO
mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

---

**From:** Michael Schmicker <schmickermichael@gmail.com>
**Sent:** Monday, May 11, 2020 12:58 PM

**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Subject:** follow up on SYWSE

Aloha Duke:
Hope all goes well with you!
Just closing te loop on the SYWSE PR plan. Now that the website is up and running, and the U of South Carolina has accepted the donation, are you planning to share the website and news release to anyone at the university? If so, it might be good to let Lori know, for her records.
Thanks,
Mike


**Michael Schmicker**
*Journalist and author*
Author Website: www.michaelschmicker.com
Amazon: www.Amazon.com/author/michaelschmicker
Email: SchmickerMichael@gmail.com
Mobile: 808-291-1534

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.