# EXHIBIT “13”

**Duke Hartman**

**From:** Duke Hartman
**Sent:** Thursday, May 21, 2020 9:33 PM
**To:** Martin Kao; Clifford Chen
**Subject:** Re: WSU office opening press release draft

Lol. “SYWSE Pays to Play Again!”

Duke

Duke Hartman, P.E.
VP, Strategic Partnerships
(808) 342-7681
dhartman@navatekllc.com
1225 Laurel Street, STE 114
Columbia, SC 29201
www.navatekllc.com

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Thursday, May 21, 2020 9:27:10 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

Lol…I was joking.

NAVATEK
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
**President & CEO**
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

---

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Thursday, May 21, 2020 3:26 PM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

We could but my instinct would be NOT to comingle Navatek and the Society and get people confused about the difference.

NAVATEK
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

Cliff Chen
Chief Financial Officer
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

---

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Thursday, May 21, 2020 3:24 PM
**To:** Duke Hartman <dhartman@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

Maybe we should put in a plug for the Society?

NAVATEK
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

Martin Kao
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, May 21, 2020 2:10 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Jennifer Oliver <joliver@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Gary Ambrose <gary.ambrose@auaero.com>; Rick Gaeta <rick.gaeta@auaero.com>
**Subject:** Re: WSU office opening press release draft

Yes, as mentioned, we'll leave it out for now and accept whatever quote and credentials they approve for us.

Thanks,
Duke

Duke Hartman, P.E.
VP, Strategic Partnerships
(808) 342-7681
dhartman@navatekllc.com
1225 Laurel Street, STE 114
Columbia, SC 29201
www.navatekllc.com

---

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Thursday, May 21, 2020 8:08 PM
**To:** Duke Hartman; Jennifer Oliver

**Cc:** Katie Hughes; Kyle Warren; Emile Suehiro; Martin Kao; Gary Ambrose; Rick Gaeta
**Subject:** RE: WSU office opening press release draft

Bottom line for me (not that I control this) is that we should choose not to put it in unless Moran wants it.
If we control the initial draft, can we not leave it out, and wait for them to reinsert?

If they put it back then so be it.


841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com


---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, May 21, 2020 2:05 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Jennifer Oliver <joliver@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Gary Ambrose <gary.ambrose@auaero.com>; Rick Gaeta <rick.gaeta@auaero.com>
**Subject:** Re: WSU office opening press release draft

Cliff

Understood and that is a good question to ask. The honest truth with that portion about "appropriations subcommittee seniority" is that I copied and pasted it from a quote that Senator Collins' office approved this week.

I have noticed that members who like to claim these economic victories (like Collins and Moran) also like to remind people of their special powers of appropriation. Not sure why exactly, other than my original guess, to remind donors and voters who really has the power to bring home the bacon and what the state would lose if this member were voted out. (It's easy to forget who's on which committee and seniority levels if you're not steeped in politics.) But that is a consistent theme I've seen so I thought I'd just anticipate their needs here. I don't have any problem leaving it out, and I'll do that here as an experiment (now I'm curious). But there is a chance the office will just add it back in.

Thanks,
Duke


Duke Hartman, P.E.
VP, Strategic Partnerships
(808) 342-7681
dhartman@navatekllc.com
1225 Laurel Street, STE 114
Columbia, SC 29201
www.navatekllc.com


---

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Thursday, May 21, 2020 6:57 PM
**To:** Duke Hartman; Jennifer Oliver
**Cc:** Katie Hughes; Kyle Warren; Emile Suehiro; Martin Kao; Gary Ambrose; Rick Gaeta
**Subject:** Re: WSU office opening press release draft

Thanks Duke.
The sum of my question was really about the net incremental value from highlighting his appropriations subcommittee seniority vs not highlighting it.
We are already noting that jobs are being created and linking it to Moran.
I would argue it doesn't do anything positive for Navatek.
However if it provides a significantly positive benefit to our partners I can get on board. My rationale being those that should know probably already know. Who not in the know are we trying to educate?

