www.themorninggroup.com

---

**From:** Martin Kao <MKao@navatekllc.com>
**Date:** Friday, November 22, 2019 at 6:18 PM
**To:** Scott Reed <sreed@chesenterp.com>
**Cc:** Mackenzie Jortner Dolan <mackenzie@themorninggroup.com>
**Subject:** RE: Navatek/Martin Kao - Thanks!

Great!  We will proceed on getting this set up ASAP.

Have a nice weekend.

Martin

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
**President & CEO**
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Scott Reed <sreed@chesenterp.com>
**Sent:** Friday, November 22, 2019 12:44 PM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Mackenzie Dolan <mackenzie@themorninggroup.com>
**Subject:** Re: Navatek/Martin Kao - Thanks!

Very smart and glad your counsel understands. Thanks for doing this. Copied Mackenzie on the team too.

On Nov 22, 2019, at 3:37 PM, Martin Kao <MKao@navatekllc.com> wrote:

Hi Scott:

Had a chance to discuss 1820 with my CFO and attorney last night.   They are suggesting setting up a separate new LLC to make the donations.

Name of new LLC:  Society of Young Women Scientists and Engineers
Address:  1100 Sacramento Street, Suite 504, San Francisco, CA  94108

In my personal real estate investments, we often us LLCs that can be set up to "facilitate" transactions.  They are super vague and very difficult to get any background info on.  Totally legal and typically used in real estate transactions to conceal the identity of buyer/seller.

Wanted to get your thoughts/concerns.

Thanks,

**EXHIBIT 1**

MDG-DCGJ00162073
PAC-008438