

Check from Society of Young Women Scientist and Engineers LLC, 335 Merchant St Unit 2394, Honolulu HI 96804-0408. Check #1001, dated 12/27/19, pay to the order of 182D PAC, amount $150,000, "One Hundred Fifty Thousand + 00/100 Dollars". Drawn on Central Pacific Bank.

**EXHIBIT 2**

PAC-006861

MDG025206