| | |
|---|---|
| Message | |
| From: | Martin Kao [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FCC6532E0574400EBAFAD2AA7A7355F7-MARTIN KAO] |
| Sent: | 2/21/2020 1:39:54 AM |
| To: | Andy Winer [andyw@strategies360.com]; Duke Hartman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18471f81ce124ba0a897762536afcb4c-Duke Hartma] |
| Subject: | RE: March 3rd |

Yes. Let's definitely talk/discuss more next week. Our next meeting after Bill is at noon over in Cannon. So maybe some time to chat. If not, we're there all week. Also, currently no plans for dinner on Tuesday if that's an option for you. Yes…deep breaths…need to keep reminding myself.
Thanks,
Martin

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Andy Winer <andyw@strategies360.com>
**Sent:** Thursday, February 20, 2020 3:26 PM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** Re: March 3rd

Martin: I would like to talk with you in more detail about what we can and should be doing to address this situation. Last week, I was doing a number of things to deflect additional media coverage and to keep our state allies in place, but there may be some other ways to ramp this up.

I'd suggest that after we get some counsel from the lawyer, we find some time next week to go through some of those options which include political outreach and communications. I also feel badly about all that's happened, and I want to be part of turning this around. Strategies 360 does have resources, and we should discuss the best way to deploy them including outreach to the Murray office.

I'll be back in DC on Monday. If possible, let me know if you can stick around our office after the meeting with Bill Canfield. If that doesn't work, let me know if you have any available times on Tuesday or Wednesday morning.

Thanks,

Andy

**From:** Martin Kao <MKao@navatekllc.com>
**Date:** Thursday, February 20, 2020 at 5:28 PM
**To:** Andy Winer <andyw@strategies360.com>, Duke Hartman <dhartman@navatekllc.com>
**Subject:** FW: March 3rd

MDC02544736

**EXHIBIT 4**  PAC-002389

Andy:

See message below from Sarah Castro. Easy enough to read between the lines.

One thing I forget to mention on our call(s) today. I accept risk and bold decisions and embrace failure as part of the necessary steps for success.

So, I honestly don't have issue with the screwup with 1820. Shit happens and we are all now smarter because of it. That said, I would like some more proactive thought and action…drawing on all the resources and relationship of S360 on how we do damage control. I proposed earlier the same "gut check" proposition to Jeff Bjornstad for Murray's chief…Mindy. Whether Jeff agrees to do it or not, S360 has deep relationships with that office. So that relationship should be utilized to "fix" things for Wash St.

Again, let's do EVERYTHING we can to now fix this.

Let's talk more after you speak with Todd Webster and I hear back from Jeff.

Thanks,
Martin

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Sarah M. Castro <smcastro@uw.edu>
**Sent:** Thursday, February 20, 2020 6:16 AM
**To:** Martin Kao <MKao@navatekllc.com>; Jeff Bjornstad (Jeff.Bjornstad@washington2advocates.com) <Jeff.Bjornstad@washington2advocates.com>
**Cc:** Kevin L Williams <klw8@uw.edu>
**Subject:** March 3rd

Hi Jeff and Martin,

Jeff, thank you for your efforts in setting up meetings on March 3rd. UW's APL will not be able to join you and Navatek for those. We have an identical set of meetings the following day, and UW will attend those by ourselves, not both. We do plan on discussing the joint project, as well as our other DOD and agency projects. We do like and plan on supporting the project, we like the science, engineering and partnership, but to better address the many UW efforts and interests, we won't be doing joint meetings for a single project.

Thanks,
Sarah

SARAH CASTRO
Director / Office of Federal Relations
University of Washington
444 North Capitol Street, NW, Suite 418

MDC02544737

PAC-002390