Message
_____

From:       William Canfield [canfieldwilliam@gmail.com]
Sent:       2/25/2020 5:18:18 PM
To:         Martin Kao [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao]
CC:         Duke Hartman [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=18471f81ce124ba0a897762536afcb4c-Duke Hartma]; Andy Winer
            [andyw@strategies360.com]
Subject:    FEC Matter


Martin:  Many thanks for setting aside time for meeting this morning.  I enjoyed meeting you and hearing
about your company and the STEM project.  I will send you an engagement letter in the morning.  If
possible, I would appreciate it if you could send the retainer payment directly to my Bank of America
account via an EFT or wire.  I don't trust checks sent via the USPS because they tend to get lost!  I
will send you my BofA details with the engagement letter in the AM.  I look forward to helping you put
this issue behind you as quickly as possible.  I also believe that we can resolve this matter in a way
that limits your exposure to adverse media attention.  Bill.

Sent from my iPhone

**EXHIBIT MDG-171**

MDG02544686

**EXHIBIT 5**                                                    PAC-007992