# Garret Tom

**From:** Kahele Lum Kee
**Sent:** Thursday, May 21, 2020 11:55 AM
**To:** Martin Kao
**Subject:** RE: SBA Application No. 3600914246 - Status Update

Sluts got – 1K
M&M got – 1K
Navatek Foundation got nada
Navatek LLC got - $10k.

Strange as to why the Nav Foundation got ignored.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

**From:** Martin Kao <martin.kao@gmail.com>
**Sent:** Thursday, May 21, 2020 11:49 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>
**Subject:** Re: SBA Application No. 3600914246 - Status Update

Did the society (sluts) get?

On Thu, May 21, 2020 at 11:43 AM Kahele Lum Kee <klumkee@navatekllc.com> wrote:

> Not sure.  Only applied for the Disaster Grant.  We did receive $1k from that last month, but we didn't apply for anything else. I would ignore as nothing else should come about from this.

**NAVATEK**

841 Bishop Street

Suite 1110

Honolulu, HI 96813

www.navatekltd.com

**L. Kahele Lum Kee**

Controller

Main: (808) 695-6666

Office: (808) 695-6676

klumkee@navatekllc.com

1

**EXHIBIT 7**

PAC-006897

**From:** Martin Kao <martin.kao@gmail.com>
**Sent:** Thursday, May 21, 2020 10:48 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>
**Subject:** Fwd: SBA Application No. 3600914246 - Status Update

?

---------- Forwarded message ---------
From: **Tiffany Lam** <tiffany808@gmail.com>
Date: Thu, May 21, 2020 at 10:46 AM
Subject: Fwd: SBA Application No. 3600914246 - Status Update
To: Martin Kao <martin.kao@gmail.com>

---------- Forwarded message ---------
From: <disastercustomerservice@sba.gov>
Date: Thu, May 21, 2020 at 10:46 AM
Subject: SBA Application No. 3600914246 - Status Update
To: <tiffany808@gmail.com>



# Multiple SBA Economic Injury Disaster Loan Applic

We have received multiple applications from your business for economic injury as a resu
Coronavirus (COVID-19). Your earliest application will continue to be processed and we
withdrawn application number 3600914246 from active consideration.

PAC-006898

Questions? We're here to help. Call us at **1-800-659-2955** | TTY/TTD: **1-800-877-8339**.

Office of Disaster Assistance
U.S. Small Business Administration
disastercustomerservice@sba.gov

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

PAC-006899