| | |
|---|---|
| Message | |
| From: | Martin Kao [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FCC6532E0574400EBAFAD2AA7A7355F7-MARTIN KAO] |
| Sent: | 6/24/2020 6:30:26 PM |
| To: | William Canfield [canfieldwilliam@gmail.com] |
| Subject: | RE: Jennifer's Statement |

Will do.

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
**President & CEO**
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** William Canfield <canfieldwilliam@gmail.com>
**Sent:** Wednesday, June 24, 2020 3:39 AM
**To:** Martin Kao <MKao@navatekllc.com>
**Subject:** Jennifer's Statement

Martin: Lets have Jennifer email to me the following statement; "I, Jennifer Lam, am the executive director (?) and Registered Agent for the Society of Young Women Scientists and Engineers, LLC and am authorized to speak for the Society on all matters."

Sent from Mail for Windows 10