Sr. L

| Message | |
|---|---|
| From: | Duke Hartman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18471F81CE124BA0A897762536AFCB4C-DUKE HARTMA] |
| Sent: | 3/18/2020 7:41:26 PM |
| To: | Kahele Lum Kee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82966ac1795c4780857db1758a258118-Kahele Lum]; Lori Bofman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6cc4b9edfdad4156957b580346afbe46-Lori Bofman] |
| CC: | Clifford Chen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dab8620963e14e3692474e8aac600c99-Clifford Ch] |
| Subject: | RE: Scholarship Programs - The Society |

Yes, that would be good for me to see, for my awareness. Where is it located? Is it possible to put it on a shared drive with restricted access?

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
Director of Programs
(808) 342-7681
dhartman@navatekllc.com

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 3:40 PM
**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

I already created a tracking spreadsheet if needed. Thanks.

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 9:19 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Kahele,

I'll suggest that I reach out to introduce Lori to folks at U Delaware and U Washington and she can work with the specific scholarship person at both universities to see what level of upfront payment they need.

Lori,

MDG-HIG.I00368223

**EXHIBIT 10**              PAC-008391

Does that sound good to you?

Maybe you can create a new spreadsheet in the expansion projects team on MS Teams to track all of these scholarships? Including points of contact, amounts pledged/paid, etc. so all of this info is not just floating around in email.

Thanks,
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
Director of Programs
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 2:48 PM
**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Yes, I have those same amounts. Just to confirm the funding status, we will fund the following currently. Please confirm.

University of Hawaii - $5k
University of Rhode Island - $5k
University of South Carolina – Lori confirming if we can fund $20k quarterly and will let me know as well confirm the payee.
University of Delaware - Who will be confirming what amount of the $10k we will be paying if not the entire amount?
University of Washington - Who will be confirming what amount of the $10k we will be paying if not the entire amount?

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 8:36 AM
**To:** Kahele Lum Kee <klumkee@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Kahele,

Yes, I have the same numbers to be pledged for those three (HI, SC, RI).
- U Hawaii – $5k
- U Rhode Island – $20k
- U South Carolina – $20k

MDG-HIGJ00368224

PAC-008392

Below is the complete list we had come up with.

I have reached out to all of these and introduced Lori to them:
- U Wisconsin Madison – $10k
- U Wisconsin Milwaukee – $10k
- Oklahoma State U – $10k
- Wichita State U – $10k
- U Illinois – $10k
- U Michigan – $15k
- U Alaska system – $10k

Lori – have you reached out to this one?
- U Maine – $25k

We have NOT yet reached out to these folks. <u>Let me know if it's alright</u> and I will introduce Lori to these folks:
- U Washington – $10k
- U Delaware – $10k

Thanks,
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
Director of Programs
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Kahele Lum Kee <klumkee@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 2:18 PM
**To:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Yes, we can pledge what we intend to pledge and pay in quarterly. I have been informed to pay the following thus far. Please confirm if different than your understanding:

University of Hawaii - $5,000 of $5,000 pledge
University of Rhode Island - $5,000 of $20,000 pledge
University of South Carolina – Lori checking on amount to pay currently; pledge was $20,000

Thank you.

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

MDG-HIG.I00368225

PAC-008393

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 18, 2020 3:38 AM
**To:** Lori Bofman <lbofman@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>
**Subject:** FW: Scholarship Programs - The Society

Lori, Kahele,

Martin gave the green light for U Delaware and U Washington scholarships, which we had ID'd below at $10k each. However, I understand from him that our cash position is less than ideal. So, I wanted to check in with you before I reach out to either university.

I will say that it probably wins us some "points" with the universities by telling them now, which could have a material effect on the result of the congressional request. But I think in most cases we can probably "pledge" a certain amount without actually paying the full amount now. And in that case we still win the goodwill points with the university leadership folks while hanging on to most or all of the cash longer – I assume we could wait until sometime this summer for Fall 2020 scholarships.

Let me know what you think.

Thanks,
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

Duke Hartman, P.E.
Director of Programs
(808) 342-7681
dhartman@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:30 AM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Cc:** Karen Ernst <kernst@navatekllc.com>; Martin Kao <MKao@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>; Eric Schiff <eric@navatekllc.com>; Dave Kring <DKring@navatekllc.com>; Joshua Knight <JKnight@navatekltd.com>; Ben Rosenthal <BRosenthal@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>
**Subject:** Re: Scholarship Programs - The Society

Lori,

This morning we Discussed with Martin a few items that I think are important for the rollout of the scholarship.

1) The name of the entity sending the donations. Martin suggests "The Society of Women Scientists and Engineers Scholarship". NOT Navatek, Navatek Foundation or anything associated directly with Martin or his family. We don't have to hide that connection and it is okay that Navatek is making the introduction to those universities but there should not be a formal / legal connection there. So you may want to let UW Milwaukee know.
2) The university should be administering the money and selecting the candidates, independent of Navatek, other than guidance we give on criteria for eligibility.
2) The breakdown of funding below. This is the amount Martin discussed committing in 2020.

Thanks,

MDG-HIG.I00368226

PAC-008394

Duke

Duke Hartman, P.E.
Director of Programs
Navatek LLC
808-342-7681 Mobile

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 11:32 PM
**To:** Chenoa Diehm; Lori Bofman
**Cc:** Karen Ernst; Martin Kao
**Subject:** RE: Scholarship Programs - The Society

Hi Lori and Chenoa,

Here is the updated list with status of reaching out and total dollars to commit immediately in 2020.

