**Duke Hartman**

| | |
|---|---|
| **From:** | Martin Kao |
| **Sent:** | Tuesday, March 31, 2020 11:09 PM |
| **To:** | Michael Schmicker |
| **Cc:** | Clifford Chen; Karen Ernst; Troy Keipper; Duke Hartman; Lori Bofman |
| **Subject:** | RE: SYWSE PR plan - final recommendation |

I missed it.  Was there something funny in my email?

| NAVATEK | Martin Kao |
|---|---|
| 841 Bishop Street | **President & CEO** |
| Suite 1110 | mobile: (808) 371-0371 |
| Honolulu, HI 96813 | office: (808) 695-6648 |
| www.navatekltd.com | mkao@navatekllc.com |

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Michael Schmicker <schmickermichael@gmail.com>
**Sent:** Tuesday, March 31, 2020 4:44 PM
**To:** Martin Kao <MKao@navatekllc.com>
**Cc:** Clifford Chen <cchen@navatekllc.com>; Karen Ernst <kernst@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: SYWSE PR plan - final recommendation

Martin:
Thanks.
We'll get this started.
Your Trump schtick is pretty good, bro
Besides driving that taxi around Hollywood in college, are you sure you didn't do standup comic impersonations?
You missed your calling -- you could have been yuge, I tell you, YUGE! 
Even bigger than this guy ....
https://youtu.be/U2pMkW7EwSc

Mike

Michael Schmicker
*Journalist and author*
Author Website: www.michaelschmicker.com
Amazon: www.Amazon.com/author/michaelschmicker
Email: SchmickerMichael@gmail.com

1

**EXHIBIT 11**    PAC-000922

Mobile: 808-291-1534

On Tue, Mar 31, 2020 at 2:51 PM Martin Kao <MKao@navatekllc.com> wrote:

> Mike:
>
> I fully agree with the general strategy of letting the universities do the PR for us.  The media is all fake news and would only twist any we say as self-serving propaganda.
>
> I know I'm doing amazing and wonderful things for young women.  Huge…hugely wonderful and amazing I tell you.  Wonderful to the likes of which you've never seen.  That young women and people have never seen.  I don't need the fake news and nasty media to tell me what things I already know I'm doing.  They are all nasty liars.  Amazing stuff I'm doing.  Huge I tell you…huger than huge. 😉
>
>
> NAVATEK
>
> 841 Bishop Street
>
> Suite 1110
>
> Honolulu, HI 96813
>
> www.navatekltd.com
>
> **Martin Kao**
>
> **President & CEO**
>
> mobile: (808) 371-0371
>
> office: (808) 695-6648
>
> mkao@navatekllc.com
>
> Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

PAC-000923

**From:** Michael Schmicker <schmickermichael@gmail.com>
**Sent:** Tuesday, March 31, 2020 2:33 PM
**To:** Martin Kao <MKao@navatekllc.com>; Clifford Chen <cchen@navatekllc.com>; Karen Ernst <kernst@navatekllc.com>; Troy Keipper <Troy@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>
**Subject:** SYWSE PR plan - final recommendation

Martin:

Below is the revised PR plan for SYWSE donations. It reflects the collective wisdom of your "Yoda Council"– Karen, Clif, Duke, Troy, Lori and I. 😉  Final includes:

- Deferring for now any SYWSE message to Navatek managers/employees
- Dropping the SYWSE Civil Beat message.
- Adding a non-SYWSE PR initiative target to Navatek employees.

Target date for launch PR is **April 25,** when Lori says she can have the SYWSE website up and running.

In the meantime, Karen and I will begin drafting the emails you will need to send out..  Don't worry. Nothing will be set out without your OK.

Any questions, changes?

If not, we'll get started.

Thanks,

Mike


## REVISED PR Plan for SYWSE $165K scholarship donations 3/31/20

1 .WEBSITE

Lori collects from each of the 13 universities a university press release/or letter thanking SYWSE for their donation We let the university announce the donation and praise SYWSE. More credibility to SYESE. Lori is also stipulating that universities send us the names/bios of any scholarship winners so we can post them on the SYWSE website as they come in. Website will open with basic news release nnouncing the 2020 donations.

2. MESSAGES:

- To Navatek Managers/employees
    - *DEFER for now SYWSE messaging to Navatek Manager/employees– Karen to simply  monitor the situation*
    - *ADD Program of non-SYWSE PR messaging to Navatek Managers/employees  over next few weeks*
        - **Navatek printing 3-D masks to help with COVID emergency**

3

- o **(Optional)** – Navatek has made major donation to Foodbanks? Karen to talk with Martin

- o **New message from Martin to employees re ONR's praise for Navatek and our importance to defense industry country; and that Martin has negotiated with ONR to speed up processing of our FY 20 contract funds. Result: All employees jobs are safe during this severe economic recession/depression**

- Maine

  - o <u>Sen Collins office staffer</u> (Martin has the woman staffer name) – Martin email together with U. of Maine news release Lori is getting

    - Martin email to staffer :: SYWSE is up and running. See website link. Proud to announce $25,000 scholarships to U Maine. See attached U Maine press release

      - Martin private note for staffer to pass on. We wish Senator Collins the best. She's a champion of women in Maine, and Navatek proud to make this donation. Feel free to us this info in any way that can help the Senator in her re-election campaign. We're with her all the way.

  - o <u>Coillins SuperPAC people</u> who gave us bad advice in first place

    - Martin email to them: Here's ammunition you can use it to help yourself/Sen. Collins answer Dem attacks between now and November election vote. But check with us first.

    - o <u>Maine media</u> (Maine TV, newspapers which ran the original Civil Beat story)
      - o ***Collins SuperPac decides whether to send to their media contacts*** a copy of U Maine news release announcing $25K SYWSE donation to university.

    - <u>Glen Mandigo</u> and <u>Habib Dagher</u> – Martin email says they're free to distribute this U. Maine news release to people they think should get a copy.

<u>Hawaii</u>

- ***(Drop Civil Beat Initiative)***

  - o Sen Schatz office

    - Martin email (or Andy Winer email) to Schatz with copy of news release from UH; and note that Hawaii-based SYWSE is now up and running and donating $165K to STEM -- starting with Hawaii.

- <u>Other states  (SC, AK, RI, etc.)</u>

4

PAC-000925

- - o Duke H put together list of contacts he feels might benefit from knowing SYWSE is making STEM donations in their state,


NOTE: Lori si spokesperson for SYWSE, handles all calls re SYWSE. Her phone number is on website. But she  <u>doesn't answer media/public inquiries</u>. SYWSE not seeking publicity. She s directs all callers to public website.



**Michael Schmicker**
*Journalist and author*
Author Website: www.michaelschmicker.com
Amazon: www.Amazon.com/author/michaelschmicker
Email: SchmickerMichael@gmail.com
Mobile: 808-291-1534