Message

**From:** Lori Bofman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6CC4B9EDFDAD4156957B580346AFBE46-LORI BOFMAN]
**Sent:** 4/17/2020 1:14:57 AM
**To:** Martin Kao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao]; canfieldwilliam@gmail.com
**CC:** Duke Hartman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18471f81ce124ba0a897762536afcb4c-Duke Hartma]
**Subject:** RE: SYWSE Scholarship Update

That is correct!

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Lori Bofman**
Executive Assistant to the
President & CEO
mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Thursday, April 16, 2020 3:11 PM
**To:** Lori Bofman <lbofman@navatekllc.com>; canfieldwilliam@gmail.com
**Cc:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: SYWSE Scholarship Update

Hi Bill:

To clarify, but "contacted" she mean we have signed and executed commitments, agreements, and pledges with these Universities.

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Thursday, April 16, 2020 3:07 PM
**To:** canfieldwilliam@gmail.com
**Cc:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** SYWSE Scholarship Update

EXHIBIT 13

MDG02544646
PAC-008046

Hi Bill,

I have already contacted all 14 universities listed below. So far, we have mailed out a few checks and the rest are all in the works.

1. University of Hawaii (Manoa)
2. University of Maine
3. University of Rhode Island
4. University of South Carolina
5. South Carolina State University
6. University of Delaware
7. University of Michigan
8. University of Illinois (Urbana-Champaign)
9. University of Wisconsin (Madison)
10. University of Wisconsin (Milwaukee)
11. Oklahoma State University
12. Wichita State University
13. University of Washington
14. University of Alaska

If I can provide any further information, please do not hesitate to contact me via email or by phone.

Sincerely,

Lori

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Lori Bofman**
Executive Assistant to the
President & CEO
mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

MDG02544647

PAC-008047