# Duke Hartman

| | |
|---|---|
| **From:** | Duke Hartman |
| **Sent:** | Friday, April 24, 2020 4:50 PM |
| **To:** | Lori Bofman |
| **Subject:** | RE: Update on SYWSE Scholarship Funding |

Yes, that all sounds good. I agree with that all. If you could just please cc me on the emails between you and Jennifer and Mike (just for my awareness), that would help me know what she's been told so I don't tell her the same thing twice. Thank you Lori.

| NAVATEK | |
|---|---|
| 1225 Laurel Street | **Duke Hartman, P.E.** |
| Suite 114 | **VP, Strategic Partnerships** |
| Columbia, SC 29201 | (808) 342-7681 |
| www.navatekltd.com | dhartman@navatekllc.com |

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Friday, April 24, 2020 4:35 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Update on SYWSE Scholarship Funding

Hi Duke,

Don't worry about calling me instead, if you can confirm the questions below….

I'm meeting with Jennifer next Monday morning, so I would like to be clear on her role for my discussion with her.
- She will write all announcements of scholarship awards coming from each university.  (She will work with Mike Schmicker on this)?
- Always CC Jennifer on anything that I send to Mike Schimicker?
- I will give her access to the website.  Giving her access will allow her to revise anything that's currently on there as well as she and Mike can add any wonderful announcements that we receive from the universities on all scholarship selections we receive.

Let me know if I missed anything else to go over with her.  Of course, I will give her a copy of the lawsuit claim against SYWSE.  Reading the claim will help her understand where SYWSE stands and what we can and cannot put on the website.

Have a wonderful weekend!

1

**EXHIBIT 14**

PAC-000943

**Lori Bofman**
**Executive Assistant to the President & CEO**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

---

**From:** Lori Bofman
**Sent:** Friday, April 24, 2020 9:35 AM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Subject:** RE: Update on SYWSE Scholarship Funding

Hi Duke,

If you have a quick moment, can you call me on my office line.  This is regarding Jennifer Oliver's new role.

Thanks,
Lori

**Lori Bofman**
**Executive Assistant to the President & CEO**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

---

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, April 23, 2020 4:30 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Martin Kao <MKao@navatekllc.com>
**Subject:** RE: Update on SYWSE Scholarship Funding

Okay, great. That's good that you and Schmicker will get her up to speed on the scholarship programs and press for our university and congressional partners. I have a weekly hour-long sync up with her so I'll talk to her about it next week.

Thanks,
Duke

**Duke Hartman, P.E.**
**VP, Strategic Partnerships**

1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

(808) 342-7681
dhartman@navatekllc.com

PAC-000944

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Thursday, April 23, 2020 9:57 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Cc:** Martin Kao <MKao@navatekllc.com>
**Subject:** RE: Update on SYWSE Scholarship Funding


The website is all set to be published any day now.  Unfortunately, it can take up to 72 hrs.  I will keep you posted on this.

I have not met with the new marketing coordinator, Jenn, about the scholarship fund yet.  I will be more than happy to meet up with her today or tomorrow (whenever she has time) to go over the scholarship fund with her.  Mike Schmicker did talk to me last week about him slowly passing this down to Jenn to take over of putting out the press releases for SYWSE.


Thanks,
Lori




841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Lori Bofman**
**Executive Assistant to the President & CEO**
mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com


**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Thursday, April 23, 2020 3:12 PM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Cc:** Martin Kao <MKao@navatekllc.com>
**Subject:** Re: Update on SYWSE Scholarship Funding

Thanks for the update, Lori. This looks good so far. How's the website coming?

Question for both of you:
Have you looped in the new marketing coordinator, Jenn Oliver to the conversation about the scholarship fund? I think she could help writing up press releases, etc. I imagine you have connected her with Mike Schmicker and got her working on this but wanted to check.

Thanks,
Duke

Duke Hartman, P.E.
VP, Strategic Partnerships
(808) 342-7681
dhartman@navatekllc.com
1225 Laurel Street, STE 114
Columbia, SC 29201
www.navatekllc.com

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Thursday, April 23, 2020 8:19 PM
**To:** Duke Hartman
**Cc:** Martin Kao
**Subject:** Update on SYWSE Scholarship Funding

Hi Duke,

Here's an update on the scholarship funding for all 14 universities.  So far, there are only six universities that I'm still waiting on them to send me a Pledge form to sign before mailing out their checks.

- **SYWSE Website**: Takes up to 72hrs to go live.  I'm hoping tomorrow or next Monday.
- **University Logos:** They need to go through another department before permitting me to post it on the SYWSE website.
- **Scholarship Award Announcement:**  They will notify me once they select their candidate (s).  (I will be posting them on our website)

Let me know if there's anything else that I can help you with.



841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Lori Bofman**

**Executive Assistant to the President & CEO**

mobile: (808) 800-7470
office: (808) 695-6656
lbofman@navatekllc.com

PAC-000946