| | |
|---|---|
| **Subject:** | RE: Navatek funding STEM scholarships for women at UofSC |
| **Date:** | Tuesday, February 25, 2020 at 11:43:56 PM Eastern Standard Time |
| **From:** | Duke Hartman |
| **To:** | HAJ-HARIRI, HOSSEIN |
| **CC:** | KIRKLAND, WILLIAM, Joshua Knight, Martin Kao, Lori Bofman, Chenoa Diehm, MATTHEWS, MICHAEL, BECKHAM JR, STEVEN, SHEPARD, JENNIFER |
| **Attachments:** | image001.png |

Hossein,

Thanks for the quick reply (as always). This effort has been in the works for some time and I wasn't aware of the proposal you sent this morning, but if this answers that particular mail, all the better.

Happy to discuss long term benefits of the scholarships at any point. I can elaborate on Martin's vision and motivation for these scholarships as well.

In the meantime, Lori can follow up with Jennifer to get the ball rolling. Thanks for connecting us.

Have a nice evening,
Duke

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
mobile: (808) 342-7681
office: (808) 695-6680
dhartman@navatekllc.com

---

**From:** HAJ-HARIRI, HOSSEIN <haj-hariri@cec.sc.edu>
**Sent:** Tuesday, February 25, 2020 11:38 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Cc:** KIRKLAND, WILLIAM <KIRKLA28@mailbox.sc.edu>; Joshua Knight <JKnight@navatekltd.com>; Martin Kao <MKao@navatekllc.com>; Lori Bofman <lbofman@navatekllc.com>; Chenoa Diehm <cdiehm@navatekllc.com>; MATTHEWS, MICHAEL <MATTHEWS@cec.sc.edu>; BECKHAM JR, STEVEN <BECKHAM@mailbox.sc.edu>; SHEPARD, JENNIFER <SHEPARJM@mailbox.sc.edu>
**Subject:** Re: Navatek funding STEM scholarships for women at UofSC

Duke,
thanks!! This is wonderful news.
 Is this in response to the proposal I sent to Martin this AM? I have copied JENNIFER Shepard, our Sr. Dir. Advancement who drafted the above proposal for us. These scholarships are transformative, and I greatly appreciate the fine citizenship of Navatek. I would like to follow up with you later about specific steps enabled by these scholarships.

Thank you again for this!
Hossein

EXHIBIT 16    Page 2 of 4

Sent from HHH's iPhone- please forgive errors & brevity

On Feb 25, 2020, at 11:24 PM, Duke Hartman <dhartman@navatekllc.com> wrote:

> Hossein and Bill,
>
> Great seeing you in Columbia last week. Thanks again for inviting Josh, Santiago and I to join you. I think that was an excellent discussion that will set us up nicely for FY21.
>
> I am reaching out to let you know that Navatek is interested in providing funding for scholarships for women students studying in STEM fields, particularly science and engineering, at UofSC. We intend to make these donations by way of a charitable foundation set up for this purpose.
>
> One of my colleagues, Lori Bofman, is in charge of defining the program and rolling out these donations as soon as possible in 2020. Would one of you kindly provide Lori with the appropriate point of contact to guide her through the process of awarding the funds?
>
> Best regards,
> Duke
>
> <image003.png>
> 1225 Laurel Street
> Suite 114
> Columbia, SC 29201
> www.navatekltd.com
>
> **Duke Hartman, P.E.**
> **Director of Programs**
> mobile: (808) 342-7681
> office: (808) 695-6680
> dhartman@navatekllc.com
>
> Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.