**From:** Lori Bofman
**Sent:** Wednesday, February 26, 2020 12:00 PM
**To:** Clifford Chen
**Subject:** RE: Scholarship Answer for SYWSE

Got it.. so, we do not have Society checks yet?   I will compile that list of who to make the check out to and then give it to Tiffany.

Lori

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:53 AM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: Scholarship Answer for SYWSE

The checks need to come from the Society.
As I discussed with Martin before he left on his trip, the funding of the checks should come from Kao family accounts, best if Tiffany writes them to the society but Martin can.
While we can potentially start with Navatek funds and pass them on as a distribution, we're better off having that firebreak in between.

Cliff Chen
Chief Financial Officer
Navatek LLC
841 Bishop Street, Ste 1110
Honolulu, HI 96813
www.navatekllc.com
mobile: (808) 379-8877
office: (808) 695-6669
fax: (808) 523-7668
cchen@navatekllc.com


**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:50:23 AM
**To:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Answer for SYWSE

Shall we make a few temporary letter head with SYWSE on it?

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:47 AM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: Scholarship Answer for SYWSE

Sure.

1

EXHIBIT 18                                                        PAC-008180

Cliff Chen
Chief Financial Officer
Navatek LLC
841 Bishop Street, Ste 1110
Honolulu, HI 96813
www.navatekllc.com
mobile: (808) 379-8877
office: (808) 695-6669
fax: (808) 523-7668
cchen@navatekllc.com

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:37:57 AM
**To:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Answer for SYWSE

Martin was CC'd on that email, but he's so focused on other things that I would still like an email going out to everyone, so they all know that this has come from Martin himself and prevents us from sending the wrong message to other Universities we have yet to pitch this at.

Thank you,
Lori

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:26 AM
**To:** Lori Bofman <lbofman@navatekllc.com>
**Subject:** Re: Scholarship Answer for SYWSE

I assume that he has been made aware of this given the message of the email from him this morning.

Cliff Chen
Chief Financial Officer
Navatek LLC
841 Bishop Street, Ste 1110
Honolulu, HI 96813
www.navatekllc.com
mobile: (808) 379-8877
office: (808) 695-6669
fax: (808) 523-7668
cchen@navatekllc.com

**From:** Lori Bofman <lbofman@navatekllc.com>
**Sent:** Wednesday, February 26, 2020 11:17:39 AM
**To:** Clifford Chen <cchen@navatekllc.com>
**Subject:** RE: Scholarship Answer for SYWSE

Maybe, send Duke an email about how to pitch it leaving Navatek out of it? And of course cc' everyone involved in this?

PAC-008181



**From:** Lori Bofman
**Sent:** Wednesday, February 26, 2020 11:15 AM
**To:** Clifford Chen <cchen@navatekllc.com>
**Subject:** Scholarship Answer for SYWSE

LORI - Question, for the scholarship donation, I was told Navatek will have nothing to do with it, instead it all comes through SYWSE, right?

MARTIN - Yes. SYWSE is making the donation. Not Navatek. The endowed scholarship is fine. It's only $5K a year.

Sincerely,

Lori

**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Lori Bofman**
**Executive Assistant to the President & CEO**
mobile: (808) 800-7470
office: (808) 695-6656
Lbofman@navatekllc.com

PAC-008182