Main Branch
12/27/19 09:18

Seq: 0024   Teller: 6

Account Number: XXXXXXXX3356
Counter Checking Deposit    $150,000.00
Posting Date: 12/27/19

Thank you for banking with Central Pacific
Bank. Visit us at centralpacificbank.com

**MDG021817**
PAC-008232

**EXHIBIT 19**

89605    Society of Young Women    30326

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 12-23-19 | 122319 | 12/23/19 Pmt | 150000.00 | | 150000.00 |

NAVATEK LLC

| CHECK DATE | 12-26-19 | CHECK NUMBER | 30326 | TOTAL | 150000.00 | | 150000.00 |



**NAVATEK LLC**
GENERAL ACCOUNT
P.O. BOX 29816
HONOLULU, HAWAII 96820

Central Pacific Bank
Corporate Banking Division
Honolulu, Hawaii    59-157/1213    30326

Pay: ************************One hundred fifty thousand dollars and no cents

DATE                    CHECK NO.         AMOUNT
December 26, 2019       30326 $****150,000.00

PAY TO THE ORDER OF
Society of Young Women
Scientist and Engineers

VOID AFTER 60 DAYS

**DEPOSIT / CREDIT**

CENTRAL PACIFIC BANK    ☐ CHECKING  ☐ SAVINGS

12/27/19    Society of Young Women
TRANSACTION DATE    ACCOUNT NAME  Scientist + Engineers LLC

☐ LESS CASH AMOUNT  ☐ FEE COLLECTED    SIGNATURE FOR LESS CASH

8 9 0 0 8 7 3 3 5 6
ACCOUNT / GL NUMBER

$ 1 5 0 , 0 0 0 . 0 0
TOTAL DEPOSIT / CREDIT AMOUNT

DESCRIPTION: BANK USE ONLY

MDG021818
PAC-008233