| | |
|---|---|
| Message | |
| From: | Clifford Chen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAB8620963E14E3692474E8AAC600C99-CLIFFORD CH] |
| Sent: | 4/24/2020 10:00:45 PM |
| To: | Martin Kao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao]; Kahele Lum Kee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82966ac1795c4780857db1758a258118-Kahele Lum] |
| Subject: | RE: Fettuccine Alfredo |

The foundation and key strategic competitive advantage for our new business model.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

Cliff Chen
Chief Financial Officer
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Friday, April 24, 2020 12:00 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Subject:** RE: Fettuccine Alfredo

And looks like we are indeed getting stiffed by COVID-19 with CPB. No cash pmts coming in for Gov when the look.

I'm starting to fall in love with COVID-19. Will for sure be the case if we get Radius and FHB. So much so, I wish I could take credit for starting it.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

Martin Kao
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Friday, April 24, 2020 11:57 AM
**To:** Martin Kao <MKao@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>
**Subject:** RE: Fettuccine Alfredo

That is a good idea.
The better to make them feel more indebted.

**EXHIBIT 21**

MDG-HIGJ00000789

PAC-002355

| | |
|---|---|
| **Message** | |
| From: | Martin Kao [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FCC6532E0574400EBAFAD2AA7A7355F7-MARTIN KAO] |
| Sent: | 4/14/2020 7:16:58 PM |
| To: | Duke Hartman [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18471f81ce124ba0a897762536afcb4c-Duke Hartma] |
| CC: | Clifford Chen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dab8620963e14e3692474e8aac600c99-Clifford Ch]; Kahele Lum Kee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82966ac1795c4780857db1758a258118-Kahele Lum]; Eric Schiff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3afa41f0abf04edebf5762e8a1a8fa44-Eric Schiff]; Chenoa Diehm [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a0e4040c115d4526906cec747b4a1bac-Chenoa Dieh]; James Ota [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9aa160dfa94040eaaf10464f8deb184c-James Ota] |
| Subject: | RE: Call w Senate Commerce staff director call - tmrw at 9am |

Pay to play?  Well done Boeing!  Nice ROI.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

Martin Kao
President & CEO
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Todd Webster <TWebster@cgagroup.com>
**Sent:** Tuesday, April 14, 2020 9:10 AM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Daniel Nesvet <DNesvet@cgagroup.com>; Clifford Chen <cchen@navatekllc.com>; Kahele Lum Kee <klumkee@navatekllc.com>; Eric Schiff <eric@navatekllc.com>; Chenoa Diehm <cdiehm@navatekllc.com>; James Ota <jota@navatekllc.com>
**Subject:** Re: Call w Senate Commerce staff director call - tmrw at 9am

Boeing spent nearly $14m on lobbying last year and gave away $4.3m in PAC money in the last cycle. And have been reeling from the MAX issue...


**From:** Martin Kao <MKao@navatekllc.com>
**Date:** Tuesday, April 14, 2020 at 2:30 PM
**To:** Todd Webster <TWebster@cgagroup.com>, Duke Hartman <dhartman@navatekllc.com>
**Cc:** Dan Nesvet <DNesvet@cgagroup.com>, Clifford Chen <cchen@navatekllc.com>, Kahele Lum Kee <klumkee@navatekllc.com>, Eric Schiff <eric@navatekllc.com>, Chenoa Diehm <cdiehm@navatekllc.com>, James Ota <jota@navatekllc.com>
**Subject:** RE: Call w Senate Commerce staff director call - tmrw at 9am

MDG-HIGJ00003789

PAC-002356