**Dan** — Today 10:51 AM

So I was pretty sure there was talking going on but eye opening the depths of scheming you and josh were doing with UofSC and Beckham and Gaffney while drawing a paycheck from the company and telling me a different story on the status. In December you signed ethics policy statements saying you would report the very things you were actually doing. I'm upset at myself that I bought the argument on position elimination versus resignation. The story of how you got wrapped up in the money and regretted actions falls apart because this was a repeat but worse since you were working against the company paying you. Really disappointing

Dan, I'm not tracking. What do you mean?

I mean how you worked with UofSC in November and



EXHIBIT 46                    DH001584



**Dan:** I mean how you worked with UofSC in November and December to scheme with the university and their congressional liaison to come up with the threats you eventually made to me in your coa paper. All while earning a paycheck from the company.

**Me:** COA paper?

**Dan:** You know what I'm talking about

Decision tree for usc research funding.

Is what you called it in Dec 2020

**Me:** I did not know, that's why I asked. Anyway, probably worth a conversation. I don't know how you and Steven feel about just sitting down to talk, vice accusations and lawsuits, but if you and Steven are at least open to the idea I will ask my counsel what they think

Delivered

DH001585