# EXHIBIT "49"
## (Copy of Exhibit will be submitted to Court)

