| | |
|---|---|
| **Sent:** | Friday, October 23, 2020 9:41 PM |
| **To:** | Gary Ambrose |
| **Subject:** | Strategic Partnerships roll up |
| **Attachments:** | MDG Roll Up Strategic Partnerships - 2020-10-23.pptx |

Gary,

Sorry this is late. Been that kind of day. Let me know if you want to discuss. I mentioned the "bottom line" in the management meeting today. Had talks with 9 consultants and university partners and Don Archer and message was the same from all of them. Need to move fast and management and ownership changes to have a hope of saving any FY21 funding.

Thanks
Duke



**Duke Hartman, P.E.**
SVP Strategic Partnerships
Mobile (808) 342-7681
dhartman@mdefensegroup.com

**Martin Defense Group**
(formerly Navatek)

1441 Main Street
Suite 1400
Columbia, SC 29201
mdefensegroup.com

MDG00340200

**EXHIBIT 50**                    PAC-001584