MIYOSHI & HIRONAKA LLLC
PHILIP W. MIYOSHI          #7459
201 Merchant Street, Suite 2240
Honolulu, Hawaii 96813
Telephone: (808) 888-5042
Email: philip@808-law.com

Attorneys for Defendant
TIFFANY JENNIFER LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants.<br>_____<br>CLIFFORD CHEN,<br><br>Cross-Claimant,<br><br>vs.<br><br>MARTIN KAO,<br><br>Cross-Claim Defendant.<br>_____ | Case 1:22-cv-00283-LEK WRP<br><br>DEFENDANT TIFFANY JENNIFER LAM'S STATEMEMT OF POSITION TO DEFENDANT KAHELE LUM KEE'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DKT 280]; CERTIFICATE OF SERVICE<br><br>Trial:<br>Date:  April 20, 2026<br>Judge:  Hon. Leslie E. Kobayashi |

DEFENDANT TIFFANY JENNIFER LAM'S STATEMEMT
OF POSITION TO DEFENDANT KAHELE LUM KEE'S PETITION
FOR DETERMINATION OF GOOD FAITH SETTLEMENT [DKT 280]

Defendant TIFFANY JENNIFER LAM ("Defendant Lam"), by and through her counsel Miyoshi & Hironaka LLLC, states her position to DEFENDANT KAHELE LUM KEE'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT ("Petition") [DKT 280] and Plaintiff's joinder therein as follows. As noted on page 5, footnote 1, to the Petition, Defendant Lam does not object to the Petition; however, Defendant Lam respectfully submits that any interview Defendant Kahele Lum Kee is required to provide Plaintiff related to this case is essentially a party and/or witness deposition under Rule 30 of the Federal Rules of Civil Procedure and that as such any interview should be subject to the discovery procedures and rules governing this case, including Defendant Lam's right to notice of and to ask questions at any such interview.

DATED: Honolulu, Hawaii, February 13, 2026.

MIYOSHI & HIRONAKA LLLC

*/s/Philip W. Miyoshi*
PHILIP W. MIYOSHI
Attorney for Defendant
TIFFANY JENNIFER LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, <br><br> Defendants. <br> _____ <br> CLIFFORD CHEN, <br><br> Cross-Claimant, <br><br> vs. <br><br> MARTIN KAO, <br><br> Cross-Claim Defendant. <br> _____ | Case 1:22-cv-00283-LEK WRP <br><br> CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsels of record:

CRYSTAL K. ROSE, ESQ.
RYAN H. ENGLE, ESQ.
GRANT FASI ALLISON, ESQ.
Lung Rose Voss & Wagnild
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
crose@legalhawaii.com
rengle@legalhawaii.com
gallison@legalhawaii.com

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)


SCOTT E. KUBOTA, ESQ.
NEAL K. AOKI, ESQ.
3 Waterfront Plaza, Suite 500
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
scott.kubota@gmail.com
aokihawaiilaw@gmail.com

Attorneys for Defendant and Cross-Claimant
LAWRENCE KAHELE LUM KEE


KEITH M. KIUCHI, ESQ.
1001 Bishop Street, Suite 985
Honolulu, Hawaii  96813
kkiuchi106@cs.com

Attorney for Defendants
MARTIN KAO and SOCIETY OF
YOUNG WOMEN SCIENTISTS
AND ENGINEERS, LLC.

2

DEREK R. KOBAYASHI, ESQ.
BRITTNEY M. WU, ESQ.
Schlack Ito
745 Fort Street, Suite 1500
Honolulu, Hawaii  96813
dkobayashi@schlackito.com
bwu@schlackito.com

Attorneys for Defendant
CLIFFORD CHEN


DATED:  Honolulu, Hawaii, February 13, 2026.

                                                  */s/Philip W. Miyoshi*
                                                  PHILIP W. MIYOSHI
                                                  Attorney for Defendant
                                                  TIFFANY JENNIFER LAM