Of Counsel:

LUNG ROSE VOSS & WAGNILD

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(*crose@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| RYAN H. ENGLE | 7590-0 |

(*rengle@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GRANT FASI ALLISON | 10368-0 |

(*gallison@legalhawaii.com*)
Attorney at Law
A Law Corporation
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Facsimile: (808) 533-4184

HOSODA LAW GROUP, AAL, ALC
LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 524-3700
Facsimile: (808) 524-3838
Email: lsh@hosodalaw.com; sjlhosodalaw.com

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

1537627.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, <br><br> Defendants. | CASE NO. 1:22-cv-00283-LEK-WRP <br><br> STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE OF CLAIMS <br><br> Trial Judge: Hon. Leslie E. Kobayashi <br> Trial Date:  April 20, 2026 |

STIPULATION FOR PARTIAL DISMISSAL
WITH PREJUDICE OF CLAIMS

Plaintiff PACMAR TECHNOLOGIES LLC (f/k/a/ MARTIN DEFENSE GROUP, LLC) ("PacMar") and Defendant LAWRENCE KAHELE LUM KEE ("Lum Kee"), by and through their respective undersigned counsel, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure Rules 41(a)(1)(A)(ii) and 41(c), and Local Rules of Practice for the United States District Court for the District of Hawaii Rule 41.1 as follows: (i) All claims asserted by PacMar against Lum Kee in this action are dismissed with prejudice; (ii) all claims

2

1537627.1

Case 1:22-cv-00283-LEK-WRP   Document 291   Filed 02/19/26   Page 3 of 4
                                        PageID.3893

asserted by Lum Kee against PacMar in this action are dismissed with prejudice; (iii) PacMar and Lum Kee are to bear their own attorneys' fees and costs; (iv) there are no remaining claims by, against, or between PacMar and Lum Kee remaining in this action; and (v) this stipulation does not dismiss any other claims or Defendants in this action.

Trial is scheduled to commence on April 20, 2026, before the Honorable Leslie E. Kobayashi.  This stipulation has been signed by all appearing parties.

DATED:  Honolulu, Hawaii, February 19, 2026.


/s/ Grant Fasi Allison
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
LYLE S. HODOSA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)


/s/ Scott E. Kubota
SCOTT E. KUBOTA

Attorney for Defendant
LAWRENCE KAHELE LUM KEE

3

1537627.1

/s/ Keith M. Kiuchi
KEITH M. KIUCHI

Attorney for Defendants
MARTIN KAO and SOCIETY OF YOUNG
WOMEN SCIENTISTS AND
ENGINEERS, LLC


/s/ Philip W. Miyoshi
PHILIP W. MIYOSHI

Attorney for Defendant
TIFFANY JENNIFER LAM


/s/ Derek R. Kobayashi
DEREK R. KOBAYASHI
BRITTNEY M. WU

Attorneys for Defendant
CLIFFORD CHEN

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

*PacMar Technologies LLC (F/K/A Martin Defense Group, LLC) vs. Martin Kao, et al.;* Case No. 1:22-cv-00283-LEK-WRP; STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE OF CLAIMS AND ORDER

4

1537627.1