Of Counsel:

LUNG ROSE VOSS & WAGNILD

CRYSTAL K. ROSE              3242-0
(*crose@legalhawaii.com*)
Attorney at Law
A Law Corporation
RYAN H. ENGLE               7590-0
(*rengle@legalhawaii.com*)
Attorney at Law
A Law Corporation
GRANT FASI ALLISON         10368-0
(*gallison@legalhawaii.com*)
Attorney at Law
A Law Corporation
JOHN D. FERRY III           9143-0
(*jferry@legalhawaii.com*)
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

HOSODA LAW GROUP, AAL, ALC
LYLE S. HOSODA              3964-0
SPENCER J. LAU             11105-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email:  lsh@hosodalaw.com; sjl@hosodalaw.com

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

1541833.4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants.<br><br>_____<br><br>CLIFFORD CHEN,<br><br>Cross-Claimant,<br><br>vs.<br><br>MARTIN KAO,<br><br>Cross-Claim Defendant.<br>_____ | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>PLAINTIFF'S MOTION IN LIMINE NO. 1 RE: TIFFANY LAM'S TRIAL TESTIMONY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GRANT FASI ALLISON; EXHIBITS 1 - 17; CERTIFICATE OF WORD COUNT; CERTIFICATE OF SERVICE<br><br><br>Trial Judge: Hon. Leslie E. Kobayashi<br>Trial Date:  April 20, 2026 |

2

1541833.4

PLAINTIFF'S MOTION IN LIMINE NO. 1
RE: TIFFANY LAM'S TRIAL TESTIMONY

Plaintiff PACMAR TECHNOLOGIES LLC (f/k/a MARTIN

DEFENSE GROUP, LLC, hereinafter "Plaintiff"), by and through its undersigned

attorneys, hereby moves for an order limiting the potential trial testimony of

Defendant TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY

KAO ("Tiffany").  The relief requested is not only appropriate; it is necessary,

given Tiffany's misuse of the Fifth Amendment privilege and refusal to comply

with discovery obligations.  Tiffany cannot be allowed to benefit from her own

prejudicial misconduct at trial.  Accordingly, the Court should enter an order that:

(1) bars Tiffany from withdrawing her Fifth Amendment Privilege at

this time, at trial, or during her testimony at trial, with respect to all topics for

which she previously asserted the Fifth Amendment objection from the

commencement of this case on June 22, 2022 through her deposition on January 9,

2026 when she withdrew the Fifth Amendment objection for the first time;

(2) finds that the scope of Tiffany's Fifth Amendment objection from

June 22, 2022 through her deposition on January 9, 2026 was broad, encompassed

all substantive and relevant factual topics in this case, including (but not limited

to), Tiffany's position as Society of Young Women Scientists and Engineers

LLC's ("SYWSE") sole member and manager, role as former agent of record for

3

1541833.4

SYWSE, the person who signed all relevant SYWSE documents and checks, her communications with other Defendants, and her efforts in discovery; and

(3) enters adverse inferences against Tiffany that she was and is SYWSE's sole member and manager, and that she signed SYWSE's documents attached to this Motion, including SYWSE's operating agreement, the $150,000 1820 PAC check, SYWSE's banking documents with CPB, and SYWSE's checks purporting to make donations to certain schools and universities.

This Motion is brought under Rules 7, 26 and 37 of the Federal Rules of Civil Procedure ("FRCP").  It is supported by the attached memorandum, declaration and exhibits, the records and files herein, and such other matters of which the court may take notice.

DATED:  Honolulu, Hawaii, February 3, 2026.

/s/ Grant Fasi Allison
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

4

1541833.4