IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) ) ) | CASE NO. 1:22-cv-00283-LEK-WRP |
| | ) ) | DECLARATION OF GRANT FASI ALLISON |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| | ) | |

<u>DECLARATION OF GRANT FASI ALLISON</u>

I, GRANT FASI ALLISON, declare and aver as follows:

1.    I am a partner at the law firm of Lung Rose Voss & Wagnild and am one of the attorneys representing Plaintiff PacMar Technologies LLC ("Plaintiff") in the above-captioned matter.  I am licensed to practice law before all of the state and federal courts in the State of Hawaii.

2.    I am competent to testify as to the matters set forth herein and, uncles otherwise indicated, make this declaration based upon my own personal information and knowledge.

1541428.1

3.      This declaration is made in support of Plaintiff's Motion in Limine No. 1 Re: Tiffany Lam's Trial Testimony.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Articles of Organization for Society of Young Women Scientists and Engineers LLC ("SYWSE"), filed with the State of Hawaii Department of Commerce and Consumer Affairs ("DCCA") on or about November 26, 2019.

5.      Attached hereto as Exhibit 2 is a true and correct copy of Central Pacific Bank Beneficial Ownership Certificate, dated April 22, 2020 and bearing bates ranges MDG021777-0217778 and PAC-008192-008193.

6.      Attached hereto as Exhibit 3 is a true and correct copy of Tiffany Lam's State of Hawai`i Driver License.

7.      Attached hereto as Exhibit 4 is a true and correct copy of the $150,000 check, dated December 27, 2019, from SYWSE to 1820 PAC, bates stamped MDG025206 and PAC-006861.

8.      Attached hereto as Exhibit 5 is a true and correct copy of records of checks and donations that SYWSE made to various educational institutions, bearing bates ranges MDG021798-021813 and PAC-008213-008228.

9.      Attached hereto as Exhibit 6 is a true and correct copy of an email string dated September 26, 2019 that passed through Tiffany J. Lam's email account tiffany808@gmail.com.

2

1541428.1

10.    Attached hereto as Exhibit 7 is a true and correct copy of an email dated April 1, 2020 that passed through Tiffany J. Lam's email account tiffany808@gmail.com and was bates stamped MDG00474309 and PAC-008249.

11.    Attached hereto as Exhibit 8 is a true and correct copy of an email string dated May 1 through May 2, 2020 that passed through Tiffany J. Lam's email account tiffany808@gmail.com with a bates range of MDG00476250-00476251 and PAC-008250-008251.

12.    Attached hereto as Exhibit 9 is a true and correct copy of an email string dated May 6 through May 7, 2020 that passed through Tiffany J. Lam's email account tiffany808@gmail.com and was bates stamped MDG00476353 and PAC-008252.

13.    Defendant Tiffany J. Lam did not produce any of the emails referenced above and marked as Exhibits 6-9 in response to Plaintiff's written discovery requests to her in this action.

14.    Defendant Tiffany J. Lam does not appear to have produced any responsive documents in her possession, custody or control at any point in this action.

15.    Attached hereto as Exhibit 10 is a true and correct copy of a Federal Election Commission complaint dated February 3, 2020 and naming SYWSE, Ms. Lam, and others as respondents.

1541428.1

16.    Attached hereto as Exhibit 11 is a true and correct copy of the response that Ms. Lam and SYWSE submitted to the Federal Election Commission complaint on or about July 16, 2020.

17.    Attached hereto as Exhibit 12 is a true and correct copy of an email string and attached image of a check from Central Pacific Bank to Tiffany Lam, spanning September 24 through September 25, 2020, with a bates range of MDG-HIGJ00018626-00018627 and MDG025233.

18.    Attached hereto as Exhibit 13 is a true and correct copy of a record regarding a check for $250,000 check, picked up by Ms. Lam from Merrill Lynch, dated October 13, 2020 with a bates range of JSH-005693-5694.

19.    Attached hereto as Exhibit 14 is a true and correct copy of Plaintiff's First Request for Production of Documents to Defendant Tiffany Jennifer Lam a.k.a Jenny Lam and/or Tiffany Kao in this action.

20.    Attached hereto as Exhibit 15 is a true and correct copy of Defendant Tiffany Jennifer Lam's Response to Plaintiff First Request for Production of Documents in this action.

21.    Attached hereto as Exhibit 16 are excerpts from a true and correct copy of the transcript of Tiffany J. Lam' s deposition, taken May 29, 2025.

22.    Attached hereto as Exhibit 17 are excerpts from a true and correct copy of the transcript of Tiffany J. Lam's deposition, taken January 9, 2026.

4

1541428.1

I, GRANT FASI ALLISON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 3, 2026.


/s/ Grant Fasi Allison
GRANT FASI ALLISON

5

1541428.1