# EXHIBIT 1

**CONFIDENTIAL**

www.BUSINESSREGISTRATIONS.COM
Nonrefundable Filing Fee: $50.00

**Internet FORM LLC-1**
1126201948462  **7/2010**

FILED  **11/26/2019 03:59 PM**
Business Registration Division
DEPT. OF COMMERCE AND
CONSUMER AFFAIRS
State of Hawaii

**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**Business Registration Division**
335 Merchant Street
Mailing Address: P.O. Box 40, Honolulu, Hawaii 96810
Phone No. (808) 586-2727

**ARTICLES OF ORGANIZATION FOR LIMITED LIABILITY COMPANY**
(Section 428-203 Hawaii Revised Statutes)

*PLEASE TYPE OR PRINT LEGIBLY IN BLACK INK*

The undersigned, for the purpose of forming a limited liability company under the laws of the State of Hawaii, do hereby make
and execute these Articles of Organization:

I

The name of the company shall be:
**SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC**

(The name must contain the words *Limited Liability Company* or the abbreviation *L.L.C.* or *LLC*)

II

The mailing address of the initial principal office is:
**P.O. BOX 2394, HONOLULU, HI 96804 USA**

III

The company shall have and continuously maintain in the State of Hawaii a registered agent who shall have a business address in this State. The agent
may be an individual who resides in this State, a domestic entity or a foreign entity authorized to transact business in this State.

a.   The name (and state or country of incorporation, formation or organization, if applicable) of the company's registered agent in the State of Hawaii
is:
**JENNIFER LAM**

(Name of Registered Agent)                                                                        (State or Country)

b.   The street address of the place of business of the person in State of Hawaii to which service of process and other notice and documents being
served on or sent to the entity represented by it may be delivered to is:

**BOX 2394, HONOLULU, HI 96804 USA**

IV

The name and address of each organizer is:
**JENNIFER LAM**                              **P.O. BOX 2394, HONOLULU, HI 96804 USA**



EXHIBIT  2
WIT: LAM
DATE: 1/9/26
IDepo Hawaii, LLC

**MDG025159**
PAC-006811

# EXHIBIT 1

CONFIDENTIAL

www.BUSINESSREGISTRATIONS.COM

**Internet FORM LLC-1**
1126201948462   **7/2010**

V

The period of duration is (check one):

[X]  At-will

[ ]  For a specified term to expire on:  _____

(Month    Day    Year)

VI

The company is (check one):

a.  [X] Manager-managed, and the names and addresses of the initial managers are listed in paragraph "c",
and the number of initial members are:  1

b.  [ ] Member-managed, and the names and addresses of the initial members are listed in paragraph "c".

c.  List the names and addresses of the initial managers if the company is Manager-managed, or
List the names and addresses of the initial members if the company is Member-managed.

**JENNIFER LAM**                                    **P.O. BOX 2394, HONOLULU, HI 96804 USA**

VII

The members of the company (check one):

[X]  Shall not be liable for the debts, obligations and liabilities of the company.

[ ]  Shall be liable for all debts, obligations and liabilities of the company.

[ ]  Shall be liable for all or specified debts, obligations and liabilities of the company *as stated below*, and have consented in writing to the adoption of this provision or to be bound by this provision.

_____

We certify, under the penalties set forth in the Hawaii Uniform Limited Liability Company Act, that we have read the above statements, I am authorized to sign this Articles of Organization, and that the above statements are true and correct to the best of our knowledge and belief.

Signed this _____ 26 _____ day of _____ NOVEMBER 2019 _____

**JENNIFER LAM**

(Type/Print Name of Organizer)                    (Type/Print Name of Organizer)

**JENNIFER LAM**

(Signature of Organizer)                           (Signature of Organizer)

MDG025160
PAC-006812