# EXHIBIT 3

Case 1:22-cv-00283-LEK-WRP    Document 312-5    Filed 03/03/26    Page 2 of 2    PageID.4154



EXHIBIT 3