# EXHIBIT 4

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

1001

59-157/1213

DATE 12/27/19

PAY TO THE ORDER OF    182D PAC    $ 150,000 —

ONE HUNDRED FIFTY thousand + 00/100    DOLLARS

CENTRAL PACIFIC BANK

FOR

EXHIBIT 7
WIT:
DATE: 1/9/26
iDepo Hawaii, LLC

MDG025206

PAC-006861

# EXHIBIT 4