# EXHIBIT 5



# WICHITA STATE UNIVERSITY FOUNDATION

# GIFT PLEDGE FORM

YOUR GIFT TO WICHITA STATE UNIVERSITY MEANS YOU RECOGNIZE THE POTENTIAL IN PAST, PRESENT, AND FUTURE GENERATIONS OF SHOCKERS. NO MATTER THE AMOUNT, ANY GIFT GIVEN HELPS! THANK YOU FOR TAKING THE FIRST STEP.

I/We hereby make the following commitment for the total sum of $ _10,000_

for the _SYWSE Scholarship_

to be paid by the date of _December 31, 2020_.

---

SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804

107
59-157/1213

_6/18/20_
Date

Pay to the Order of _WICHITA State University Foundation_ | $ _2,500.00_

_Two thousand Five Hundred + 00/100_ Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll free
centralpacificbank.com

For _____

t $ _2,500_
☐ annually.

_2020_ (year)

This is a ☒ personal gift    ☐ corporate gift
☐ matching pledge available through _____.

Name(s) _Society of Young Women Scientists and Engineers_

Address _307A Kamani St. Honolulu, HI 96813_

| | | | |
|---|---|---|---|
| _[signature]_ | _4/6/20_ | | |
| **Donor** | **Date** | **Director of Development** | **Date** |
| | | | |
| **Donor** | **Date** | **President & CEO** | **Date** |

**NOTE**: GIFTS MAY BE SUBJECT TO A GIFT FEE PER WSU FOUNDATION POLICIES. FOR ALL ENDOWMENT GIFTS, FUND GUIDELINES ARE TO BE PREPARED AND APPROVED BY THE DONOR AS WELL AS FOUNDATION AND/OR UNIVERSITY REPRESENTATIVES.

FUND_____

# EXHIBIT 5



EXHIBIT 16
WIT: LAM
DATE: 1/9/26
IDepo Hawaii, LLC

MDG021798
PAC-008213

# University of South Carolina College of Engineering
# First Scholars Bridge Program

## Proposal for the Society of Young Women Scientists and Engineers, LLC.

### Proposal:
The University of South Carolina College of Engineering and Computing respectfully a request for $20,000 from the Society of Young Women Scientists an Engineers, LLC.

$20,000 would cover CEC Tuition Stipend for four female students for four years of College at USC CEC in the First Generation Cohort. *

Payments can be made $5,000 Quarterly and fulfilled by December 31, 2020

Check can be payable to:
The University of South Carolina

Mailed to:
USC Office of Gift Processing
1600 Hampton Street, Suite 736
Columbia SC 29208

Launch Date: TBD, Pending Fall 2020

* Typical degree earned in a five-year period.



Prepared for Society of Young Women
Scientists and Engineers
3/3/2020



UNIVERSITY OF
SOUTH CAROLINA
College of Engineering
and Computing

MDG021799
PAC-008214

## THE UNIVERSITY OF RHODE ISLAND

 THINK BIG WE DO



## GIFT COMMITMENT FORM

### Thank you for your gift!

**Please return this form to:**
URI Foundation &
Alumni Engagement
Data Management
P.O. Box 1700
Kingston, RI 02881-0488

**If you have questions about your gift, please contact:**
URI Foundation &
Alumni Engagement
79 Upper College Road
Kingston, RI 02881
*Phone: 401-874-7900*
*Email: foundation@uri.edu*

**Online Giving**
Make an online gift
supporting URI by visiting
**urifae.org**

The University and the URI Foundation & Alumni Engagement, committed to assuring the continuation of the critical advancement work that benefits our faculty and students and protects and enhances the endowment, designates five percent of every gift towards the Strategic Reinvestment Fund.

**DONOR INFORMATION** *(Please Print)*

Society of Young Women and Scientists and Engineers (SYWSE)     2021
NAME                                                          CLASS YEAR

ADDRESS
307A Kamani Street
CITY/STATE/ZIP
Honolulu, HI 96813                         310-770-9558
HOME PHONE                                 CELL PHONE
info@sywse.com
EMAIL ADDRESS

☐ I would like this to be considered a joint gift between myself and

Society of Young Women Scientists and Engineers (SYWSE)
INDICATE FULL NAME

☒ For gift recognition purposes, please list my/our names as indicated above.
☐ I/we wish to remain anonymous. Please do not include my/our name in any donor listing.

**PLEDGE INFORMATION**

• I/we pledge to contribute a gift in the amount of $ 20,000 _____ to the University of Rhode Island
to be paid over by end 2020 _____ years *(all pledges are to be paid in full within five years)*.

