# EXHIBIT 6

| | |
|---|---|
| **From:** | Martin Kao |
| **Sent:** | Thursday, September 26, 2019 10:33 PM |
| **To:** | CA Diehm |
| **Cc:** | Tiffany Lam |
| **Subject:** | Re: [Caution External Sender] - Re: Wed, 10/2, 1:30 - 3:30PM. |

Business casual.

On Sep 26, 2019, at 9:09 PM, CA Diehm <cadm7@msn.com> wrote:

> Hi
> hey just wondering what is the dress code for these meetings? I live in scrubs at my other job so I actually need to put a little thought into my mornings at least next week Wednesday and Friday!
> : )
>
>
>
> **From:** Martin Kao <MKao@navatekllc.com>
> **Sent:** Thursday, September 26, 2019 11:27 AM
> **To:** cadm7@msn.com <cadm7@msn.com>
> **Cc:** 'Tiffany Lam' <tiffany808@gmail.com>
> **Subject:** Wed, 10/2, 1:30 - 3:30PM.
>
> Chenoa:
>
> Are you available next week Wednesday, 10/2 from 1:30PM to 3:30PM to attend a "meeting?" It's not really a meeting, but more of a quick training session on the Congressional approps process…"Appropriations 101 Training Session." It will be conducted by Congressman Ed Case's Chief of Staff, Tim Nelson. It's in the building across the street from our office, so you can park at our office and just walk over.
>
> Thanks,
> Martin
>
> <image003.png>
>
> 841 Bishop Street
> Suite 1110
> Honolulu, HI 96813
> www.navatekltd.com
>
> **Martin Kao**
> **President & CEO**
> mobile: (808) 371-0371
> office: (808) 695-6648
> mkao@navatekllc.com

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

1



**EXHIBIT 6**



EXHIBIT 20
WIT: LAM
DATE: 1/9/26
IDepo Hawaii, LLC

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

| | |
|---|---|
| **From:** | CA Diehm <cadm7@msn.com> |
| **Sent:** | Thursday, September 26, 2019 2:15 PM |
| **To:** | Martin Kao |
| **Subject:** | [Caution External Sender] - Re: Wed, 10/2, 1:30 - 3:30PM. |

Oh I'm there. That would be so helpful!
Thank you!!!

**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Thursday, September 26, 2019 11:27:39 AM
**To:** cadm7@msn.com <cadm7@msn.com>
**Cc:** 'Tiffany Lam' <tiffany808@gmail.com>
**Subject:** Wed, 10/2, 1:30 - 3:30PM.

Chenoa:

Are you available next week Wednesday, 10/2 from 1:30PM to 3:30PM to attend a "meeting?" It's not really a meeting, but more of a quick training session on the Congressional approps process..."Appropriations 101 Training Session." It will be conducted by Congressman Ed Case's Chief of Staff, Tim Nelson. It's in the building across the street from our office, so you can park at our office and just walk over.

Thanks,
Martin

| **NAVATEK** | **Martin Kao** |
|---|---|
| 841 Bishop Street | **President & CEO** |
| Suite 1110 | mobile: (808) 371-0371 |
| Honolulu, HI 96813 | office: (808) 695-6648 |
| www.navatekltd.com | mkao@navatekllc.com |

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

Warning Notice: This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC SEC 2751) or Executive Order 12470. Violations of these export laws are subject to severe criminal penalties. Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

1