# EXHIBIT 7

| | |
|---|---|
| **Message** | |
| **From:** | Martin Kao [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FCC6532E0574400EBAFAD2AA7A7355F7-MARTIN KAO] |
| **Sent:** | 4/1/2020 1:08:47 AM |
| **To:** | Chris Lam (htshawaii2@gmail.com) [htshawaii2@gmail.com] |
| **CC:** | Tiffany Lam [tiffany808@gmail.com] |
| **Subject:** | $10K "Grant" |

Toby:

Take a look at this.  As a sole proprietor HTS should apply.  It's a free $10K.  SBA Economic Injury Disaster Loan Advance of up to $10,000 ( https://www.sba.gov/page/disaster-loan-applications) through the SBA website.  Funds will be made available within 3 days of a successful application, and this loan advance **will not have to be repaid**.

Martin

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
**President & CEO**
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

EXHIBIT 73
WIT: LAM
DATE: 1/a/20
IDepo Hawaii, LLC

MDG00474309

**EXHIBIT 7**                    PAC-008249