# EXHIBIT 8

Message

| | |
|---|---|
| **From:** | Martin Kao [martin.kao@gmail.com] |
| **Sent:** | 5/2/2020 4:12:42 AM |
| **To:** | Martin Kao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao] |
| **Subject:** | Fwd: Important Information from Small Business Administration (SBA) - Your EIDL Application |

Dildo funds?

---------- Forwarded message ---------
From: **Tiffany Lam** <tiffany808@gmail.com>
Date: Fri, May 1, 2020 at 5:51 PM
Subject: Fwd: Important Information from Small Business Administration (SBA) - Your EIDL Application
To: Martin Kao <martin.kao@gmail.com>

---------- Forwarded message ---------
From: **Small Business Administration** <news@updates.sba.gov>
Date: Fri, May 1, 2020 at 5:32 PM
Subject: Important Information from Small Business Administration (SBA) - Your EIDL Application
To: <tiffany808@gmail.com>



Dear Applicant,

We understand the challenges your business is facing due to the massive disruption caused by the Coronavirus (COVID-19) pandemic. You are receiving this message as a notification that your Economic Injury Disaster Loan (EIDL) application is currently being processed in the order it was received. You will receive an email notification when there is a change to your application status.

Without question, COVID-19 has caused an extraordinary impact on our nation's small businesses, and the demand for emergency working capital provided by the EIDL program is at historic levels. The SBA is processing applications from small businesses and private non-profit organizations across the country as quickly as possible. We thank you for your patience and

**EXHIBIT 8**



EXHIBIT 24
WIT: LAM
DATE: 1/9/20
IDepo Hawaii, LLC

MDG00476250
PAC-008250

understanding as we work to assist as many applicants as possible.

Additional information on available resources to assist your business during the effects of COVID-19 may be found online at www.sba.gov/coronavirus.



**Subscriber Services**
Unsubscribe | Manage your account

Unsubscribe | Update your subscriptions or modify your password/email address at any time on your Subscriber Preferences Page.

*All SBA programs and services are provided on a nondiscriminatory basis. Reasonable accommodations will be made if requested at least two weeks in advance*

This email was sent to tiffany808@gmail.com by Small Business Administration (SBA) · 409 3rd St, SW · Washington DC 20416 · 1-800-827-5722

MDG00476251
PAC-008251