# EXHIBIT 9

**To:**     Martin Kao[MKao@navatekllc.com]
**From:**   Martin Kao[martin.kao@gmail.com]
**Sent:**   Thur 5/7/2020 2:15:49 AM (UTC)
**Subject:**   Fwd: Navatek Writeup V2
AI Generated Biomedical Knowledge Graph & Wastewater Analytics V2.docx

---------- Forwarded message ---------
From: **Tiffany Lam** <tiffany808@gmail.com>
Date: Wed, May 6, 2020 at 4:14 PM
Subject: Fwd: Navatek Writeup V2
To: Martin Kao <martin.kao@gmail.com>

---------- Forwarded message ---------
From: <chris.lam@htshawaii.com>
Date: Wed, May 6, 2020 at 4:00 PM
Subject: Navatek Writeup V2
To: Tiffany Lam <tiffany808@gmail.com>

Version 2

—

Chris Lam | Principal

Home Theater Solutions

2323 Kaala St. | Honolulu, HI | 96822

T: (808)949-4008

E: chris.lam@htshawaii.com

www.htshawaii.com



EXHIBIT 25
WIT: LAM
DATE: [handwritten]
IDepo Hawaii, LLC

# EXHIBIT 9

MDG00476353
PAC-008252