# EXHIBIT 12

Message

| | |
|---|---|
| **From:** | Martin Kao [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FCC6532E0574400EBAFAD2AA7A7355F7-MARTIN KAO] |
| **Sent:** | 9/25/2020 2:43:57 AM |
| **To:** | Kahele Lum Kee [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82966ac1795c4780857db1758a258118-Kahele Lum] |
| **Subject:** | RE: Society Bank Account #8900873356 |

$6K.  Made payable to Tiffany he said.  I'm not sure what she did with the check.  Hopefully she deposited it.



**Martin Kao**
Chief Executive Officer
Mobile (808) 371-0371
MKao@mdefensegroup.com

**Martin Defense Group**
(Formerly Navatek)
841 Bishop Street, Ste. 1110
Honolulu, HI 96813
mdefensegroup.com

**From:** Kahele Lum Kee <klumkee@mdefensegroup.com>
**Sent:** Thursday, September 24, 2020 3:51 PM
**To:** Roland Chang <roland.chang@cpb.bank>
**Cc:** Martin Kao <MKao@mdefensegroup.com>
**Subject:** Society Bank Account #8900873356

Roland:

Can you provide me with the last 3 month's activity for the Society now that you closed it.  I wanted to see which checks are still outstanding and which have cleared. Could you also confirm the refund amount that you had sent back.  Thank you.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

# EXHIBIT 12

MDG-HIGJ00018626

Message

| | |
|---|---|
| **From**: | Kahele Lum Kee [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=82966AC1795C4780857DB1758A258118-KAHELE LUM] |
| **Sent**: | 9/25/2020 2:47:58 AM |
| **To**: | Martin Kao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao] |
| **Subject**: | RE: Society Bank Account #8900873356 |

Okay, that agrees with what I was expecting.  That means all the other checks cleared.  Thanks.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**L. Kahele Lum Kee**
Controller
Main: (808) 695-6666
Office: (808) 695-6676
klumkee@navatekllc.com

**From:** Martin Kao <MKao@mdefensegroup.com>
**Sent:** Thursday, September 24, 2020 4:44 PM
**To:** Kahele Lum Kee <klumkee@mdefensegroup.com>
**Subject:** RE: Society Bank Account #8900873356

$6K.  Made payable to Tiffany he said.  I'm not sure what she did with the check.  Hopefully she deposited it.



**Martin Kao**
Chief Executive Officer
Mobile (808) 371-0371
MKao@mdefensegroup.com

**Martin Defense Group**
(Formerly Navatek)
841 Bishop Street, Ste. 1110
Honolulu, HI 96813
mdefensegroup.com

**From:** Kahele Lum Kee <klumkee@mdefensegroup.com>
**Sent:** Thursday, September 24, 2020 3:51 PM
**To:** Roland Chang <roland.chang@cpb.bank>
**Cc:** Martin Kao <MKao@mdefensegroup.com>
**Subject:** Society Bank Account #8900873356

Roland:

Can you provide me with the last 3 month's activity for the Society now that you closed it.  I wanted to see which checks are still outstanding and which have cleared. Could you also confirm the refund amount that you had sent back.  Thank you.

MDG-HIGJ00018627



MDG025233

**OFFICIAL CHECK**

**CENTRAL PACIFIC BANK**
P.O. Box 3590 Honolulu, HI 96811
808-544-0500 (Oahu) | 800-342-8422 (Toll-Free)
Mapunapuna Branch

49-55
1033

CHECK NUMBER: 30081241

PAY
TO THE
ORDER OF        *** TIFFANY LAM***

DATE: August 27, 2020

AMOUNT: **Six Thousand  Dollars and 00/100**        **$6,000.00**

Memo: BALANCE OF ACCOUNT 8900873356

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS INC
PO BOX 9476 MINNEAPOLIS, MN 55480

DRAWEE: BOKF, NA | EUFAULA, OK

DRAWER:  CENTRAL PACIFIC BANK

Two signatures required for amounts exceeding $100,000

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FHB 08312020 00100402082651O

The security features of this document include
• Chemical Protection
• Invisible Fibers
• True Watermark – hold to light to view

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC