# EXHIBIT 13

CONFIDENTIAL



**Merrill Lynch**
**Wealth Management®**

Bank of America Corporation

| Enter Account Name and Address: | Date: 10/13/2020 |
|---|---|
| MARTIN DEFENSE GROUP LLC<br>841 BISHOP ST STE 1110<br>HONOLULU HI 96813-3916 | Account Number: ▇▇▇▇▇▇ |
| | As You Requested:   A Check |
| | Amount:  ☑  $ 250,000.00<br>☐  Not Applicable |
| Office:  Merrill Lynch, Pierce, Fenner & Smith Inc.<br>1003 Bishop St STE 2800<br>Honolulu HI 96813 | Picked Up By:            TIFFANY LAM |
| | Check Payable To:<br>MICHAEL JAY GREEN & ASSOCIATES |
| | Please address any inquiries concerning this notice to:<br>Manager Name: Rae Cambonga<br>Telephone Number: 808-525-7375 |

Merrill Lynch Wealth Management, Merrill Edge, and the Private Banking and Investment Group offer products and services made available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S).

Banking Products are provided by Bank of America, N.A. and affiliated banks, members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation.

Merrill Lynch, Bank of America, N.A. and their affiliates make available investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation or in which Bank of America Corporation has a substantial economic interest, including BofA™ Global Capital Management.



EXHIBIT 19
WIT: LAM
DATE: 1/9/21
iDepo Hawaii, LLC

# EXHIBIT 13

JSH-005693

CONFIDENTIAL



Amount:        $250,000.00        Sequence Number: 4292935341

Account:       3359872036         Capture Date:    10/14/2020

Bank Number: 06131278             Check Number:    14517992

MERRILL
A BANK OF AMERICA COMPANY
64-1278/611

Office
Disbursement Account
P O Box 43247
Jacksonville, FL 32231-3247

Merrill Lynch,
Pierce, Fenner & Smith Inc.

Check Number    00145-17992

Date    Amount

10/13/2020    PAY    $250000.00

To The Order Of

MICHAEL JAY GREEN
& ASSOCIATES

UNITED STATES

MEMO:

Bank of America
Charlotte, NC

For deposit with
FIRST HAWAIIAN BANK
1213 0101 5
TO THE CREDIT OF PAYEE
Absence of Endorsement Guaranteed

*121350 1015* FHB  10132020 0010030320200040

JSH-005694