# EXHIBIT 15

KEITH M. KIUCHI #2735
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
Telephone: (808) 533-2230
Facsimile: (808) 533-4391
E-Mail: kkiuchi106@cs.com

Attorney for Defendants Martin Kao, Tiffany Lam, and
Society of Young Women Scientists and Engineers, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | ) Case 1:22-cv-00283-WRP<br>)<br>)<br>) DEFENDANT TIFFANY<br>) JENNIFER LAM'S<br>) RESPONSE TO<br>) PLAINTIFF PACMAR<br>) TECHNOLOGIES LLC'S<br>) FIRST REQUEST FOR<br>) PRODUCTION OF<br>) DOCUMENTS TO<br>) DEFENDANT TIFFANY<br>) LAM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT TIFFANY JENNIFER LAM'S RESPONSE TO PLAINTIFF
PACMAR TECHNOLOGIES LLC'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS TO DEFENDANT TIFFANY LAM**

# EXHIBIT 15

Defendant TIFFANY JENNIFER LAM ("Defendant") hereby provides her response to *Plaintiff PacMar Technologies LLC's First Request For Production Of Documents To Defendant Tiffany Lam* (the "Request").

## **GENERAL OBJECTIONS PERTAINING TO REQUEST**

Defendant objects to instructions and definitions to the extent that they are vague, ambiguous, unduly burdensome, and/or impose an obligation not required by the Federal Rules of Civil Procedure ("FRCP").

Defendant objects to the requests to the extent they seek documents that are not relevant.

Defendant objects to any request that is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and the extent to which the burden or expense of the proposed discovery outweighs its likely benefit.

Defendant objects to any duty to supplement beyond that required by FRCP Rule 26.

Defendant objects to the document requests to the extent they seek privileged communications or documents not subject to discovery, including, but not limited to attorney-client communications and information protected from

2

# RESPONSES TO REQUESTS FOR PRODUCTION

Objections are raised as to all the requests. An objection does not necessarily mean that responsive documents exist.

## Document Request Nos. 1 - 3:

OBJECTION:

Defendant Lam objects to these requests on the basis that they are overly broad.

/s/ Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced. Until this request is narrowed, Ms. Lam will not produce documents requested. As a general proposition, Ms. Lam does not have documents relating to the subject of the Lawsuit, and has no documents relating to any communications with Plaintiff.

## Document Request No. 4:

OBJECTION:

Defendant Lam objects to this request asserting the marital privilege.

/s/ Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced.

### Document Request Nos. 5 - 25:

Response: Ms. Lam does not have any of the requested documents in her possession.

### Document Request Nos. 25 - 27:

Response: Ms. Lam does not have any of the requested documents in her possession. As to these requests, Ms. Lam asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.

### Document Request Nos. 28 - 42:

Response: Ms. Lam does not have any of the requested documents in her possession.

### Document Request No. 43:

Response: Ms. Lam does not have any of the requested documents in her possession. As to this request, Ms. Lam asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.

### Document Request Nos. 44 - 55:

Response: Ms. Lam does not have any of the requested documents in her possession.

### Document Request Nos. 56 - 57:

Response: At this time Ms. Lam has not retained any experts and therefore has nothing to produce.

## **Document Request Nos. 58 - 62:**

OBJECTION:

Defendant Lam objects to these requests on the basis that they are overly broad.

/s/ Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced.  Until this request is narrowed, Ms. Lam will not produce documents requested.  As a general proposition, Ms. Lam does not have documents relating to the subject of the Lawsuit.