IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) CASE NO. 1:22-cv-00283-LEK-WRP |
| | ) |
| | ) CERTIFICATE OF WORD COUNT |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |
| CLIFFORD CHEN, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTIN KAO, | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| _____ | ) |

1541833.4

CERTIFICATE OF WORD COUNT

Pursuant to Rule LR7.4(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, I hereby certify that the foregoing memorandum contains 6172 words, exclusive of caption and signature block.

The memorandum uses a 14-point Times New Roman font.

DATED:  Honolulu, Hawaii, March 3, 2026.

/s/ Grant Fasi Allison
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

2

1541833.4