IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) ) ) ) | CASE NO. 1:22-cv-00283-LEK-WRP |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |
| _____ | ) | |
| CLIFFORD CHEN, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| MARTIN KAO, | ) ) | |
| Cross-Claim Defendant. | ) ) | |
| _____ | ) | |

1541833.4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a true

and correct copy of the foregoing document was served upon the following parties

via CM/ECF electronic filing as follows:

SCOTT KUBOTA, ESQ.                    [*Via CM/ECF*]
(*scott.kubota@gmail.com*)
3 Waterfront Plaza
500 Ala Moana Boulevard, Suite 500
Honolulu, HI 96813

Attorney for Defendant
LAWRENCE KAHELE LUM KEE


KEITH M. KIUCHI, ESQ.                 [*Via CM/ECF*]
(*kkiuchi106@cs.com*)
1001 Bishop Street, Suite 985
Honolulu, HI 96813

Attorney for Defendants
MARTIN KAO, TIFFANY JENNIFER LAM
a.k.a. JENNY LAM and/or TIFFANY KAO,
and SOCIETY OF YOUNG WOMEN
SCIENTISTS AND ENGINEERS LLC

2

1541833.4

DEREK R. KOBAYASHI, ESQ.                    [*Via CM/ECF*]
(*dkobayashi@schlackito.com*)
BRITTNEY M. WU, ESQ.
(*bwu@schlackito.com*)
Schlack Ito, LLLC
745 Fort Street, Suite 1500
Honolulu, HI 96813

Attorneys for Defendant
CLIFFORD CHEN

DATED:  Honolulu, Hawaii, March 3, 2026.


/s/ *Grant Fasi Allison*
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

3