Of Counsel:

LUNG ROSE VOSS & WAGNILD

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(*crose@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| RYAN H. ENGLE | 7590-0 |

(*rengle@legalhawaii.com*)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GRANT FASI ALLISON | 10368-0 |

(*gallison@legalhawaii.com*)

| | |
|---|---|
| JOHN D. FERRY III | 9143-0 |

(*jferry@legalhawaii.com*)

| | |
|---|---|
| KIRA J. GOO | 11519-0 |

(*kgoo@legalhawaii.com*)
Attorney at Law
A Law Corporation
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

HOSODA LAW GROUP, AAL, ALC

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| SPENCER J. LAU | 11105-0 |

Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:  (808) 524-3838
Email:  lsh@hosodalaw.com; sjl@hosodalaw.com

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>              Plaintiff,<br><br>    vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>              Defendants.<br><br>_____<br><br>CLIFFORD CHEN,<br><br>          Cross-Claimant,<br><br>    vs.<br><br>MARTIN KAO,<br><br>         Cross-Claim Defendant.<br><br>_____ | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>**PLAINTIFF'S MOTION IN LIMINE NO. 3 TO ADMIT CRIMINAL CONVICTIONS OF DEFENDANT MARTIN KAO AND CLIFFORD CHEN INTO EVIDENCE AND TO PRECLUDE SAID DEFENDANTS FROM LITIGATING ISSUES TO WHICH THEY ALREADY PLEADED GUILTY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LYLE S. HOSODA; EXHIBITS 1-11; CERTIFICATE OF SERVICE**<br><br>Trial Judge: Hon. Leslie E. Kobayashi<br>Trial Date: April 20, 2026 |

**PLAINTIFF'S MOTION IN LIMINE NO. 3 TO ADMIT CRIMINAL CONVICTIONS OF MARTIN KAO AND CLIFFORD CHEN INTO EVIDENCE AND TO PRECLUDE SAID DEFENDANTS FROM LITIGATING ISSUES TO WHICH THEY ALREADY PLEADED GUILTY**

Plaintiff PacMar Technologies LLC ("PacMar"), by and through its attorneys, Lung Rose Voss & Wagnild and Hosoda Law Group, AAL, ALC, hereby respectfully moves this Court for an order admitting the guilty pleas, factual bases, and criminal convictions of Defendant Martin Kao and Defendant Clifford Chen into evidence and to preclude said defendants from litigating issues to which they already pleaded guilty. Doing so at this time is consistent with the law and is in the best interest of judicial efficiency and economy.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.4 and is based upon the Memorandum in Support of Motion, supporting declaration, attached exhibits, the records and files herein, and such further argument and evidence as may be presented at the hearing.

DATED:  Honolulu, Hawaii, March 12, 2026.

/s/ Lyle S. Hosoda
CRYSTAL K. ROSE
GRANT FASI ALLISON
LYLE S. HOSODA

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)