# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00283-LEK-WRP |
| CASE NAME: | Pacmar Technologies LLC, fka Martin Defense Group, LLC, et al. v. Kao, et al. |
| ATTY'S FOR PLTFS: | Grant R. F. Allison<br>Crystal K. Rose<br>Lyle S. Hosoda |
| ATTY'S FOR DEFTS: | Keith M. Kiuchi<br>Philip W. Miyoshi<br>Derek R. Kobayashi<br>Brittney Michiko Wu |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Beth Krupa |
| DATE: | 3/17/2026 | TIME: | 11:30am-11:50am |

COURT ACTION:  EP:    Status Conference held by Video Teleconference ("VTC").

Discussion held.

**Vacating of Trial and Deadlines:**
The Court VACATES the current trial date and all associated deadlines, including any unexpired deadlines. The Court notes that vacating the trial is necessary due in part to a conflicting criminal jury trial, which takes precedence because of the constitutional right to a speedy trial. A new trial date and corresponding deadlines will be set at a later time.

**Motion for Summary Judgment:**
The Court determined that certain legal issues raised in Defendant Tiffany Jennifer Lam's ("Lam") Final Pretrial Statement - specifically standing, claim preclusion, and issue preclusion - are threshold matters to be resolved prior to trial.

On March 16, 2026, the Court issued an entering order that ordered the parties to brief these threshold matters ("3/16 EO"). [Dkt. no. 326.] The Court REVISES the briefing schedule set forth in the 3/16 EO as follows.

The Court ORDERS Ms. Lam to file a revised motion for summary judgment that complies with all applicable rules of civil procedure, including, but not limited to, the filing a concise statement of facts. The motion for summary judgment is due on **March**

**30, 2026.** Any opposition is due on **April 13, 2026.** An optional reply is due **April 20, 2026.** The Court will schedule a hearing on the motion for summary judgment and will resolve the motion prior to trial.

## Motions in Limine:

The Court will determine in a separate order whether to hear Plaintiff's Motion in Limine No. 4 Re: Arbitration Award, [filed 3/12/26 (dkt. no. 323),] concurrently with the motion for summary judgment. All other motions in limine are deferred and will be scheduled for hearing after resolution of the summary judgment motion.

## Scope of Deadlines:

The Court clarifies that vacating the trial date does not reopen expired deadlines or discovery. Only deadlines that had not yet passed are vacated and will be reset.

## Motion to Withdraw:

The Court will address counsel's motion to withdraw by separate written order.

## Discovery Dispute (Kao Deposition):

Issues relating to the deposition of Defendant Martin Kao remain pending before Magistrate Judge Porter. This Court makes no ruling on that matter.


Submitted by: Carla Cortez, Courtroom Manager