# MINUTE ORDER

CASE NUMBER:          CIVIL NO. 22-00283 LEK-WRP

CASE NAME:            PacMar Technologies LLC, f/k/a Martin Defense Group, LLC et al. v. Kao et al.

JUDGE:  Leslie E. Kobayashi          DATE:          3/19/2026

ORDER: DENYING MOTION FOR LEAVE TO FILE IN CAMERA SUPPLEMENTAL DECLARATION OF DEREK R. KOBAYASHI AND EXHIBITS A, B, AND C IN SUPPORT OF MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT/CROSSCLAIMANT CLIFFORD CHEN; AND GRANTING THE MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT/CROSS-CLAIMANT CLIFFORD CHEN

On March 12, 2026, Defendant/Crossclaimant Clifford Chen ("Chen") filed the Motion for Withdrawal of Counsel for Defendant/Cross-Claimant Clifford Chen ("Motion to Withdraw"). [Dkt. no. 318.] Derek R. Kobayashi, Esq., Brittney M. Wu, Esq., and Schlack Ito, a Limited Liability Law Company ("Schlack Ito"), seek to withdraw as Chen's counsel. See id. at 1.

The same day, Chen also filed a motion for leave to file for the Court's *in camera* review a declaration and several exhibits in support of the Motion to Withdraw ("Motion to File *In Camera*"). [Dkt. no. 319.] Chen asserts that the declaration and exhibits he seeks to file in camera are protected by the attorney-client privilege. See Motion to File *In Camera* at 1; see also id., Declaration of Derek R. Kobayashi at ¶¶ 6-7.

Because no party challenges the assertion of attorney-client privilege, it was inappropriate for Chen to attempt to file the proposed declaration and exhibits *in camera*. The proper procedure would have been to seek leave to file these documents under seal for the Court's use only. Nevertheless, even if it were appropriate to submit these documents *in camera*, Chen failed to comply with Local Rule 10.2(f), which explains how to submit documents for *in camera* inspection. Accordingly, the Motion to File *In Camera* is DENIED.

The Court, however, finds that it is unnecessary to consider the proposed declaration and exhibits to decide the Motion to Withdraw. Thus, it is not necessary for Chen to refile the Motion to File *In Camera* as a motion to seal. At the status conference held on March 17, 2026, the parties expressed no opposition to the Motion to Withdraw, provided that the Court timely set a new trial date. Chen's counsel also represented that Chen has agreed to the withdrawal of counsel. <u>See</u> Motion to Withdraw at 1; <u>see also id.</u>, Declaration of Derek R. Kobayashi at ¶ 7 ("Defendant Chen has agreed to the withdrawal of counsel and has stated that he will be a self represented *pro se* party.").

Accordingly, for good cause shown and pursuant to Local Rule 83.5(b), the Motion to Withdraw is GRANTED. The Clerk's Office is DIRECTED to terminate Derek R. Kobayashi, Esq., Brittney M. Wu, Esq., and Schlack Ito as counsel for Chen and to remove them from the notice list.

IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager