MIYOSHI & HIRONAKA LLLC
PHILIP W. MIYOSHI          #7459
201 Merchant Street, Suite 2240
Honolulu, Hawaii 96813
Telephone: (808) 888-5042
Email: philip@808-law.com

Attorneys for Defendant
TIFFANY JENNIFER LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants.<br>_____<br>CLIFFORD CHEN,<br><br>Cross-Claimant,<br><br>vs.<br><br>MARTIN KAO,<br>_____ | Case 1:22-cv-00283-LEK WRP<br><br>DEFENDANT TIFFANY JENNIFER LAM'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KEITH S. KIUCHI; DECLARATION OF PHILIP W. MIYOSHI; EXHIBITS "1" – "12"; CERTIFICATE OF SERVICE<br><br><br>Judge:  Hon. Leslie E. Kobayashi<br><br>Trial Date:  Vacated |

**DEFENDANT TIFFANY JENNIFER LAM'S
CONCISE STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1 for the United States District Court for the District

of Hawai'i, Defendant Tiffany Jennifer Lam ("Lam") hereby submits her separate

Concise Statement of Facts in support of her Motion for Summary Judgment:

| | Facts | Evidentiary Support |
|---|---|---|
| 1. | On May 4, 2021, Navatek Capital Inc. ("NCI"), individually and derivatively on behalf of Martin Defense Group, LLC, f/k/a Navatek LLC and now known as PacMar Technologies LLC (the "Company" or "PacMar"), filed its Demand for Arbitration ("Demand") against Martin Kao ("Kao") before Dispute Prevention & Resolution, Inc. | Declaration of Keith S. Kiuchi ("Kiuchi Decl.") ¶ 3; Exhibit ("Exh.") "1" (Demand) |
| 2. | The Demand alleged that Kao fraudulently used the Company to commit bank fraud and money laundering in connection with the CARES Act Paycheck Protection Program ("PPP Program"), including fraudulently obtaining a $10,000,000 PPP loan from Central Pacific Bank ("CPB"), a $2,841,490 PPP loan from Radius Bank, and fraudulently seeking a third PPP loan from First Hawaiian Bank ("FHB"). | Kiuchi Decl. ¶ 3; Exh. "1" ¶¶ 29, 34–36. |
| 3. | The Demand further alleged that Kao engaged in thefts from the Company through numerous breaches of fiduciary duties, including non-arms-length transactions, improper distributions, unlawful political contributions using Company funds, and improper use of Company funds for personal expenses and alter-ego foundations. | Kiuchi Decl. ¶ 3; Exh. "1" ¶¶ 43–60. |
| 4. | The Demand alleged claims for Breach of Fiduciary Duties (Count I), Breach of Operating Agreement (Count II), Gross Mismanagement (Count III), Fraud (Count IV), Embezzlement (Count V), Conversion | Kiuchi Decl. ¶ 3; Exh. "1" ¶¶ 75–132, Exh. "3" (Award) at 20. |

| | | |
|---|---|---|
| | (Count VI), Unjust Enrichment (Count VII), Civil Conspiracy (Count VIII), Indemnities (Count IX), Declaratory Judgment (Count X), and Accounting (Count XI). | |
| 5. | On May 19, 2021, the Company filed its Crossclaim against Kao which substantially mirrored the factual allegations in the Demand and asserted claims for Breach of Fiduciary Duty, Gross Negligence, Declaratory Relief – Dissociation, Declaratory Relief – NEWCO Agreements, Indemnification, Contribution, and *Uyemura v. Wick* Claim. | Kiuchi Decl. ¶ 4; Exh. "2" (Crossclaim) ¶¶ 66–103, Exh. "3" at 20. |
| 6. | The Arbitration included evidentiary hearings held over seven days from September 27 through October 7, 2021, and the parties were afforded a full and fair opportunity for examination and cross-examination of 15 witnesses, introduction of relevant exhibits, and submission of arguments and legal authorities. | Kiuchi Decl. ¶ 5; Exh. "3" at 1. |
| 7. | The evidentiary record was substantial, and each party offered introduced numerous exhibits that were stipulated to be authentic and received in evidence. | Kiuchi Decl. ¶ 5; Exh. "3" at 1. |
| 8. | At the conclusion of the Arbitration, NCI and PacMar submitted comprehensive post-arbitration briefs. | Kiuchi Decl. ¶¶ 8, 9; Exhs. "5", "6." |
| 9. | On November 23, 2021, the Arbitrator issued a comprehensive 100-page written Award ("Award"). | Kiuchi Decl. ¶ 5; Exh. "3." |
| 10. | The Arbitrator found that Kao engaged in a fraudulent scheme to obtain PPP loan funds from CPB, Radius Bank, and FHB and found Kao liable for breach of fiduciary duty, gross negligence, and related claims. | Kiuchi Decl. ¶¶ 5, 8, 9; Exh. "3" at 25–28, 30, Exh. "5" at 16-17, Exh. "6" at 4-11. |
| 11. | The Arbitrator found that Kao engaged in money laundering of PPP loan proceeds, including instructing the transfer of $2,000,000 from the Company's CPB account to Kao's personal Merrill Lynch account and expressing intent to "wash" PPP Loan money, resulting in $8,000,000 flowing from the Company's CPB account to its Merrill Lynch account. | Kiuchi Decl. ¶¶ 5, 9; Exh. "3" at 34–37, Exh. "6" at 11-13. |

