IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, <br><br> Defendants. <br> _____ <br> CLIFFORD CHEN, <br><br> Cross-Claimant, <br><br> vs. <br><br> MARTIN KAO, <br><br> Cross-Claim Defendant. <br> _____ | Case 1:22-cv-00283-LEK WRP <br><br> DECLARATION OF PHILIP W. MIYOSHI; EXHIBITS "10" – "12" |

DECLARATION OF PHILIP W. MIYOSHI

I, PHILIP W. MIYOSHI, hereby declare as follows:

1.      I am an attorney admitted to practice law in the State of Hawaiʻi. I am a partner at the law firm of Miyoshi & Hironaka LLC, attorneys for Defendant TIFFANY JENNIFER LAM ("Lam") in this matter.

2.      I make this Declaration in support of Defendant Lam's Motion for Summary Judgment filed concurrently herewith.

3.      Attached hereto as Exhibit "10" is a true and correct copy of the Amended Judgment filed in *United States v. Martin Kao*, 1:21-cr-00061 (LEK) (D. Haw.) retrieved from PACER. Pursuant to FRE 201, the Court may take judicial notice of complaint because it "is not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE Rule 201.

4.      Attached hereto as Exhibit "11" is a true and correct copy of the Statement of Offense in Support of Guilty Plea filed in *United States v. Martin Kao*, 1:22-cr-00048 (CJN) (D.D.C.) retrieved from PACER. Pursuant to FRE 201, the Court may take judicial notice of this document because it "is not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE Rule 201.

5.      Attached hereto as Exhibit "12" is a true and correct copy of the Judgment filed in *United States v. Martin Kao*, 1:22-cr-00048 (CJN) (D.D.C.) retrieved from PACER. Pursuant to FRE 201, the Court may take judicial notice of

this document because it "is not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE Rule 201.

I declare under penalty of law that the foregoing statements are true and correct.

DATED:  Honolulu, Hawaii, March 30, 2026.


/s/Philip W. Miyoshi
PHILIP W. MIYOSHI