IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>DECLARATION OF GRANT FASI ALLISON |

DECLARATION OF GRANT FASI ALLISON

I, GRANT FASI ALLISON, hereby declare as follows:

1. I am a partner with the law firm of Lung Rose Voss & Wagnild ("LRVW"), attorneys for Plaintiff PacMar Technologies LLC (f/k/a Martin Defense Group, LLC) ("PacMar") in this matter.

2. I am competent to testify in the matters set forth herein and I make this declaration based upon my own personal knowledge and in support of the motion filed herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the State of Hawaii DCCA business registration webpage for the Society of Young Women Scientists and Engineers LLC ("SYWSE") that I saved.

4. Attached hereto as Exhibit 5 is a true and correct copy of a complaint filed with the Federal Election Commission that is a public record and that I introduced as an exhibit during Tiffany Lam's ("Tiffany") deposition.

5. Attached hereto as Exhibit 6 is a true and correct copy of emails that I introduced as an exhibit during Clifford Chen's ("Chen") deposition, and Chen authenticated this record. See Ex. 7, 156:22-157:4.

6. Attached hereto as Exhibit 7 is a true and correct copy of the deposition transcript of Clifford Chen taken in this matter.

7. Attached hereto as Exhibit 8 is a true and correct copy of the deposition transcript of Duke Hartman ("Hartman") taken in this matter.

8. Attached hereto as Exhibit 9 is a true and correct copy of emails that I introduced during as an exhibit during Hartman's deposition and Hartman authenticated this record. See Ex. 8, 121:8-11, 122:23-123:9.

9. Attached hereto as Exhibit 17 is a true and correct copy of emails that I introduced as an exhibit during Hartman's deposition and Hartman authenticated this record. See Ex. 8, 152:18-21, 154:3-5.

10. Attached hereto as Exhibit 18 is a true and correct copy of the deposition transcript of Tiffany taken in this matter.

11. Attached hereto as Exhibit 20 is a true and correct copy of a pleading entered as Document 33 in 22-CR-00048-CJN, which was the criminal prosecution of Kao in D.C. District Court. I downloaded this document from PACER.

12. Attached hereto as Exhibit 21 is a true and correct copy of the pleading entered as Document 102 in 21-CR-00061-LEK, which was the criminal production of Kao in Hawaii District Court. I downloaded this document from PACER.

13. Attached hereto as Exhibit 22 is a true and correct copy of the pleading entered as Document 146 in 21-CR-00061-LEK, which was the criminal production of Kao in Hawaii District Court. I downloaded this document from PACER.

14. Attached hereto as Exhibit 23 is a true and correct copy of the pleading entered as Document 151 in 21-CR-00061-LEK, which was the criminal production of Kao in Hawaii District Court. I downloaded this document from PACER.

15. Attached hereto as Exhibit 27 is a true and correct copy of the Supplemental Expert Report disclosed by PacMar in this matter by JS Held and Daniel Williams.

16. Attached hereto as Exhibit 28 is a true and correct copy of Kao's Opening Brief in before the Intermediate Court of Appeals. I downloaded this document from the Hawaii Judiciary's website.

17. Attached hereto as Exhibit 29 is a true and correct copy of the ICA's Summary Disposition Order in Kao's ICA appeal. I downloaded this document from the Hawaii Judiciary's website.

18. Attached hereto as Exhibit 30 is a true and correct copy of Kao's Application for Writ of Certiorari. I downloaded this document from the Hawaii Judiciary's website.

19. Attached hereto as Exhibit 31 is a true and correct copy of the Hawaii Supreme Court's Order Granting Kao's Application for Writ of Certiorari. I downloaded this document from the Hawaii Judiciary's website.

20. Attached hereto as Exhibit 32 is a true and correct copy of a Supplemental Brief that Kao filed with the Hawaii Supreme Court. I downloaded this document from the Hawaii Judiciary's website.

21. Tiffany has not disclosed any expert report in this matter.

I, GRANT FASI ALLISON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 27, 2026.

*/s/ Grant Fasi Allison*
GRANT FASI ALLISON