IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), Plaintiff, vs. MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, Defendants. | CASE NO. 1:22-cv-00283-LEK-WRP<br>DECLARATION OF STEVEN LOUI |

DECLARATION OF STEVEN LOUI

I, STEVEN LOUI, hereby declare as follows:

1. I am the principal of Navatek Capital Inc. ("NCI"), the majority and controlling member of Plaintiff PacMar Technologies LLC ("PacMar" or the "Company").

2. I am competent to testify in the matters set forth herein and I make this declaration based upon my own personal knowledge and in support of the motion filed herein.

3. The Company maintains business records in the normal course of its business operations, and those records include, but are not limited to, emails, documents, correspondence, and other related business records, and I am one of the Company's custodian of records for its business records.

4. From approximately March 1, 2019, through approximately November 23, 2021, Martin Kao ("Kao") was a member of PacMar, was its manager, and he had control over the Company.

5. Kao was dissociated from the Company by and through an Arbitration Award issued on November 23, 2021.

6. Upon Kao's dissociation from the Company, NCI became the only member, and since that date, NCI has taken over management and control of the Company.

7. Attached hereto as Exhibit 2 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociations from the Company. The document is titled Society of Young Women Scientists and Engineers LLC ("SYWSE") Operating Agreement.

8. Attached hereto as Exhibit 3 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is a check that the Company made

out the SYWSE and I confirm that these amounts were paid by the Company to SYWSE by this check.

9. Attached hereto as Exhibit 4 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is a check form SYWSE to 1820 PAC.

10. Attached hereto as Exhibit 10 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is a Beneficial Ownership Certification from Central pacific Bank for SYWSE.

11. Attached hereto as Exhibit 11 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is a Address Change Request from Central pacific Bank for SYWSE.

12. Attached hereto as Exhibit 12 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is a Signature Card from Central pacific Bank for SYWSE.

13. Attached hereto as Exhibit 13 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's

dissociation from the Company. The document contains emails between Roland Chang, Tiffany, and Kao.

14. Attached hereto as Exhibit 14 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document contains veracious correspondence and checks between SYWSE and universities.

15. Attached hereto as Exhibit 15 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document contains veracious correspondence and checks between SYWSE and universities.

16. Attached hereto as Exhibit 16 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The document is titled Terms of Engagement and is from William B. Canfield III.

17. Attached hereto as Exhibit 19 is a true and correct copy of a document that NCI and PacMar found in PacMar's business records after Kao's dissociation from the Company. The is titled Response of The Society of Young Women Scientists and Engineers LLC.

18. Attached hereto as Exhibit 24 is a true and correct copy of a letter that counsel that were engaged by PacMar received, and that I received from that same counsel, that was originally from the Federal Election Commission.

19. Attached hereto as Exhibit 25 is a true and correct copy of a Conciliation Agreement between the Company and the Federal Election Commission.

20. Attached hereto as Exhibit 26 is a true and correct copy of a check by which the Company paid the settlement consideration to the Federal Election Commission required in Exhibit 25.

21. Attached hereto as Exhibit 33 is a true and correct copy of the Company's Operating Agreement as of the commencement of the Arbitration.

I, STEVEN LOUI, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 27, 2026.

Steven Loui
Steven Loui (Apr 27, 2026 10:46:19 HST)

STEVEN LOUI