# EXHIBIT 17

Message
_____

To:        Clifford Chen [/o=ExchangeLabs/ou=Exchange Administrative Group
           (FYDIBOHF23SPDLT)/cn=Recipients/cn=dab8620963e14e3692474e8aac600c99-Clifford Ch]; Martin Kao
           [/o=ExchangeLabs/ou=Exchange Administrative Group
           (FYDIBOHF23SPDLT)/cn=Recipients/cn=fcc6532e0574400ebafad2aa7a7355f7-Martin Kao]
CC:        Kahele Lum Kee [/o=ExchangeLabs/ou=Exchange Administrative Group
           (FYDIBOHF23SPDLT)/cn=Recipients/cn=82966ac1795c4780857db1758a258118-Kahele Lum]
Subject:   RE: Society Letter to Cleta Mitchell
Attachments: Society of Young Women STEM background letter_2020-03-27.docx

Martin,

When you get in... I think you saw Bill Canfield's second request. Can I send this letter to him?

Saved all changes including Cliff's suggestion of dropping the word "advanced" from educational opportunities.

Thanks,
Duke


**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

**Duke Hartman, P.E.**
**Director of Programs**
(808) 342-7681
dhartman@navatekllc.com


**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Wednesday, March 25, 2020 7:48 PM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Cc:** Kahele Lum Kee <klumkee@navatekllc.com>
**Subject:** RE: Society Letter to Cleta Mitchell

We could but if this letter is going out very soon, the website is not active yet.
We could direct them to a general email for inquiries but for a communication with Cleta, I think she should go through Bill.
Also the Society is not taking an active role in selecting recipients but rather depending on the universities to take that role.

I agree with your whatever, who's sending it to Bill?


**NAVATEK**
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com


**From:** Martin Kao <MKao@navatekllc.com>
**Sent:** Wednesday, March 25, 2020 1:36 PM
**To:** Clifford Chen <cchen@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>

EXHIBIT 14
WIT: Duke Hartman
DATE: 04-24-2025
iDepo

MDG-DCGJ00097781

# EXHIBIT 17                    PAC-001562

Cc: Kahele Lum Kee <klumkee@navatekllc.com>
Subject: RE: Society Letter to Cleta Mitchell

Look fine.  We could also refer them to the website address and say that it should be operative by April 2020 for candidates to apply online.  In the meantime we've been working directly with the universities and colleges to identify recipients.

Whatever...just a pack of bitches getting free $.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

**Martin Kao**
**President & CEO**
mobile: (808) 371-0371
office: (808) 695-6648
mkao@navatekllc.com

Warning Notice:  This message and any attachments may contain technical data of which export is restricted by the Arms Export Control Act (Title 22, USC Sec 2751) or Executive Order 12470.  Violations of these export laws are subject to severe criminal penalties.  Sensitive information or proprietary material in this message is intended solely for the use of the person or entity to which it is addressed.  Any unauthorized review, use, disclosure or distribution of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of this communication and any attachments.

**From:** Clifford Chen <cchen@navatekllc.com>
**Sent:** Wednesday, March 25, 2020 12:06 PM
**To:** Duke Hartman <dhartman@navatekllc.com>
**Cc:** Kahele Lum Kee <klumkee@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** RE: Society Letter to Cleta Mitchell

Made a few edits. More personal taste more than anything else.
The bulk of the substance seems fine.

**NAVATEK**

841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekllc.com

**Cliff Chen**
**Chief Financial Officer**
mobile: (808) 379-8877
office: (808) 452-0045

cchen@navatekllc.com

**From:** Duke Hartman <dhartman@navatekllc.com>
**Sent:** Wednesday, March 25, 2020 6:38 AM
**To:** Clifford Chen <cchen@navatekllc.com>
**Cc:** Kahele Lum Kee <klumkee@navatekllc.com>; Martin Kao <MKao@navatekllc.com>
**Subject:** FW: Society Letter to Cleta Mitchell

Cliff,

FYI. Obviously you will probably want to discuss with Martin before responding. Let me know if I can help.

Thanks,
Duke

MDG-DCGJ00097782

PAC-001563

**NAVATEK**
1225 Laurel Street
Suite 114
Columbia, SC 29201
www.navatekltd.com

Duke Hartman, P.E.
Director of Programs
(808) 342-7681
dhartman@navatekllc.com

**From:** William Canfield <canfieldwilliam@gmail.com>
**Sent:** Wednesday, March 25, 2020 12:30 PM
**To:** Martin Kao <MKao@navatekllc.com>; Duke Hartman <dhartman@navatekllc.com>
**Subject:** Society Letter to Cleta Mitchell

Cleta has asked for a brief letter explaining the purpose of the Society for inclusion with her pending response to the FEC in the complaint involving the Collins superpac. What she intends to indicate in her response is that the superpac accepted a legitimate contribution from an LLC and that there is a factual basis for asserting that the LLC was not formed for the purpose of making that contribution. Attached is a draft letter to her. Please review and make any suggested modifications ASAP. Thanks, Bill.

Sent from Mail for Windows 10

MDG-DCGJ00097783

PAC-001564