IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | Case 1:22-cv-00283-LEK WRP |
| Plaintiff, | CERTIFICATE OF COMPLIANCE |
| vs. | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | |
| Defendants. | |
| CLIFFORD CHEN, | |
| Cross-Claimant, | |
| vs. | |
| MARTIN KAO, | |
| Cross-Claim Defendant. | |

CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to LR7.4(c) and (e), Defendant Tiffany Jennifer Lam's Reply Memorandum in Support of Motion for Summary Judgment is in 14-point Times New Roman font and contains 3,748 words.

DATED:  Honolulu, Hawaii, May 4, 2026.

MIYOSHI & HIRONAKA LLLC

*/s/Philip W. Miyoshi*
PHILIP W. MIYOSHI
Attorney for Defendant
TIFFANY JENNIFER LAM