IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), ) ) | Case 1:22-cv-00283-LEK WRP |
| Plaintiff, ) ) | CERTIFICATE OF SERVICE |
| vs. ) ) | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |
| CLIFFORD CHEN, ) ) | |
| Cross-Claimant, ) ) | |
| vs. ) ) | |
| MARTIN KAO, ) ) | |
| Cross-Claim Defendant. ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following counsels of record, or have electronically delivered a

copy as noted below:

CRYSTAL K. ROSE, ESQ.                    CM/ECF
RYAN H. ENGLE, ESQ.
GRANT FASI ALLISON, ESQ.
Lung Rose Voss & Wagnild
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
crose@legalhawaii.com
rengle@legalhawaii.com
gallison@legalhawaii.com

LYLE S. HOSODA                           CM/ECF
SPENCER J. LAU
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
lsh@hosodalaw.com
sjl@hosodalaw.com

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

KEITH M. KIUCHI, ESQ.                    CM/ECF
1001 Bishop Street, Suite 985
Honolulu, Hawaii  96813
kkiuchi106@cs.com

Attorney for Defendants
MARTIN KAO and SOCIETY OF
YOUNG WOMEN SCIENTISTS
AND ENGINEERS, LLC.

CLIFFORD CHEN          Electronic Delivery
4846 Sierra Drive
Honolulu, HI 96816
cliff.hw.chen@gmail.com

Defendant *Pro Se*

DATED:  Honolulu, Hawaii, May 4, 2026.

                                 */s/Philip W. Miyoshi*
                                 PHILIP W. MIYOSHI
                                 Attorney for Defendant
                                 TIFFANY JENNIFER LAM