IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PACMAR TECHNOLOGIES LLC )    CV 22-00283 LEK-WRP
fka MARTIN DEFENSE GROUP, )
LLC , )
                        )
         Plaintiff, )
                        )
    vs. )
                        )
MARTIN KAO; TIFFANY )
JENNIFER LAM, aka JENNY LAM )
and/or TIFFANY KAO; )
LAWRENCE KAHELE LUM KEE; )
CLIFFORD CHEN; DUKE )
HARTMAN; SOCIETY OF )
YOUNG WOMEN SCIENTISTS )
AND ENGINEERS LLC, )
                        )
       Defendants. )
_____ )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 30, 2026 and

served on all parties on May 1, 2026, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Defendant Lum Kee's Petition for Determination of

Good Faith Settlement and Plaintiff's Joinder", ECF No. 346, are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 13, 2026.



/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge