IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) ) ) | CASE NO. 1:22-cv-00283-LEK-WRP |
| | ) ) | DECLARATION OF GRANT FASI ALLISON |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| CLIFFORD CHEN, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| MARTIN KAO, | ) ) | |
| Cross-Claim Defendant. | ) ) ) | |
| _____ | ) | |

## DECLARATION OF GRANT FASI ALLISON

I, GRANT FASI ALLISON, declare as follows:

1.      I am a partner at the law firm of Lung Rose Voss & Wagnild and am one of the attorneys representing the Plaintiff PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC) ("PacMar") in the above-captioned matter.  I am licensed to practice law before all the state and federal courts in the State of Hawai'i.

2.      I am competent to testify as to the matters set forth herein and make this declaration based upon my own personal information and knowledge.

3.      On August 15, 2024, I received a copy of Defendant MARTIN KAO's ("Kao") Response to PacMar's First Request for Production of Documents. I received Kao's written response *after* PacMar filed its Motion to Compel [Dkt. 142].

4.      On October 4, 2024, I received a copy of Defendant SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC's ("SYWSE") Response to PacMar's First Request for Production of Documents.  I received SYWSE's response after PacMar filed its Motion to Compel [Dkt. 142].

5.      Despite receiving written responses from Kao and SYWSE (collectively, "Defendants") on August 15, 2024 and October 4, 2024, respectively, I did not receive any documents requested in PacMar's discovery requests.

1577956.3

6.      Even after the Court granted PacMar's Motion to Compel [Dkt. 142] and Second Motion to Compel [Dkt. 164], Defendants continued to improperly withhold discovery on the basis of Kao's Fifth Amendment privilege.

7.      Given the circumstances surrounding Kao's sudden relocation from the Federal Correctional Institution Sheridan to another undisclosed federal detention facility, the Parties agreed to cancel Kao's deposition that was set to be held on February 27, 2026 and February 28, 2026.

8.      Until the Parties attended a Court-mandated meet and confer on April 29, 2026, Defendants' counsel, Keith Kiuchi, Esq., never provided formal or informal notice of his intent to take Kao's deposition or of his plans to use Kao's deposition testimony in lieu of live testimony at trial.

9.      During the meet and confer on April 29, 2026, Mr. Kiuchi only then made clear that he intended to hijack Plaintiff's intended deposition of Kao to also depose his own client, and additionally suggested that he use his deposition testimony in lieu of live testimony at trial.

10.     Attached hereto as **Exhibit A** is a true and correct copy of Kao's Response to PacMar's First Request for Production of Documents.

11.     Attached hereto as **Exhibit B** is a true and correct copy of SYWSE's Response to PacMar's First Request for Production of Documents.

2

1577956.3

12.     Attached hereto as **Exhibit C** is a true and correct copy of Kao's sentencing order issued in the criminal case entitled, *United States v. Kao*, Case No. 1:21-cr-00061-LEK-1 & 1:23-cr-00003-LEK-1.  I respectfully ask the Court to take judicial notice of Exhibit C, as it is a public court record.  Fed. R. Evid. 201.

13.     Attached hereto as **Exhibit D** is a true and correct copy of the email thread between myself and Mr. Kiuchi discussing a mutually agreeable date to hold Kao's deposition.

14.     Attached hereto as **Exhibit E** is a true and correct copy of the email I received my co-counsel, Lyle S. Hosoda, Esq., informing me that he just received an email from the Federal Bureau of Prisons that Kao had been transferred to an undisclosed location and would not be available on the agreed upon deposition dates.

3

1577956.3

15.     Attached hereto as **Exhibit F** is a true and correct copy of the Second Stipulation and Order modifying conditions of Pretrial Release, filed September 11, 2024 [Dkt. 141], which was filed in the criminal case entitled, *United States v. Kao*; Case No. 1:21-cr-00061-LEK.  I respectfully ask the Court to take judicial notice of Exhibit F, as it is public court record.  Fed. R. Evid. 201.

I, GRANT FASI ALLISON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaiʻi, June 25, 2026.


                                        */s/ Grant Fasi Allison*
                                        GRANT FASI ALLISON

4

1577956.3