KEITH M. KIUCHI #2735
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
Telephone: (808) 533-2230
Facsimile: (808) 533-4391
E-Mail: kkiuchi106@cs.com

Attorney for Defendants Martin Kao, Tiffany Lam, and
Society of Young Women Scientists and Engineers, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | ) Case 1:22-cv-00283-WRP<br>)<br>)<br>) DEFENDANT MARTIN<br>) KAO'S RESPONSE TO<br>) PLAINTIFF PACMAR<br>) TECHNOLOGIES LLC'S<br>) FIRST REQUEST FOR<br>) PRODUCTION OF<br>) DOCUMENTS TO<br>) DEFENDANT MARTIN<br>) KAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MARTIN KAO'S RESPONSE TO PLAINTIFF PACMAR TECHNOLOGIES LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MARTIN KAO

1

EXHIBIT A

MARTIN KAO ("Defendant") hereby provides his response to *Plaintiff PacMar Technologies LLC's First Request For Production Of Documents To Defendant Martin Kao* (the "Request").

## GENERAL OBJECTIONS PERTAINING TO REQUEST

Defendant objects to instructions and definitions to the extent that they are vague, ambiguous, unduly burdensome, and/or impose an obligation not required by the Federal Rules of Civil Procedure ("FRCP").

Defendant objects to the requests to the extent they seek documents that are not relevant.

Defendant objects to any request that is not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and the extent to which the burden or expense of the proposed discovery outweighs its likely benefit.

Defendant objects to any duty to supplement beyond that required by FRCP Rule 26.

Defendant objects to the document requests to the extent they seek privileged communications or documents not subject to discovery, including, but not limited to attorney-client communications and information protected from

2

discovery by the work-product doctrine.  Any disclosure of privileged or protected documents or communications is inadvertent and not intended to waive any privilege or protection.

Each of these general objections is incorporated into each of the responses set forth below.  Each of the responses contained herein are made subject to, and without waiving, each of these general objections and/or the further specific objections set forth below.  All objections contained herein are made by the undersigned counsel for Defendant.

Dated: Honolulu, Hawaii, August 15, 2024.

/s/ Keith M. Kiuchi
Keith M. Kiuchi
Attorney for Defendant Martin Kao

3

## **RESPONSES TO REQUESTS FOR PRODUCTION**

Objections are raised as to all the requests.  An objection does not necessarily mean that responsive documents exist.

### **Document Request Nos. 1 - 3:**

OBJECTION:

Defendant Kao objects to these requests on the basis that they are overly broad.

/s/  Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced. Mr. Kao asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.

### **Document Request No. 4:**

OBJECTION:

Defendant Kao objects to this request asserting the marital privilege.

/s/  Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced. Mr. Kao also asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.

**Document Request Nos. 5 - 55:**

Response: No documents will be produced. Mr. Kao asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.

Mr. Kao also affirmatively states that he does not have any of the requested documents in his possession.

**Document Request Nos. 56 - 57:**

Response: At this time Mr. Kao has not retained any experts and therefore has nothing to produce.

**Document Request Nos. 58 - 62:**

OBJECTION:

Defendant Kao objects to these requests on the basis that they are overly broad.

/s/  Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced. Mr. Kao asserts the Privilege Against Self-Incrimination as set forth the Fifth Amendment of the United States Constitution, and Article I, Section 10 of the Hawai'i Constitution.