KEITH M. KIUCHI #2735
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
Telephone: (808) 533-2230
Facsimile: (808) 533-4391
E-Mail: kkiuchi106@cs.com

Attorney for Defendants Martin Kao, Tiffany Lam, and
Society of Young Women Scientists and Engineers, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARTIN DEFENSE GROUP, LLC, AND NAVATEK HOLDINGS LLC<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; GARY AMBROSE; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | ) Case 1:22-cv-00283-WRP<br>)<br>)<br>) DEFENDANT SOCIETY<br>) OF YOUNG WOMEN<br>) SCIENTISTS AND<br>) ENGINEERS LLC'S<br>) RESPONSE TO<br>) PLAINTIFF PACMAR<br>) TECHNOLOGIES LLC'S<br>) FIRST REQUEST FOR<br>) PRODUCTION OF<br>) DOCUMENTS TO<br>) DEFENDANT SOCIETY<br>) OF YOUNG WOMEN<br>) SCIENTISTS AND<br>) ENGINEERS LLC<br>)<br>)<br>) |

**DEFENDANT SOCIETY OF YOUNG WOMEN SCIENTISTS AND
ENGINEERS LLC'S RESPONSE TO PLAINTIFF PACMAR
TECHNOLOGIES LLC'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO DEFENDANT SOCIETY OF YOUNG WOMEN
SCIENTISTS AND ENGINEERS LLC**

EXHIBIT B

Defendant SOCIETY OF YOUNG WOMEN SCIENTISTS AND

ENGINEERS LLC ("Defendant") hereby provides their response to *Plaintiff*

*PacMar Technologies LLC's First Request For Production Of Documents To*

*Defendant Society of Young Women Scientists and Engineers LLC* (the "Request").

## GENERAL OBJECTIONS PERTAINING TO REQUEST

Defendant Society of Young Women Scientists and Engineers LLC

(SYWSE) object to instructions and definitions to the extent that they are vague,

ambiguous, unduly burdensome, and/or impose an obligation not required by the

Federal Rules of Civil Procedure ("FRCP").

Defendant objects to the requests to the extent they seek documents that are

not relevant.

Defendant objects to any request that is not proportional to the needs of the

case, considering the importance of the issues at stake in the action, the amount in

controversy, the parties' relative access to relevant information, the parties'

resources, the importance of the discovery in resolving the issues, and the extent to

which the burden or expense of the proposed discovery outweighs its likely

benefit.

Defendant objects to any duty to supplement beyond that required by FRCP

Rule 26.

Defendant objects to the document requests to the extent they seek privileged communications or documents not subject to discovery, including, but not limited to attorney-client communications and information protected from discovery by the work-product doctrine. Any disclosure of privileged or protected documents or communications is inadvertent and not intended to waive any privilege or protection.

Defendant SYWSE further objects on the basis that: (a) SYWSE has been involuntarily dissolved by the Dept. of Commerce and Consumer Affairs on May 3, 2024 and thus no longer exists; and (b) almost all of the documents requested are already in the possession of Plaintiff for the reasons set forth below.

Each of these general objections is incorporated into each of the responses set forth below. Each of the responses contained herein are made subject to, and without waiving, each of these general objections and/or the further specific objections set forth below. All objections contained herein are made by the undersigned counsel for Defendant.

Dated: Honolulu, Hawaii, October 4, 2024.

/s/ Keith M. Kiuchi
Keith M. Kiuchi
Attorney for Defendant SYWSE

## AMENDED RESPONSES TO REQUESTS FOR PRODUCTION

Objections are raised as to all the requests.  An objection does not necessarily mean that responsive documents exist.

### Document Request Nos. 1 - 62:

OBJECTION:

Defendant SYWSE objects to these requests on the basis that they are overly broad.

/s/  Keith M. Kiuchi
Keith M. Kiuchi

Response: No documents will be produced for the following reasons:

1.      SYWSE was involuntarily dissolved by the Dept. of Commerce and Consumer Affairs on May 3, 2024.  At the time of this dissolution, Tiffany Jennifer Lam was the Manager of SYWSE and Martin Kao was its agent for service of process.  Neither Ms. Lam or Mr. Kao have any records or documents in their possession responsive to the request as to SYWSE, and SYWSE kept no records in a separate repository.

2.      The production request is similar to the request to Mr. Kao.  Mr. Kao will produce documents as set forth in his response, which may in part respond to these questions.

3.      When Mr. Kao was arrested on Sept. 30, 2020, any and all documents relating to SYWSE were either in his office, which was in Plaintiff's office, or on his laptop computer and desktop computer, which are both in the possession of Plaintiff.  Mr. Kao did not separately keep the data on SYWSE on any electronic device.  Thus, Mr. Kao believes that the requested documents are in the possession of Plaintiff.

*AliiReporting@hawaii.rr.com*                                    *Fax #   (808) 394-2558*

# *Savo & Associates, Inc.*
# *dba Ali'i Court Reporting*

### *(808) 394-Alii (2544)*

*956 Uwao Street*
*Honolulu, Hawaii  96825*

*To:*  Keith M. Kiuchi, Esq.
Law Office of Keith Kiuchi
American Savings Bank Tower
1001 Bishop Street, Suite 985
Honolulu, Hawaii  96813

*Federal ID No. 20-3015191*

*Invoice No:*  58962

*Date:*   10/4/2024

========================================================================

1CC-14-1002603

*Re:*  Deutsche Bank National Trust
Company
vs.
Joyce A. Chandler, et al.

| | |
|---|---|
| *Transcript (4-day expedite)* | 495.39T |
| *Appearance (in person)* | 185.00T |
| *Exhibits* | 34.20T |
| *Storage/Signature* | 45.00T |
| *Condensed Transcript/Key Word Index* | 0.00T |

Deposition of:    Reginald K.T. Yee, Esq.

Taken on        September 30, 2024

| | |
|---|---|
| *Subtotal* | $759.59 |
| *GE Tax* | $35.79 |
| *Balance Due* | $795.38 |

*Reporter:*  Laura Savo, CSR, RPR

*Terms:  Due on receipt*

### *Thank you!*

| Please make check payable to |
|---|
| Ali'i Court Reporting. |

*Now accepting*
*MasterCard/Visa/AMEX.*

*www.courtreporterhawaii.com*