| | |
|---|---|
| **From:** | Keith M Kiuchi |
| **To:** | "Keith Kiuchi"; Grant F. Allison |
| **Cc:** | Crystal K. Rose; Lyle S. Hosoda; John D. Ferry III; Kira J. Goo; Nelson Kwok |
| **Subject:** | Re: PacMar-Kao; Depos |
| **Date:** | Friday, February 13, 2026 2:40:36 PM |

You don't often get email from kkiuchi106@cs.com. Learn why this is important

I will do so.

On Friday, February 13, 2026 at 01:55:32 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

Thanks for the response, please reserve the dates for the deposition.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Friday, February 13, 2026 12:13 PM
**To:** 'Keith Kiuchi' <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>; Lyle S. Hosoda <lsh@hosodalaw.com>; John D. Ferry III <jferry@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I am open to doing the depositions on Feb. 27 - 28.  I am not available before Feb. 27 because I am set for a trial in Kona from Feb. 24- 26.  After Feb. 28, I am not available until the last week of March for two consecutive days because I will be out of state from March 4 - 17.

Keith

EXHIBIT C

On Friday, February 13, 2026 at 11:47:10 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith –

Following up on this request.  Given the short time until he 18th and these new details, the 18th will not work.  Moreover, given the limitations of a phone interview, I will conduct the depos in person.  Therefore, please provide 2 consecutive days before the end of February when you produce Martin for the depos.  I request to have these dates by Tuesday, 2/17.  I continue wiling to do the depositions on the weekend.  If we cannot quickly resolve the ongoing difficulties over depo dates, I will need to raise it with the Court.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Wednesday, February 11, 2026 10:12 AM
**To:** 'Keith Kiuchi' <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>; Lyle S. Hosoda <lsh@hosodalaw.com>; John D. Ferry III <jferry@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I was not aware of the time limitation, as the last time that Martin and I talked he mentioned the challenges of having his deposition taken.  I will look on those two dates and see how early we can start.

Keith

On Wednesday, February 11, 2026 at 10:07:37 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Kieth,

FCI Sheridan reports that depositions cannot go past 2:00 pm Oregon time, which is 12 Noon in Hawaii.  Therefore, the depositions you are offering are only 2 hours long, which is not reasonable.

FCI Sheridan reports that depositions can start as early as 8:30 am Oregon time.  Please provide days when you will produce Martin starting at 6:30 am HST (which is 8:30 am Oregon Time).

FCI Sheridan also reports that only telephone depositions are allowed, and you must call the prison directly to verify you are counsel for Mr. Kao and to arrange a date and time. FCI Sheridan also requires that the deponents counsel provide the call-in phone number to FCI Sheridan.

Please provide requested dates by this Friday so that these depositions can be scheduled, and confirm that you have called or will call FCI Sheridan to confirm your representation of Martin Kao and to provide the phone number for the deposition.  FCI Sheridan's phone number is 503-843-4442.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

3

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, February 10, 2026 10:06 AM
**To:** 'Keith Kiuchi' <kkiuchi@khilaw.com>; Grant F. Allison
<gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>; Lyle S. Hosoda
<lsh@hosodalaw.com>; John D. Ferry III <jferry@legalhawaii.com>; Kira J. Goo
<kgoo@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I am open on Friday, Feb. 27 beginning at 10 am.  After that my next availability will not be until
March 19, because I will be on vacation from March 4 - 17.

Keith

On Tuesday, February 10, 2026 at 09:50:17 AM HST, Grant F. Allison
<gallison@legalhawaii.com> wrote:

Keith,

Please provide another date for Martin's second deposition.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

**From:** Grant F. Allison <gallison@legalhawaii.com>
**Sent:** Wednesday, February 4, 2026 11:02 AM
**To:** Keith M Kiuchi <kkiuchi106@cs.com>; Keith Kiuchi <kkiuchi@khilaw.com>

**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** RE: PacMar-Kao; Depos

Keith,

I am available on 2/18, and will take one of the depos on that day. I am not available on either of the other proposed days, please propose some additional days. Once I know the second day, I will let you know which day is the personal depo and which is the 30(b)(6).

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone: (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, February 3, 2026 10:06 AM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I have back to back trials the last week of February. Other than that I am available from 10 am forward on the following dates: Feb. 11, Feb. 17, Feb. 18.

Keith

On Friday, January 30, 2026 at 11:32:58 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

As these dates did not work for us, please provide a few dates in February when you are available for these depositions.  They will be conducted over zoom.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, December 16, 2025 3:58 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

On Jan. 8, I have a hearing on 1 pm (ironically with your firm on the other side)

On Jan. 12 I am open for most of the day.

On Jan. 13 I am available from 10 a.m.

Keith

On Tuesday, December 16, 2025 at 03:06:11 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

I am not available on either January 7 or 9, which I provided in my email below.  Can you do January 8th, 12th or 13th?

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, December 16, 2025 9:58 AM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

It looks like I will be open for most of the day on Jan. 7th, and if the settlement conference is moved for that one client, I would also be available on Jan. 9th.

