| From: | Keith M Kiuchi |
|---|---|
| To: | Grant F. Allison |
| Cc: | Lyle Hosoda (lsh@hosodalaw.com); Spencer Lau; Crystal K. Rose; John D. Ferry III; Kira J. Goo |
| Subject: | Re: PacMar Technologies fka Martin Defense Group v. Martin Kao; Tiffany Jennifer, Civ. No. 1:22-cv-00283 LEK-WRP |
| Date: | Tuesday, February 24, 2026 7:38:03 PM |

Grant -

I am in trial in Kona until Thursday.

I do not know where Martin was moved to, nor does his wife.  You may not understand this, but this is how the BOP works, and not even his wife was told he would be moved.  I don't think his situation will change on the move, but it is possible that he will be placed in a program.  I don't have a problem with the Monday conference acting as a meet and confer, but his availability is out of everyone's control.  I have no way of having him return to Hawaii for trial so unless by some miracle he is transferred to Hawaii (which is highly unlikely to happen), he will not be attending trial.

Keith

On Monday, February 23, 2026 at 06:42:41 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:


Keith,


Thanks for holding the meet and confer with Lyle Hosoda and me today over depo availability for Martin Kao and SWYSE 30(b)(6).  To confirm, you do not know where Mr. Kao is transferred to yet, but you will try to find out and will update us if and when you find out.  We also understand that you are unavailable for any depositions between March 4 and 17, and that you offered days during the week of March 23-27 as being available for you, but you don't know if Mr. Kao is available on those dates.  You also reported that Mr. Kao will not attend or testify at his trial, and that we satisfied our meet and confer obligations under LR 7.8 should we file a rule 37 motion.  Please keep us updated.


Thanks,

Grant


**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

1

EXHIBIT D

**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Monday, February 23, 2026 12:25 PM
**To:** Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Lyle Hosoda (lsh@hosodalaw.com) <lsh@hosodalaw.com>; Spencer Lau <sjl@hosodalaw.com>; Crystal K. Rose <crose@legalhawaii.com>; John D. Ferry III <jferry@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>
**Subject:** Re: PacMar Technologies fka Martin Defense Group v. Martin Kao; Tiffany Jennifer, Civ. No. 1:22-cv-00283 LEK-WRP


533-2230


On Monday, February 23, 2026 at 12:23:02 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:


Keith,


I will call you at 3 pm.  What is the best number to call you on?


Grant


**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com


**From:** Keith M Kiuchi <kkiuchi106@cs.com>
**Sent:** Monday, February 23, 2026 12:22 PM
**To:** Grant F. Allison <gallison@legalhawaii.com>
**Cc:** Lyle Hosoda (lsh@hosodalaw.com) <lsh@hosodalaw.com>; Spencer Lau <sjl@hosodalaw.com>; Crystal K. Rose <crose@legalhawaii.com>; John D. Ferry III <jferry@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>
**Subject:** Re: PacMar Technologies fka Martin Defense Group v. Martin Kao; Tiffany Jennifer, Civ. No. 1:22-cv-00283 LEK-WRP


Grant -

I start a trial in Kona tomorrow that is expected to last two days, and I am preparing for that trial.  I can make myself available at 3 pm today.  In the meantime I will phone Phil Miyoshi, as Tiffany Lam would be the best person to know where Martin has been transferred to.

Keith

On Monday, February 23, 2026 at 12:11:28 PM HST, Grant F. Allison <gallison@legalhawaii.com> wrote:

Keith,

I trust that you received the email communication from the Bureau of Prisons ("BOP") at 9:30 a.m. after BOP received Lyle Hosoda's email sent at 6:30 a.m. (Hawaii time) today that transmitted the Stipulation and Order signed by the Court.  BOP's email, which is below, informed us that "this inmate departed this morning on transfer to another institution. He is not available for your requested deposition." You provided February 27th and 28th as dates for the depositions, and you signed the Stipulation and Order on Friday, which was filed and submitted this morning.

We need to meet and confer immediately. Please let us know your availability.

Thanks,

Grant

**Grant Fasi Allison**

Lung Rose Voss & Wagnild

Telephone:  (808) 523-9000

E-mail: gallison@legalhawaii.com

**From:** SHE-ExecAssistant-S (BOP) <SHE-ExecAssistant-S@bop.gov>
**Sent:** Monday, February 23, 2026 9:39 AM
**To:** Lyle S. Hosoda <lsh@hosodalaw.com>
**Cc:** Keith M Kiuchi <kkiuchi106@cs.com>; Phil Miyoshi <philip@808-law.com>; Randall Hironaka <randy@808-law.com>; Scott Kubota <scott.kubota@gmail.com>; Derek Kobayashi <dkobayashi@schlackito.com>; Crystal K. Rose <crose@legalhawaii.com>; Grant F. Allison <gallison@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>; John D. Ferry

III <jferry@legalhawaii.com>; Nelson Kwok <jkwok@legalhawaii.com>; Spencer
Lau <sjl@hosodalaw.com>
**Subject:** Re: PacMar Technologies fka Martin Defense Group v. Martin Kao;
Tiffany Jennifer, Civ. No. 1:22-cv-00283 LEK-WRP

> Some people who received this message don't often get email from she-execassistant-
> s@bop.gov. Learn why this is important

Please be advised, this inmate departed this morning on transfer to another institution.  He is not
available for your requested deposition.

---

**From:** Lyle S. Hosoda <lsh@hosodalaw.com>
**Sent:** Monday, February 23, 2026 8:39 AM
**To:** SHE/Attorney_Notification@bop.gov <SHE/Attorney_Notification@bop.gov>;
SHE-ExecAssistant-S (BOP) <SHE-ExecAssistant-S@bop.gov>
**Cc:** Keith M Kiuchi <kkiuchi106@cs.com>; Phil Miyoshi <philip@808-law.com>;
Randall Hironaka <randy@808-law.com>; Scott Kubota
<scott.kubota@gmail.com>; Derek Kobayashi <dkobayashi@schlackito.com>;
Crystal K. Rose <crose@legalhawaii.com>; Grant F. Allison
<gallison@legalhawaii.com>; Kira J. Goo <kgoo@legalhawaii.com>; John D. Ferry
III <jferry@legalhawaii.com>; Nelson Kwok <jkwok@legalhawaii.com>; Spencer
Lau <sjl@hosodalaw.com>
**Subject:** [EXTERNAL] PacMar Technologies fka Martin Defense Group v. Martin
Kao; Tiffany Jennifer, Civ. No. 1:22-cv-00283 LEK-WRP

Dear Sir or Madam:

I am attaching herewith a Stipulation and Order signed by United States District Court for the District of
Hawaii, the Honorable Wes Reber Porter this morning. We worked on this Stipulation and Order all of last
week and attempted to send drafts to you to make sure that everything was in order. When I did not get a
response, I submitted it to court and it got signed and filed.

The subject depositions are scheduled for this Friday, February 27th and Saturday, February 28th. I am
requesting that a representative of the Sheridan FCP facility be assigned to help coordinate and facilitate
these depositions.

I would appreciate a return email or phone call. My cell number is (808) 927-2510. I will send the notices
of taking deposition shortly, but since the court granted the order just this morning at 6:00 a.m. I wanted to
get this to you as soon as possible.

Aloha, Lyle