LAW OFFICE OF VICTOR J. BAKKE
VICTOR J. BAKKE          5749
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 369-8170
Facsimile: (808) 369-8179
E-Mail: vbakke@bakkelawfirm.com

Attorney for Defendant
MARTIN KAO

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>MARTIN KAO,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 21-00061 LEK<br><br>**SECOND STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

### SECOND STIPULATION AND ORDER
### MODIFYING CONDITIONS OF PRETRIAL RELEASE

WHEREAS, Defendant MARTIN KAO has requested permission to travel to Cambridge, Massachusetts, to attend up to 4 courses ("full time student," 16 graduate unit credits) at Harvard University for the 2024 Fall Semester,  running from September 03, 2024, to December 21, 2024, in order to engage in higher education and activities that provide rehabilitation, sense of purpose, self-refinement, and dignity to his life given the destruction he has  done to his own worth;

1

EXHIBIT F

AND WHEREAS, Mr. Kao in coordination with his attorneys and Senior United States Probation Officer Erik S. Iverson will return to Honolulu, Hawaii for any required court appearance(s) for sentencing during this time period.

AND WHEREAS, Mr. Kao will continue to be subject to the Smartlink check-ins and Soberlink breathalyzer testing and be otherwise supervised by the United States Probation Office;

AND WHEREAS, Senior United States Probation Officer Erik S. Iverson and Assistant United States Attorney Craig S. Nolan have no objection to the requested travel,

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of Defendant MARTIN KAO's pretrial release be modified as follows:

**MODIFICATION:**

Defendant is permitted to travel to Cambridge, Massachusetts, to attend four Harvard University fall 2024 semester courses, running from September 3, 2024, to December 21, 2024. Travel dates, not to exceed five (5) days in advance of, and at the conclusion of, his classes, will be provided to the U.S. Probation Office for approval; Defendant shall provide the U.S. Probation Office with a copy of his travel itinerary, lodging, and contact information prior to his departure.

Defendant shall continue to be supervised by the U.S. Probation Office in the District of Hawaii and is subject to Smartlink check-ins and Soberlink breathalyzer testing. Defendant will check in with the U.S. Probation Office as directed upon his return to Honolulu.

All other conditions of release remain in effect.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, September __, 2024.

*/s/ Victor J. Bakke*

Victor J. Bakke
Attorney for Defendant
MARTIN KAO

/s/ Craig S. Nolan

CRAIG S. NOLAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

ERIK S. IVERSON
Senior United States Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii,   September 11, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**SECOND STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE; <u>United States v. Martin Kao</u>, Cr. No. 23-00003 LEK United States District Court, District of Hawaii**