IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) ) ) | CASE NO. 1:22-cv-00283-LEK-WRP |
| | ) | CERTIFICATE OF WORD COUNT |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| CLIFFORD CHEN, | ) ) | |
| Cross-Claimant, | ) ) | |
| vs. | ) ) | |
| MARTIN KAO, | ) ) | |
| Cross-Claim Defendant. | ) ) ) | |
| _____ | ) | |

1577956.3

## CERTIFICATE OF WORD COUNT

Pursuant to Rule LR7.4(e) of the Local Rules of Practice for the United States District Court for the District of Hawai'i, I hereby certify that the foregoing memorandum contains 3,916 words, exclusive of caption and signature block.  The memorandum uses a 14-point Times New Roman font.

DATED:  Honolulu, Hawai'i, June 25, 2026.

*/s/ Kira J. Goo*
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
KIRA J. GOO
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

1577956.3