IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) CASE NO. 1:22-cv-00283-LEK-WRP |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| CLIFFORD CHEN, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTIN KAO, | ) |
| | ) |
| Cross-Claim Defendant. | ) |
| _____ | ) |

1577956.3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a true

and correct copy of the foregoing document was served upon the following parties

via CM/ECF electronic filing and U.S. Mail, postage prepaid on June 25, 2026:

KEITH M. KIUCHI, ESQ.                    [*Via CM/ECF*]
(*kkiuchi106@cs.com*)
1001 Bishop Street, Suite 985
Honolulu, Hawaiʻi 96813

Attorney for Defendant/Cross-Claim Defendant
MARTIN KAO and Defendant SOCIETY OF YOUNG
WOMEN SCIENTISTS AND ENGINEERS LLC

PHILIP W. MIYOSHI, ESQ.                  [*Via CM/ECF*]
(*philip@808-law.com*)
JAMES T. OGIWARA, ESQ.
(*james@808-law.com*)
Miyoshi & Hironaka LLLC
201 Merchant Street, Suite 2240
Honolulu, Hawaiʻi 96813

Attorneys for Defendant
TIFFANY JENNIFER LAM a.k.a.
JENNY LAM and/or TIFFANY KAO

1577956.3

CLIFFORD CHEN                              [*via U.S. Mail*]
4846 Sierra Drive
Honolulu, Hawai'i 96816
*(Cliff.hw.chen@gmail.com)*

Defendant/Cross-Claimant *Pro Se*

DATED:  Honolulu, Hawai'i, June 25, 2026.


_/s/ Kira J. Goo_
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
KIRA J. GOO
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

2

1577956.3