# MINUTES

CASE NUMBER:              1:22-cv-00283-LEK-WRP

CASE NAMES:               Pacmar Technologies LLC, *fka* Martin Defense Group,
                          LLC v. Kao, et al.

ATTY'S FOR PLA:           *Grant R. F. Allison
                          Lyle S. Hosoda

ATTY FOR DEFTS:           Philip Miyoshi

---

JUDGE:    Leslie E. Kobayashi      REPORTER:    Beth Krupa

DATE:     7/14/2026                TIME:        11:30am-12:30pm

---

COURT ACTION:   EP:    Hearing on [331] Defendant Tiffany Jennifer Lam's Motion for Summary Judgment held.

Oral arguments heard.

For reasons stated on the record, Defendant Tiffany Jennifer Lam's Motion for Summary Judgment [331] - TAKEN UNDER ADVISEMENT.

The Court will issue a briefing schedule on the issues requiring further argument, including, but not limited to, embezzlement, civil conspiracy, and aiding and abetting.

Submitted by: Carla Cortez, Courtroom Manager