Of Counsel:

LUNG ROSE VOSS & WAGNILD

CRYSTAL K. ROSE            3242-0
(*crose@legalhawaii.com*)
Attorney at Law
A Law Corporation
RYAN H. ENGLE             7590-0
(*rengle@legalhawaii.com*)
Attorney at Law
A Law Corporation
GRANT FASI ALLISON        10368-0
(*gallison@legalhawaii.com*)
Attorney at Law
A Law Corporation
JOHN D. FERRY III         9143-0
(*jferry@legalhawaii.com*)
KIRA J. GOO               11519-0
(*kgoo@legalhawaii.com*)
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

HOSODA LAW GROUP, AAL, ALC
LYLE S. HOSODA            3964-0
SPENCER J. LAU            11105-0
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone:  (808) 524-3700
Facsimile:   (808) 524-3838
Email:  *lsh@hosodalaw.com*; *sjl@hosodalaw.com*

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC), | ) ) ) | CASE NO. 1:22-cv-00283-LEK-WRP |

PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP,
LLC),

          Plaintiff,

     vs.

MARTIN KAO; TIFFANY JENNIFER
LAM a.k.a. JENNY LAM and/or
TIFFANY KAO; LAWRENCE
KAHELE LUM KEE; CLIFFORD
CHEN; DUKE HARTMAN; SOCIETY
OF YOUNG WOMEN SCIENTISTS
AND ENGINEERS LLC,

          Defendants.

_____

CLIFFORD CHEN,

          Cross-Claimant,

     vs.

MARTIN KAO,

          Cross-Claim Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:22-cv-00283-LEK-WRP

PLAINTIFF'S MOTION IN LIMINE
NO. 5 RE: MARTIN KAO'S TRIAL
TESTIMONY; MEMORANDUM IN
SUPPORT OF MOTION;
DECLARATION OF GRANT FASI
ALLISON; EXHIBITS A–F;
CERTIFICATE OF WORD COUNT;
CERTIFICATE OF SERVICE

Trial Judge: Hon. Leslie E. Kobayashi
Trial Date:   Vacated

PLAINTIFF'S MOTION IN LIMINE NO. 5
RE: MARTIN KAO'S TRIAL TESTIMONY

Plaintiff PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC ("**PacMar**"), by and through its undersigned attorneys, hereby moves for an order limiting the potential trial testimony of Defendant MARTIN KAO ("**Kao**"), individually and as 30(b)(6) representative of Defendant SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC ("**SYWSE**").  The relief requested in this Motion is not only appropriate, it is also necessary given Kao's repeated misuse of his Fifth Amendment privilege to evade his discovery obligations.  Kao cannot be allowed to benefit from his own prejudicial misconduct at trial.  Accordingly, the Court should enter an order that (1) bars Kao, individually and as 30(b)(6) representative of SYWSE, from withdrawing his Fifth Amendment privilege at this time and at trial with respect to all topics for which he previously asserted his Fifth Amendment in this case; and (2) finds that the scope of Kao's Fifth Amendment assertion was broad and encompassed all substantive and relevant factual topics in this case, including but not limited to: (i) his role within SYWSE, (ii) the signatures of all relevant SYWSE documents and checks, (iii) his communications with the other Defendants, and (iv) his discovery efforts.

This Motion is brought under Rules 7, 26 and 37 of the Federal Rules

of Civil Procedure, and is supported by the attached memorandum, declaration and

exhibits, the records and files herein, and such other matters of which the Court

may take notice.

DATED:  Honolulu, Hawaii, July 30, 2026.


/s/ Kira J. Goo
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
KIRA J. GOO
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)