IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>DECLARATION OF GRANT FASI ALLISON |

DECLARATION OF GRANT FASI ALLISON

I, GRANT FASI ALLISON, hereby declare as follows:

1. I am a partner with the law firm of Lung Rose Voss & Wagnild ("LRVW"), attorneys for Plaintiff PacMar Technologies LLC (f/k/a Martin Defense Group, LLC) ("PacMar" or "Plaintiff") in this matter.

2. I am competent to testify in the matters set forth herein and I make this declaration based upon my own personal knowledge and in support of Plaintiff's Supplemental Memorandum filed herein.

3. Attached hereto as Exhibit "1" is a true and correct copy of the deposition transcript of Martin Kao, as 30(b)(6) designee for the Society of Young Women Scientists and Engineers LLC, taken September 4, 2026 ("Kao 30(b)(6) Deposition").

4. Attached hereto as Exhibit "2" is a true and correct copy of the standalone signature taken from the Society of Young Women Scientists and Engineers LLC's ("SYWSE") Signature Card filed with Central Pacific Bank ("CPB"), which was previously marked and introduced as Ex. 6 in the Kao 30(b)(6) Deposition at 45:13–48:3.

5. Attached hereto as Exhibit "3" is a true and correct copy of the SYWSE Signature Card filed with CPB (containing the standalone signature shown in Exhibit "2" referenced above), which was previously marked and introduced as Ex. 14 in the Kao 30(b)(6) Deposition at 61:3-62:12.

6. Attached hereto as Exhibit "4" is a true and correct copy of the standalone signature taken from the (redacted) Rental Agreement by and among Geremy Robinson (as tenant) and Tiffany Lam and Kao (as landlord) for 4902 Kahala Ave., Honolulu, Hawaii, dated February 1, 2023 ("Kahala Lease") that Lam attached as Exhibit A to her sworn declaration ("Lam Declaration") filed in support of Defendant Martin Kao's Motion to Quash Garnishee Summons Directed to Geremy Robinson (Dkt 70) and/or to Discharge or Release Garnishee, Filed

April 10, 2023 in the Circuit Court of the First Circuit ("Motion to Quash"), which was previously marked and introduced as Ex. 7 in the Kao 30(b)(6) Deposition at 47:10-48:8

7. Attached hereto as Exhibit "5" is a true and correct copy of the Motion to Quash (containing the standalone signature to the Kahala Lease shown in Exhibit "4" referenced above), which was previously marked and introduced as Ex. 15 in the Kao 30(b)(6) Deposition at 62:15-66:14.

8. Attached hereto as Exhibit "6" is a true and correct copy of standalone signature taken from the Lam Declaration on the left and standalone signatures taken from the Kahala Lease on the right, which was previously marked and introduced as Ex. 16 in the Kao 30(b)(6) Deposition at 66:18-69:4.

9. Attached hereto as Exhibit "7" is a true and correct copy of a standalone signature taken from the Mortgage Security Agreement and Financing Statement, recorded June 29, 2020 in the State of Hawaii Office of the Assistant Registrar as Doc. No. T11137028 on Cert 1195474 and affecting real property located at TMK No. (1) 3-5-008-001 ("Kahala Mortgage"), which was previously marked and introduced as Ex. 9 in the Kao 30(b)(6) Deposition at 50:1-54:3.

10. Attached hereto as Exhibit "8" is a true and correct copy of standalone signatures taken from the Kahala Lease, the Lam Declaration, and

check no. 1005 drawn on SYSWE's CPB bank account, which was previously marked and introduced as Ex. 17 in the Kao 30(b)(6) Deposition at 70:2-73:21.

11. Attached hereto as Exhibit "9" is a true and correct copy of the signature taken from SYWSE's Operating Agreement, dated November 26, 2019 ("SYWSE Operating Agreement"), which was previously marked and introduced as Ex. 11 in the Kao 30(b)(6) Deposition at 54:9-54:17.

12. Attached hereto as Exhibit "10" is a true and correct copy of the SYWSE Operating Agreement (containing the standalone signature to the SYWSE Operating Agreement shown in Exhibit "9" referenced above), which was previously marked and introduced as Ex. 20 in the Kao 30(b)(6) Deposition at 92:12-93:11.

13. Attached hereto as Exhibit "11" is a true and correct copy of the standalone signature taken from SYWSE's Beneficial Ownership Certificate on filed with CPB, which was previously marked and introduced as Ex. 12 in the Kao 30(b)(6) Deposition at 54:23-55:16.

14. Attached hereto as Exhibit "12" is a true and correct copy of SYWSE's Beneficial Ownership Certificate filed with CPB (containing the standalone signature shown in Exhibit "11" referenced above), which was previously marked and introduced as Ex. 24 in the Kao 30(b)(6) Deposition at 101:6-105:10.

15. Attached hereto as Exhibit "13" is a true and correct copy of the deposition transcript of Martin Kao in his individual capacity, taken September 3, 2026 ("Kao Individual Deposition").

16. Attached hereto as Exhibit "14" is a true and correct copy of an email string, dated December 11, 2019, by and between Kahele Lum Kee, Lori Kutara at CPB attaching a photograph of Tiffany Jennifer Lam's Hawaii state driver's license, which was previously marked and introduced as Ex. 18 in the Kao 30(b)(6) Deposition at 74:5-79:20.

17. Attached hereto as Exhibit "15" is a true and correct copy of an email string, dated February 26, 2020 through January 21, 2021, between and among Lori Bofman, Clifford Chen, and Randall Hironaka, which was previously marked and introduced as Ex. 14 in the deposition of Clifford Chen, whose April 22, 2025 deposition transcript is in the record at Dkt. 343-9.

18. Attached hereto as Exhibit "16" is a true and correct copy of a spreadsheet summarizing charges that Tiffany Lam made on the American Express credit card, which SYWSE paid, which was previously marked and introduced as Ex. 17 in the January 9, 2026 deposition of Tiffany J. Lam, whose deposition transcript is in the record at Dkt. 343-20, at 150:7-20.

19. Attached hereto as Exhibit "17" is a certified copy of the Mortgage Security Agreement and Financing Statement, recorded June 29, 2020 in

the State of Hawaii Office of the Assistant Registrar as Doc. No. T11137028 on Cert 1195474 and affecting real property located at TMK No. (1) 3-5-008-001 (containing the standalone signature shown in Exhibit “7” referenced above).

I, GRANT FASI ALLISON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, October 1, 2026.

*/s/ Grant Fasi Allison*
GRANT FASI ALLISON