


Pacmar v. Kao
30(b)(6) of SYWSE
6

# EXHIBIT 2