Cliff Chen
Chief Financial Officer
Navatek LLC
841 Bishop Street, Ste 1110
Honolulu, HI 96813
www.navatekllc.com
mobile: (808) 379-8877
office: (808) 452-0045
cchen@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, May 21, 2020 12:29:27 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Jennifer Oliver <joliver@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Gary Ambrose <gary.ambrose@auaero.com>; Rick Gaeta <rick.gaeta@auaero.com>
**Subject:** RE: WSU office opening press release draft

Cliff,
(cc'ing Rick and Gary so they can be part of the conversation as well)

Good questions. I'll start with the first one.

**Is it meaningful to point out that Senator Moran is a "senior member of the Defense Appropriations Subcommittee"?**
Yes. There are generally two types of members of congress:

1. those who like to claim an economic "win" for their district, and
2. those who don't (ostensibly because it seems like an earmark).

Sen Moran happens to be the first kind. You can tell by his press releases and events (and we have been told as much by those who know him).
https://www.kansas.com/news/business/aviation/article231444708.html
https://www.wichita.edu/about/wsunews-releases/2019/06-jun/masc_release.php

The main thing he gets out of supporting our funding requests is the creation of jobs and the positive goodwill that creates in the local communities. No one knows he had anything to do with creating those jobs if he does not claim it by being included in a press release. Saying that he is on the approps committee lets those who know (for example, influential donors, voters, and WSU stakeholders) that he actually has the capability to help bring home the bacon and is exercising it.

**Who is the audience for this article?**

- Voters in Wichita (for the sake of Sen Moran's office)

- Stakeholders at WSU and within the community and state government (for WSU's sake – recall that how they rank our project on their list is critical for success of a program)
- Potential employees in Wichita (for our sake for recruiting)

**Can it not be inferred from those who are inclined to be cynical and cast us in a negative light that the reason we are here is to leverage Moran's position?**
Sure, that's possible. But the benefits for our primary supporters (WSU and Sen Moran) far outweigh the esteem we would lose from any cynics, who are in the minority anyway and especially in economic times like these. New jobs are new jobs. I don't think we should let the cynics stop us from serving up good news for our partners who make our growth trajectory possible.

However, always happy to discuss and hear other ideas.

Thanks,
Duke

NAVATEK
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**VP, Strategic Partnerships**
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Thursday, May 21, 2020 5:53 PM
**To:** Jennifer Oliver <joliver@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

I guess that's really 3 questions, but I only need confirmation on the first.

NAVATEK
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

---

**From:** Clifford Chen
**Sent:** Thursday, May 21, 2020 11:50 AM
**To:** Jennifer Oliver <joliver@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

One question.
Is it meaningful to point out that Senator Moran is a "senior member of the Defense Appropriations Subcoommittee"?
Who is the audience for this article?

Can it not be inferred from those who are inclined to be cynical and cast us in a negative light that the reason we are here is to leverage Moran's position?

NAVATEK

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

---

**From:** Jennifer Oliver <joliver@navatekllc.com>
**Sent:** Thursday, May 21, 2020 11:33 AM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: WSU office opening press release draft

Hi Duke,

Looks good. I had minimal edits, see attached.

Jenn

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, May 21, 2020 11:18 AM
**To:** Jennifer Oliver <joliver@navatekllc.com>
**Cc:** Katie Hughes <khughes@navatekllc.com>; Kyle Warren <kwarren@navatekllc.com>; Emile Suehiro <esuehiro@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>
**Subject:** WSU office opening press release draft

Jenn,

(cc'ing Martin, Cliff, and Kyle in case they have any comments/questions on the release. Katie and Emile, FYI)

Take a look at this press release draft. May be a bit long so feel free to trim as needed. Hoping to turn this around pretty quickly as soon as we sign the lease (and sign the economic development application, ideally before we sign the lease).

Once you review, let me know. Next steps I see are:

- Right now I will ask Pete Kirkham (our lobbyist for Kansas) whether he thinks Sen Moran would be interested in including a quote for something like this.
- Socializing the draft with WSU and allowing them to revise. They may have their own protocols for this kind of release. Let them know we have a call with the "Greater Wichita Partnership" on Wed about them supporting the PR campaign on this – do they want to be involved.
- If Sen Moran staff want to be involved, this is where we get them to confirm their quote.
- Send out the release via the channels and methods recommended by GWP

By the way, this is GWP:
https://greaterwichitapartnership.org

Thanks,

Duke

NAVATEK
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**VP, Strategic Partnerships**
(808) 342-7681
dhartman@navatekllc.com