- U Maine-Dr. Habib Dagher, hd@maine.edu
  - This is correct. **Lori please reach out and CC Dave, Martin and me.**
  - **$25k**
- U New Hampshire-Raina Sarvaiya, Raina.Sprague@unh.edu
  - **HOLD OFF ON UNH**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Delaware- Jack Gillespie: gillespi@udel.edu
  - **HOLD OFF ON UD**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Wisconsin Madison-Amy Achter
  - Duke sent
  - $10k
- U Wisconsin Milwaukee -Mike Andrew
  - Duke sent
  - $10k
- Oklahoma State-Dr. Chuck Bunting and Dr. Kenneth Sewell
  - Duke sent
  - $10k
- Wichita State-Debbie Franklin, Debra.Franklin@wichita.edu
  - Duke sent
  - $10k
- U Illinois -Susan Martinis
  - Duke sent
  - $10k
- U South Carolina-Hossein Haj-Hariri, haj-hariri@cec.sc.edu and Bill Kirkland
  - Duke sent
  - $20k
- U Washington- Warren L.J. Fox, PhD??? , warranf@uw.edu
  - **HOLD OFF ON UW**
  - **$10k - but still hold off for now. Meeting with them soon.**
- U Rhode Island-George Nickolopoulos georgen@uri.edu
  - Duke sent
  - $20k
- U Hawaii-I have no idea.  Brennon Morioka (Dean of the College of Engineering at UH)
  - Duke sent
  - $5k

MDG-HIG.I00368227

PAC-008395

- U Michigan- Matt Collette.
  - Duke sent
  - $15k
- U Alaska system – Paul Layer
  - Duke sent
  - $10k

Thanks
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
mobile: (808) 342-7681
office: (808) 695-6680
dhartman@navatekllc.com

**From:** Chenoa Diehm <cdiehm@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 8:20 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Thank you.

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 3:16 PM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

Chenoa,

Thank you. I will let Duke look these over to see if these are the initial points of contact. If not, he can make any corrections.

Sincerely,
Lori

**From:** Chenoa Diehm <cdiehm@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 3:09 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>; Chenoa Diehm <cdiehm@navatekllc.com>
**Subject:** RE: Scholarship Programs - The Society

HI Lori
I'll write below in Green. I don't necessarily have the University main student contact person, but I know the person that can point you in the right direction if it is not them. Actually, if you happen to get a new student contact name and information, will you please send that back to me as well and I will update my list.

MDG-HIG.J00368228

PAC-008396

Duke, are these names ok with you? And do you have Delaware email or Michigan contact?


**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Tuesday, February 25, 2020 1:17 PM
**To:** Chenoa Diehm <cdiehm@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** FW: Scholarship Programs - The Society

Hi Chenoa,

Since Duke is busy in DC, would you have any of the following contacts below, except for the two that are in red?

Thank you,
Lori Bofman

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Tuesday, February 18, 2020 8:51 AM
**To:** Clifford Chen <cchen@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Cc:** Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Ben Rosenthal <BRosenthal@navatekllc.com>; Joshua Knight <JKnight@navatekltd.com>; Dave Kring <DKring@navatekllc.com>; Karen Ernst <kernst@navatekllc.com>; Eric Schiff <eric@navatekllc.com>
**Subject:** Scholarship Programs - The Society

Cliff/Kahele:



For each of the Universities we are partnering with, the Society my wife established would like to accelerate efforts to establish the scholarship program for women students. The initial commitment for each of these Universities is 10 - $1,000 scholarships ($10K) for 2020. Given the size of our presence in Maine, the amount will be double...20 - $1,000 scholarships ($20K total). The scholarships will be in under the Society, specifically preferenced for female students. Because we do not have the time to vet applications, for 2020, scholarships will be awarded based on the recommendations of professors and faculty.

U Maine-Dr. Habib Dagher, hd@maine.edu
U New Hampshire-Raina Sarvaiya, Raina.Sprague@unh.edu
U Delaware-Shridhar Yarlagadda, I don't have an email
U Wisconsin Madison-Justin Hines, jhnes3@wisc.edu
U Wisconsin Milwaukee -Jean Opitz
Oklahoma State-Dr. Chuck Bunting, charles.bunting@okstate.edu
Wichita State-Debbie Franklin, Debra.Franklin@wichita.edu
U Illinois -Laura Frerichs & Laura Bleill
U South Carolina-Hossein Haj-Hariri, haj-hariri@cec.sc.edu
U Washington- Warren L.J. Fox, PhD??? , warranf@uw.edu
U Rhode Island-George Nickolopoulos georgen@uri.edu
U Hawaii-I have no idea. Perhaps Brennon Morioka (Dean of the College of Engineering at UH)
U Michigan-Sorry, I don't have anyone listed.
U Alaska Anchorage?? Miles Baker, Miles.Baker@alaska.edu  (did you want Alaska also?)


Duke can provide the initial points of contact for each of these Universities. Lori Bofman will start reaching out to them. Karen may also have some suggestions on how to best roll this out.

MDG-HIGJ00368229

PAC-008397

Thanks,
Martin

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.