_____
DONOR SIGNATURE IS REQUIRED                           DATE

• My/our gift should be allocated to the existing Annual Fund Scholarship, with preference to female students

studying in areas of STEM (science, technology, engineering, mathematics). Selected by Enrollment Services.

• In addition to my/our gift, a matching gift will be made by

_____
COMPANY NAME (PLEASE INCLUDE MATCHING GIFT FORM)

NOTES: _____

**PAYMENT INFORMATION**

☒ I/we pledge to complete this gift by making payments of $ 5,000

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC                                    105
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804                    6/18/20          59-157/1213
                                          Date     CHECK ARMOR
Pay to the
Order of  URI Foundation + Alumni Engagement  | $ 5,000.00
Five thousand + 00/100
                                              Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu · 800-342-8422 Toll Free
centralpacificbank.com

For_____                        MP

NO ME REMINDER NOTICES

Engagement)

ct Rebecca Vigeant

OVER     ☐ AMERICAN EXPRESS

EXPIRATION DATE

DATE

12/19sk

**MDG021800**
**PAC-008215**

6/10/2020                                      SYWSE Mail - RE: SYWSE - Second Quarterly Pledge Check

 **Gmail**                                              Lori Bofman <lbofman@sywse.com>

## RE: SYWSE - Second Quarterly Pledge Check
1 message

**Pirkle, Rachel M** <rpirkle2@illinois.edu>                          Mon, Jun 8, 2020 at 12:09 PM
To: Lori Bofman <lbofman@sywse.com>
Cc: "Pirkle, Rachel M" <rpirkle2@illinois.edu>

Hi Lori,

Thanks for checking in, I hope all is well with you too! There was a small amount of looting in Champaign one day a couple weeks ago, but everything since then has been peaceful. Illinois is allowed to have outdoor seating only for restaurants and many have set up tents in their parking lots to do so. All retail and salons are open now, with masks, social distancing, etc in place. We are continuing to work remotely and while some campus employees are starting to return to on-site work, I predict that Advancement will remain remote for some time since our duties can be done remotely and there will need to be an overall reduced capacity on campus.

No need to include anything with the check, simply write on the memo line that it is for the "Grainger Engineering Priority Fund" and UIF will be able to match it up to the pledge. Please send the check directly to our lockbox in Chicago:

University of Illinois Foundation

P.O. BOX 734500

CHICAGO, IL 60673-4500

*(handwritten, circled: Mail to)*

We are going into the Green Street office about once every other week but the lockbox is checked daily.

Let me know if I can provide any additional information.

Stay safe!

Rachel



ork. How

is everything going with the coronavirus and how the protesting in your city? We are so

MDG021801
PAC-008216



**UNIVERSITY of ALASKA**
**FOUNDATION**

## *University of Alaska Foundation*
## *Gift Pledge Form*

Name: Jennifer Lam

Company (if corporate gift): Society of Young Women Scientists

Mailing address: and Engineers

307A Kamani St.

Honolulu, Hawaii   96813

Phone/Fax/E-mail: 1-808-800-7470

I/we pledge a gift of $ 10,000.00          Fund to be credited: 21342

Description of purpose: Support Young Women Scientists and Engineers

This gift will be made in accordance with the following schedule:

| $ | Date: |
|---|---|
| 2,500.00 | 04/30/2020 |
| 2,500.00 | 06/30/2020 |
| 2,500.00 | 09/30/2020 |
| 2,500.00 | 12/20/2020 |
| $ | Date: |

COPY

| | | |
|---|---|---|
| **SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC** 335 MERCHANT ST UNIT 2394 HONOLULU, HI 96804 | 6/18/20    Date | 103  59-157/1213  CHECK ARMOR |

I be fulfilled:

Pay to the Order of _University of Alaska Foundation_     $ 2,500.00

Two thousand five HUNdred ᵀ 00/00 _____ Dollars

**CENTRAL PACIFIC BANK**
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For _____

26

1815 Progeny St. Ste 203

MDG021802
PAC-008217

# SCState
## UNIVERSITY

COPY

## PIEDGEFORM

**Donor Information** (please print)

Name(s) _Society of Young Women Scientists and Engineers_

Address _307a Kamani St._

City/State/Zip _Honolulu, HI 96813_

Phones: Home _____ Work _____    Cell _808-800-7470_

E-mail _Lbofman@SYWSE.Com_

☐ *I would prefer that this contribution and my/our name(s) be kept confidential.*

**Pledge Information**

I/we pledge a gift in the amount of $ _10,000 . 00_ ㄴ SCSU Foundation to suppott: *Circle one*

General Scholarship Fund   Annual Fund   Earvin Magic Johnson Endowed Scholarship   (Other) _Engineers_

I/we make this gift in the form of: ___   Cash  – Check/M.O. ✓  Credit Card    Bank Draft
*If you wish to make a gift of stocks, bonds or mutual fimds, please contact Office of Institutional Advancement at SC State at (803)536-8542 for instructions.*

My gift is to be paid as follows:  $ _10,000_ Gift accompanies pledge form (Check made payable to SCSU Foundation.)