| 12. | The Arbitrator found that Kao made frequent political campaign contributions in his and his wife's name using Company-issued AMEX cards in violation of 52 U.S.C. § 30119 and engaged in an unlawful campaign contribution to the 1820 PAC through SYWSE in violation of 52 U.S.C. §§ 30119 and 30122. | Kiuchi Decl. ¶¶ 5, 8, 9; Exh. "3" at 38–42, Exh. "5" at 17, Appendix ("Appx.") 1 to Appx. A, Exh. "6" at 14-18. |
| --- | --- | --- |
| 13. | The Arbitrator found that Kao started SYWSE—described as an "LLC that can be set up to 'facilitate' transactions"—and that a $150,000 check was written from the Company to SYWSE and then from SYWSE to the 1820 PAC, and that a scholarship program under SYWSE "was set up later to do 'damage control' following 'the screwup with 1820.'" | Kiuchi Decl. ¶¶ 5, 9; Exh. "3" at 40–41, Exh. "6" at 16-17. |
| 14. | The Arbitrator found that Kao orchestrated straw donor contributions through his family members and employees, including Clifford Chen and Lawrence Kahele Lum Kee, in violation of 52 U.S.C. § 30122. | Kiuchi Decl. ¶¶ 5, 8, 9; Exh. "3" at 41–42, Exh. "5" at 17, Appx. 1 to Appx. A, Exh. "6" at 14-18. |
| 15. | The Arbitrator found that Kao used Company funds inappropriately for personal expenses, caused the Company to pay expenses on behalf of various foundations, made improper distributions to himself, made improper loans from Company funds, and caused the Company to make payments to law firms for his personal criminal and civil cases, including $250,000 to attorney Michael Green. | Kiuchi Decl. ¶¶ 5, 8, 9; Exh. "3" at 44–51, Exh. "5" at 17-19, Exh. "6" at 18-25. |
| 16. | The Arbitrator found that the Company and NCI agreed that any damages recovered against Kao must flow only to the Company under the applicable law regarding derivative claims. | Kiuchi Decl. ¶ 5; Exh. "3" at 24. |
| 17. | The Arbitrator awarded gross special damages of $2,268,805.40, encompassing: Improper Distributions ($495,000.00) (which included the $150,000 contribution to 1820 PAC), Crisis Communications ($35,575.90), Interim CFO Expenses ($168,419.22), | Kiuchi Decl. ¶¶ 5, 8, 9, 10; Exh. "3" at 73–75, Exh. "5" at 34-36, Appx. 1 to |