Keith

On Monday, December 15, 2025 at 10:20:14 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith –

Following-up, did your other deposition get scheduled and can you provide dates for Kao's 2 depositions?  I need to block days on my calendar.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Wednesday, December 10, 2025 10:19 AM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Thanks.

On Wednesday, December 10, 2025 at 10:18:02 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith - I am not available on January 6th, 7th, or 9th, but other days in early January are available.  I can do January 4th, 5th, 8th, 10th, 11th, 12th or 13th, however, on January 5th I am only available before 2 pm, so that day is probably out.  Some of these days are weekends days and I will do it on a weekend if those are the best available days.

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Wednesday, December 10, 2025 10:10 AM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison

8

<gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

That would be my intention as well.  I have an all day settlement conference on Jan. 9, and some items on the 5th and 6th.

Keith

On Wednesday, December 10, 2025 at 10:02:32 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith, thank you, let's plan on doing the depos over zoom shortly after you return from your trip and during the first week of January.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Wednesday, December 10, 2025 9:38 AM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

9

I'm waiting on the scheduling of a deposition where the trial is set at the end of January.  Once I get that, I can give you a couple of dates.  I will be on the mainland from Dec. 22 through Jan. 2.

Keith

On Tuesday, December 9, 2025 at 03:49:28 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith –

Thanks.  Will you provide dates when you are available so I can ask the Court to order the depo to occur on those dates?

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, December 9, 2025 3:47 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I sent a letter once before at least two months ago, and did not get a response for two weeks.  I may try another avenue using Tiffany.

Keith

On Tuesday, December 9, 2025 at 03:44:08 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith—

Thank you.  Please tell me how long it typically takes for you to communicate with Martin, it is reasonable for me know the timeline for when you say you can respond to my request – particularly given that you said you would provide dates on this past Monday.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, December 9, 2025 3:42 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

I approve the stipulation.

On Tuesday, December 9, 2025 at 12:14:06 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith –

Last Thursday you told me you would provide dates on Monday,

which was yesterday.  Now you say you need to hear back from Martin, but you also previously told me those correspondences are made through USPS mail.

Please provide dates like you said you would, or tell me when you reasonably believe you will hear back from Martin based on prior timing of correspondence between you and Martin.

Do you approve the stip?

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Tuesday, December 9, 2025 12:09 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

I am in trial through today and will respond once Martin responds to me.

Keith

On Tuesday, December 9, 2025 at 09:42:53 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

Following up, please provide me at least two dates for the depositions of Martin Kao and SYWSE 30(b)(6) representative.

12

Please also let me know if you approve the attached, all other parties approved.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone: (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Grant F. Allison
**Sent:** Thursday, December 4, 2025 1:50 PM
**To:** 'Keith M Kiuchi' <kkiuchi106@cs.com>; Keith Kiuchi <kkiuchi@khilaw.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** RE: PacMar-Kao; Depos

Thanks, Keith, please let me know about dates for both Martin individually, and as the SYWSE rep.

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone: (808) 523-9000

E-mail: gallison@legalhawaii.com

---

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Thursday, December 4, 2025 12:32 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

13

I am in trial until Monday and will get you some dates then.

Keith

On Thursday, December 4, 2025 at 10:24:41 AM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

I assume Martin is available every day, baring something extraordinary happening.  Therefore, shall I ask the court for an order setting the date that can then be provided to FCI Sheridan?  Give me a few dates when you are available and when we have a date, I will ask the court for an order.  Call me if you want to discuss.

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Wednesday, December 3, 2025 4:42 PM
**To:** Keith Kiuchi <kkiuchi@khilaw.com>; Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Crystal K. Rose <crose@legalhawaii.com>
**Subject:** Re: PacMar-Kao; Depos

Grant -

The only way I can communicate with Martin is by snail mail.  I have already sent him a letter about other matters and can send a letter out to him about scheduling the deposition.

14

Keith

On Tuesday, December 2, 2025 at 03:48:23 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

Please provide availability for depositions of Martin Kao and for SYWSE 30(b)(6) (which you have stated will also be Martin) to occur before December 20th. See Attached EO, no. 7, page 2. We will need 2 different days, 1 for each deposition. I understand Martin is currently held in FCI Sheridan in Sheridan, Oregon. I will take the depositions over zoom, and will coordinate the depositions through Veritext.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Attorneys at Law

Topa Financial Center

700 Bishop Street, Suite 900

Honolulu, Hawai'i 96813

Telephone:  (808) 523-9000

Fax:  (808) 533-4184

E-mail: gallison@legalhawaii.com

Webpage:  www.legalhawaii.com

_____

**CONFIDENTIALITY.**  This electronic mail message originated from the law office of Lung Rose Voss & Wagnild, Topa Financial Center, 700 Bishop Street, Suite 900, Honolulu, Hawai'i 96813.  It was intended only for the confidential use of the designated recipient(s) and may include privileged and confidential attorney-client communication.  If you have received this communication in error, please notify us (808) 523-9000.  Any review, distribution, or copying of this message is prohibited.  Thank

15

you for your assistance.