_____ Monthly _✓_ Qualterly _____ Semi-Annually ___ Annually

In equal installments of $. _2,500_

**For credit card gifts**         Visa       MasterCard    ___ Discover ___ American Express

Account No. _____    Expiration Date _____

**For Electronic gifts**
Pleas_e visit SC State online at www.scsu.edu.

**For antomatic bank draft**
Bank Name

Ro
Str
(Dr
Sig
Doc
If s(
You
SC.
For

| | |
|---|---|
| **SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC**<br>335 MERCHANT ST UNIT 2394<br>HONOLULU, HI 96804 | 102<br>59-157/1213 |

_6/18/20_  Date  CHECK ARMOR

Pay to the Order of _SCSU Foundation, INC._  $ _2,500.00_

_Two thousand Five Hundred + 00/100_ Dollars

**CENTRAL PACIFIC BANK**
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu · 800-342-8422 Toll Free
centralpacificbank.com

For _____

6-8742.

MDG021803
PAC-008218

SOCIETY OF YOUNG WOMEN SCIEN
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU, HI 96804

5/7/20
Date

59-157/1213

CHECK ARMOR

Pay to the
Order of ___OSU Foundation___                    $ 2,500.00

Two thousand Five Hundred + 00/100 _____ Dollars

CENTRAL PACIFIC BANK
P.O. Box 3590, Honolulu, Hawaii 96811
808-544-0500 Oahu • 800-342-8422 Toll Free
centralpacificbank.com

For_____                                      (date)

the schedule noted above.

To learn more about how gifts are
allocated, please visit OSUgiving.com.

Signature

5/7/20
Date

✓ To be paid in multi-year installments over:

one ___ years (max: 5)* in installments of: $ 2,500.00

Annually   ● Quarterly   Monthly   Other:_____

Start Date: 05 / 15 / 2020     End Date: 05 / 14 / 2020

In support of:
$ 10,000.00    SYWSE Scholarship                  $_____
               Fund Name or Project Description            Fund Name or Project Description

$_____                                         $_____
               Fund Name or Project Description            Fund Name or Project Description

## Payment method:

✓ **Check** - made out to OSU Foundation

   Mail to:
   OSU Foundation
   P.O. Box 258818 | Oklahoma City, OK 73125-8818

   **Electronic Transfer** - information can be
   provided upon request.

## Documentation required:

   Endowment Agreement

   Naming Agreement

✓ Memorandum of Understanding

## Contact information:

Society of Young Women Scientists & Engineers
Company

lbofman@sywse.com
Email

307a Kamani Street
Mailing Address

Honolulu
City

Lori Bofman
Primary Contact

808-800-7470
Phone Number

HI
State

96813
Zip

## Expectations and requirements:

Stewardship reports:
Jennifer Lam, SYWSE

Gift recognition contacts:
Jennifer Lam, SYWSE

Contact person(s):
Lori Bofman

Contact person(s):
Lori Bofman

OSU FOUNDATION | 400 South Monroe | Stillwater, OK 74074 | Ph. 800.622.4678 | Fax 405.385.5102 | OSUgiving.com

MDG021806
PAC-008221

SOCIETY OF YOUNG WOMEN SC    TIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213

1010

5/6/20
DATE

PAY TO THE ORDER OF  SCSU Foundation, Inc.    $ 2,500.00

Two thousand five hundred + 00/100 ~~~~~    DOLLARS

CENTRAL PACIFIC BANK
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR                                                        MP  ers

---

Phones:    Home _____ Work _____    Cell 808-800-7470

E-mail    Lbofman@SYWSE.com

☐ I would prefer that this contribution and my/our name(s) be kept confidential.

**Pledge Information**

I/we pledge a gift in the amount of $10,000 . 00    t SCSU Foundation to suppott: *Circle one*

General Scholarship Fund   Annual Fund   Earvin Magic Johnson Endowed Scholarship   (Other). *Engineer*

I/we make this gift in the form of: ____    Cash  –  Check/M.O. ✓  Credit Card    Bank Draft
*Jfyou wish to make a gift of stocks, bonds or mutual fimds, please contact Office of Institutional Advancement at SC State at (803)536-8542 for instructions.*

My gift is to be paid as follows:   $10,000 ___Gift accompanies pledge form (Check made payable to SCSU Foundation.)