| | | |
|---|---|---|
| | Post-Arrest Attorney Retainers ($974,838.02), Personal Expenses ($295,661.12), Foundation Expenses ($107,209.55), SYWSE Expenses ($1,513.83), and Political Contributions ($190,587.76). | Appx. A, Exh. "6" at 34-35, Exh. "7." |
| 18. | The Arbitrator denied the claim for the $2M Note Receivable as speculative, finding that (1) the DOJ had already seized amounts equal to the PPP loans; (2) no claim or litigation was pending against the Company to recover those sums; and (3) awarding the Company $2M would result in the Company receiving a portion of fraudulently obtained PPP money. | Kiuchi Decl. ¶ 5; Exh, "3" at 47–48, 74. |
| 19. | The Arbitrator found that Kao was entitled to credit of $1,419,838.02 for charges to his Company capital accounts in 2019 and 2020 and set off of $1,986,490.00 for the 2020 current value of his Company capital account, which were effectively deducted from said capital account as of the date of the Award, November 23, 2021. | Kiuchi Decl. ¶¶ 5, 6; Exh. "3" at 52-73, 76-79, 83, Exh. "4" ¶¶ 12 - 14. |
| 20. | The Arbitrator awarded punitive damages of $4,537,610.80 (twice gross special damages) and attorneys' fees and costs of $2,725,693.49. | Kiuchi Decl. ¶ 5; Exh. "3" at 81, 95–99. |
| 21. | After applying credits for amounts already charged to Kao and the present value of Kao's capital account, the Arbitrator entered a final award of $6,125,781.80. | Kiuchi Decl. ¶¶ 5, 6; Exh. "3" at 99, Exh. "4" ¶¶ 12 - 14. |
| 22. | The Arbitrator ruled that Kao was disassociated from the Company effective as of the date of the Award, November 23, 2021. | Kiuchi Decl. ¶¶ 5; Exh. "3" at 83, |
| 23. | The Award was confirmed in the Circuit Court of the First Circuit, State of Hawai'i ("Confirming Orders"), and Final Judgment Confirming Arbitration Award was filed on April 28, 2022, in *Navatek Capital Inc. v. Martin Kao*, Civil No. 1CCV-20-0001511, Dkt. 452. | Kiuchi Decl. ¶¶ 6, 7; Exh. "4." |
| 24. | Plaintiff settled with Defendant Duke Hartman in this case for $425,000. | ECF 273 |
| 25. | Plaintiff settled with Defendant Lawrence Kahele Lum Kee for an amount submitted under seal. | ECF 280 |

4

| 26. | Plaintiff has received in excess of $3.825 million resulting from claims asserted in the Arbitration and this case. | Kiuchi Decl. ¶¶ 5, 6; Exh. "3" at 52-73, 76-79, 83, Exh. "4" ¶¶ 12 – 14; ECF 273, 280. |
|-----|------|------|
| 27. | On May 27, 2022, Kao appealed the Hawaii Circuit Court's denial of his Motion to Vacate and the Confirming Orders ("Kao's Appeal"). CAAP-22-0000364. | Kiuchi Decl. ¶¶ 11, 12. |
| 28. | On July 29, 2025, the Hawaii Intermediate Court of Appeals ("ICA") entered its Summary Disposition Order regarding Kao's Appeal | Kiuchi Decl. ¶ 13; Exh. "8." |
| 29. | On December 23, 2025, the Hawaii Supreme Court accepted Kao's Application for Writ of Certiorari ("Application"). SCWC-22-0000364. | Kiuchi Decl. ¶ 15; Exh. "9." |
| 30. | Oral argument on the Application before the Hawaii Supreme Court is scheduled for May 12, 2026 at 2:00 p.m. | Kiuchi Decl. ¶ 16. |
| 31. | On September 6, 2022, Kao entered a guilty plea to PPP fraud charges in *United States v. Martin Kao*, 1:21-cr-00061 (LEK) (D. Haw.), and was ordered to pay restitution to the SBA in the amount $12,841,490. | Declaration of Philip W. Miyoshi ("Miyoshi Decl.") ¶ 3; Exh. "10." |
| 32. | On September 27, 2022, Kao entered a guilty plea in *United States v. Martin Kao*, 1:22-cr-00048 (CJN) (D.D.C.), and was sentenced on October 23, 2025, pursuant to his Statement of Offense in Support of Guilty Plea. | Miyoshi Decl. ¶¶ 4, 5; Exhs. "11" and "12." |

DATED: Honolulu, Hawaiʻi, March 30, 2026.

MIYOSHI & HIRONAKA LLLC

*s/Philip W. Miyoshi*
PHILIP W. MIYOSHI
Attorneys for Defendant
TIFFANY JENNIFER LAM

5