_____ Monthly  _✓_ Qualterly    _____ Semi-Annually    _ Annually

In equal installments of $. 2500 _____

**For credit card gifts**        Visa        MasterCard    ___ Discover _ American Express

Account No. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date_____

**For Electronic gifts**
Pleas_e visit SC State online at www.scsu.edu.

**For antomatic bank draft**
Bank Name _____

Routing Number_____AccountNumber_____

Stmt Date:_____ End Date:_____
(Drafts are processed on the 1st of each month.)

Signature: _____    Date: 5/6/20

Does your employer match charitable donations?_____Yes ✓ No
If so, please provide a signed Matching Donation Form from your employer along with your pledge form.

Your gift and completed pledge form should be forwarded to:
SCSU Foundation, Inc., 300 College Street, NE | P.O. Box 7187 | Orangeburg, SC 29117
(803)536-8742 *phone* | (803)536-8429 *fax*

For more information about the SCSU Foundation or about making a gift to SC State, please contact (803) 536-8742.
*Thank you for your support!*

MDG021807
PAC-008222



UNIVERSITY of ALASKA
FOUNDATION

## *University of Alaska Foundation*
## *Gift Pledge Form*

Name: Jennifer Lam

Company (if corporate gift): Society of Young Women Scientists

Mailing address: and Engineers

307A Kamani St.

Honolulu, Hawaii    96813

Phone/Fax/E-mail: 1-808-800-7470

I/we pledge a gift of $ 10,000.00        Fund to be credited: 21342

Description of purpose: Support Young Women Scientists and Engineers

This gift will be made in accordance with the following schedule:

$ 2,500.00        Date: 04/30/2020

$ 2,500.00        Date: 06/30/2020

$ 2,500.00        Date: 09/30/2020

$ 2,500.00        Date: 12/20/2020

$ _____        Date: _____

COPY

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213        1011

4/29/20
DATE

PAY TO THE ORDER OF  University of Alaska Foundation        $ 2,500.00

Two thousand five Hundred + 00/100        DOLLARS

CENTRAL PACIFIC BANK
centralpacificbank.com
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR _____

MP

MDG021808
PAC-008223



# WICHITA STATE UNIVERSITY FOUNDATION

# GIFT PLEDGE FORM

YOUR GIFT TO WICHITA STATE UNIVERSITY MEANS YOU RECOGNIZE THE POTENTIAL IN PAST, PRESENT, AND FUTURE GENERATIONS OF SHOCKERS. NO MATTER THE AMOUNT, ANY GIFT GIVEN HELPS! THANK YOU FOR TAKING THE FIRST STEP.



I/We hereby make the following commitment for the total sum of $ _10,000_

for the _SYWSE Scholarship_

to be paid by the date of _December 31, 2020_.

## TOTAL COMMITMENT

$ _____

ATTACHED PAYMENT  $ _____

_4_ (#) of payments at $ _2,500_

☐ monthly / ☒ quarterly / ☐ annually.

**First payment due:**
_April_ (month), _2020_ (year)

**Please send reminders**
☒ Yes
☐ No

**This is a**   ☒ personal gift   ☐ corporate gift
☐ matching pledge available through _____.

Name(s) _Society of Young Women Scientists and Engineers_

Address _307A Kamani St. Honolulu, HI 96813_

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

Donor

59-157/1213

1012

_4/21/20_
DATE

PAY TO THE ORDER OF _Wichita State University Foundation_   | $ _2,500.00_

Donor

_Two thousand five Hundred + 00/100_ _____ DOLLARS

NOTE:
GUIDEL
REPRE

CENTRAL PACIFIC BANK
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR

MP.

MDG021809
PAC-008224



## College of Engineering Gift Pledge Form

| | |
|---|---|
| Donor name: | Society of Young Women Scientists and Engineers (SYWSE) |
| Address: | 307a Kamani St |
| City, State, Zip | Honolulu, HI 96813 |
| Phone: | |
| Email: | lbofman@sywse.com,  Contact: Lori Bofman |

Total pledge amount: $15,000    Paid quarterly until paid in full by the end of the year

Payment schedule:
$5,000 on or before 06/30/2020
$5,000 on or before 09/30/2020
$5,000 on or before 12/31/2020

Fund title: *Society of Young Women Scientists and Engineers Scholarship*

Payable to:  University of Michigan

Mail to:  University of Michigan
Gifts and Records Administration
3003 South State Street, Suite 8000
Ann Arbor, MI 48109-1288

***Thank you for supporting Michigan Engineering!***
**Your generous gift will help solve problems of global importance
and educate the next generation of innovative engineers.**

Date  4/9/20

Donor Signature

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213    **1009**

DATE  4/21/20

PAY TO THE
ORDER OF  University of Michigan    $ 5,000.00

Five thousand + 00/100    DOLLARS

CENTRAL PACIFIC BANK
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)
FOR

MP

MDG021810
PAC-008225

# EXHIBIT 5



## SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS
## THE GRAINGER COLLEGE OF ENGINEERING
## STATEMENT OF GIFT

I am pleased to formalize my commitment to give $ 10,000.00 _____ to the University of Illinois Foundation.  I intend for this gift to support the University of Illinois at Urbana-Champaign.

**Fund Designation**

I am designating this gift to the _Grainger Engineering Priority Fund_____Fund (# 11776346 _____ ).

By giving to this existing fund, I understand this gift will be used in accordance with the governing document or guidelines of the fund as they currently exist or as may be amended in the future.

**Payment Terms**

◯ I plan to remit this commitment in full.

◉ I prefer to pay this commitment over time.*  I pledge and agree to fulfill this commitment according to the pledge terms listed below.

Pledge length: ◉1   ◯2   ◯3   ◯4   ◯5         Installment Amount:   $ 2,500.00 _____

Frequency: ◯Annual   ◯Semi-Annual   ◉Quarterly       Date of first installment: 5/1/20 _____
◯Other

*This personal pledge cannot be fulfilled by gifts from donor advised funds, private foundations, or employer matching gifts. Consult your gift officer for a customized form for such gifts.

**Donor Approval**

_____        4/20/20 _____

So~~~~~~~~ng Women Scientists and Engineers            Date

Je

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213

PAY TO THE ORDER OF  University of Illinois Foundation       4/21/20      1008

Two thousand Five Hundred + 00/NO                    $ 2,500.00

DOLLARS

CENTRAL PACIFIC BANK
1-808-544-0500 (Oahu) 1-800-342-0422 (Tot Free)

FOR

Fund # 11776346
3/12/20

LINOIS
ION

MDG021811
PAC-008226



students meeting the following criteria:

*Full-time undergraduate intending to major in a field within the UWM College of
Engineering & Applied Science (CEAS)
*Academic merit
*Financial need
*Participation in activities of the UWM chapter of the Society of Women Engineers
(SWE).

UWM shall award ten (10) scholarships valued at $1,000 each for the 2020 academic year. The
Donor may choose to make additional gifts in support of this scholarship.

The scholarship shall be administered by CEAS. The Donor agrees that its name may be used in
digital or printed marketing materials to promote this scholarship at the UWM College of
Engineering & Applied Science.

The pledge payment schedule is as follows. Other donors may contribute to this Fund.

Amount Due:                          Payable on or before:
$10,000                              April 15, 2020

Signed: _____            Date: 3/31/20
Jennifer Lam

**DONOR NAME AND ADDRESS:**

**Society of Young Women Scientist and Engineers LLC**
Jennifer Lam, Manager
307a Kamini St. Honolulu, HI 96813
info@sywse.com or
310-770-9558

Please make gifts by check payable to "**UWM Foundation, Inc.**" and mail to:
**UWM Foundation, Inc.**
Attention: Ms. Valerie Hix
1440 E. North Avenue
Milwaukee, WI 53202
EIN #: 23-733-7744

**MDG021812**
PAC-008227

SOCIETY     YOUNG WOMEN SCIENTIST
AND ENC     ERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213          1003

3/23/20
DATE

PAY TO THE
ORDER OF   University of Howaii Foundation                    $ 5,000.00

Five thousand + 00/100                                    DOLLARS

CENTRAL PACIFIC BANK
centralpacificbank.com
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213          1004

3/23/20
DATE

PAY TO THE
ORDER OF   URE Foundation + Alumni Engagement          $ 5,000.00

Five thousand + 00/100                                    DOLLARS

CENTRAL PACIFIC BANK
centralpacificbank.com
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR

---

SOCIETY OF YOUNG WOMEN SCIENTIST
AND ENGINEERS LLC
335 MERCHANT ST UNIT 2394
HONOLULU HI 96804-0408

59-157/1213          1005

3/23/20
DATE

PAY TO THE
ORDER OF   University of south Carolina                $ 5,000 —

Five thousand + 00/100                                    DOLLARS

CENTRAL PACIFIC BANK
centralpacificbank.com
1-808-544-0500 (Oahu) 1-800-342-8422 (Toll Free)

FOR

MDG021813
PAC-008228