CENTRAL PACIFIC BANK

# Signature Card

SAFE DEPOSIT BOX # ACCOUNT # CIF #

## CUSTOMER INFORMATION

SOCIETY OF YOUNG WOMEN SCIENTIST AND ENGINEERS LLC
ACCOUNT TITLE / LESSEE(S)

## ACCOUNT DETAILS

CARD PURPOSE: New Account OPEN DATE: CURRENT DATE:

OWNERSHIP TYPE: Limited Liability Company PRODUCT TYPE:

## SAFE DEPOSIT BOX INFORMATION

ANNUAL RENTAL FEE: DISCOUNT AMOUNT: PAYMENT ACCOUNT:

## ACCOUNT AGREEMENT

| | |
|---|---|
| ☒ | **DEPOSIT ACCOUNTS:** By signing this signature card, I/we agree to all of the terms and conditions contained in the Deposit Account Agreement & Disclosure, as amended from time to time, a copy of which I/we acknowledge Central Pacific Bank has provided to me/us. |
| ☐ | **SAFE DEPOSIT BOX:** Central Pacific Bank, in return for payment of one year's rental plus Hawaii general excise tax (HGET), leases the Safe Deposit Box listed above to the lessee(s) named above. This lease shall be for the period of one year from the date noted above and will be renewed each year after we receive the payment of the then annual rental fee, unless and until terminated as provided for in the separate Safe Deposit Box Lease Agreement. By signing this signature card, Lessee(s) are agreeing to all of the terms and conditions, and any subsequent amendment, and acknowledge the receipt of: a) two keys; and b) a copy of the Safe Deposit Box Lease Agreement. Receipt for the first year's rental will be reflected on Lessee(s) bank statement. Lessee(s) also authorize Central Pacific Bank to initiate automatic withdrawals for annual rent and Hawaii general excise tax (HGET) from Lessee(s) *Payment Account* listed above. |

## SUBSTITUTE FORM W-9 CERTIFICATION

TAXPAYER IDENTIFICATION NUMBER: **84-3810153**

**Under penalties of perjury, I certify that:** Non-resident aliens will complete a W-8 BEN in lieu of Substitute W-9 shown below

1. The number shown on this form above is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and
4. The Foreign Account Tax Compliance Act (FATCA) codes entered on this form (if any) indicating that I am exempt from FATCA reporting are correct. Exempt payee code: ______ Exemption from FATCA reporting code: ______

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. A copy of the instructions for completing Form W-9 is available upon request.

## AUTHORIZED SIGNERS

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| # | Print Name | Signature | # | Print Name | Signature |
|---|---|---|---|---|---|
| 1 | JENNIFER LAM | [signature] | 4 | | |
| 2 | | | 5 | | |
| 3 | | | 6 | | |

BRANCH # 235 BRANCH NAME: Map Coml Bkg Ctr PREPARED BY L. Kutara

NAC-001 (Revised 09/15/2019)



MDG025195

Pacmar v. Kao
30(b)(6) of SYWSE
14

EXHIBIT 4
WIT: LAM
DATE: 1/9/26
IDepo Hawaii, LLC

EXHIBIT 3

PAC-006867

CENTRAL PACIFIC BANK

# Business Resolutions

Society of Young Women Scientist and Engineers L

| ACCOUNT TITLE | ACCOUNT NUMBER | CIF NUMBER |
|---|---|---|
| Society of Young Women Scientist and Engineers L | | |

## BUSINESS RESOLUTIONS

The above named Account Title owner ("Customer"), those signing on behalf of Customer, those designated as Authorized Signer(s) of Customer, and those certifying these Master Business Resolutions ("Resolutions"), hereby all represent, affirm, approve and authorize the following to Central Pacific Bank ("Bank"):

Customer is an entity formed under Hawaii law or the law of the state of its formation and is registered in Hawaii to do business in Hawaii.

These Resolutions are on record on the books of Customer, were duly adopted and/or approved by Customer, and are in full force and effect and have not been modified or revoked in any manner. Nothing in these Resolutions violate the entity formation or any other organizational or entity documents of Customer. The authority vested in the authorized signers below will remain in full force and effect and Bank shall be fully protected in relying and acting upon them until a certified copy of a resolution of Customer revoking or modifying these resolutions and such authority has been filed with the Bank. Bank is released from any liability and shall be indemnified against any loss, liability or expense arising from honoring these Resolutions.

Bank is selected as a depository of Customer's funds and is authorized to establish, maintain, change, modify, and close a(n) account(s) on behalf of Customer. Any one of the authorized signers below may establish, maintain, change, modify, and close a(n) account(s) on behalf of Customer. Withdrawals from Customer's account(s), whether by check or other instrument or any other means or method, may be made by any one of the authorized signers below, and. Bank is requested and authorized to pay such check or other instrument or honor any other means or method of withdrawal.

## AUTHORIZED SIGNER(S)

**Individuals listed below have been authorized by the business to transact on this account**

| # | PRINT NAME | TITLE | # | PRINT NAME | TITLE |
|---|---|---|---|---|---|
| 1 | Jennifer Lam | Manager | 4 | | |
| 2 | | | 5 | | |
| 3 | | | 6 | | |

## CERTIFICATION

The undersigned certifies that these Resolutions have been duly adopted and/or approved by Customer and have not been modified or revoked by Customer and are in full force and effect, and that the undersigned is duly authorized by Customer to certify these Resolutions.

| Name | Signature | Title | Date |
|---|---|---|---|
| Jennifer Lam | [signature] | Manager | 12/10/19 |

| BRANCH # | BRANCH NAME | PREPARED BY | DATE |
|---|---|---|---|
| 235 | Map Coml Bkg Ctr | L. Kutara | |

CENTRAL PACIFIC BANK

# New Business Account Information

Beneficial owners and controlling parties must complete all items marked with an asterisk (*).

CIF NUMBER: ____________

ACCOUNT NUMBER(S): ____________

**PRODUCT TYPE(S)**

☑ Checking ☐ Savings ☐ Loan ☐ CD

**ACCOUNT OWNERSHIP TYPE**

☐ Sole Proprietorship ☐ Business DBA ☐ Partnership ☐ IOLTA
☑ LLC/LP/LLP/LLLP ☐ Corporation ☐ Unincorporated Organization

## BUSINESS ACCOUNT INFORMATION

| | |
|---|---|
| Name of Business (leave blank if sole proprietor with no business name)<br>Society of Young Women Scientist and Engineers LLC | Type of Business |
| Business Address<br>335 Merchant Street, Unit 2394, Honolulu, HI. 96804 | Mailing Address (if different from business address)<br>PO Box 2394, Honolulu, HI. 96804 |

| Business Phone | Fax Number | Tax ID # (SSN for Sole Proprietorship) | General Excise Tax License Number | Number of Employees |
|---|---|---|---|---|
| | | 84-3810153 | | |

| Date Business Established | Hours of Operation | Business Email Address |
|---|---|---|
| | | |

| Name & Title of Natural Person Opening Account | Business Website |
|---|---|
| Jennifer Lam, Manager | |

## INDIVIDUAL INFORMATION • 1

☐ Borrower ☑ Signer ☐ Guarantor ☐ Trustee ☐ Beneficial Owner ☑ Controlling Party

| | | |
|---|---|---|
| Name (First, Middle, Last)*<br>Jennifer Lam | Title of Signer<br>Manager | % Ownership |
| Residence Address* | Mailing Address (if different from residence address) | |

| ID Type* | ID Number* | ID Place of Issuance* | ID Issuance Date* | ID Expiration Date* |
|---|---|---|---|---|
| | | | | |

| Birth Date (MM/DD/YYYY)* | SSN/TIN* | Place of Birth | Email Address |
|---|---|---|---|
| | | | |

| Employer | Profession (Job Title) | Start Date | Business Email Address |
|---|---|---|---|
| | | | |

| Home Number | Cell Number | Business Number | Security Word | Security Word Hint |
|---|---|---|---|---|
| | | | | |

## INDIVIDUAL INFORMATION • 2

☐ Borrower ☐ Signer ☐ Guarantor ☐ Trustee ☐ Beneficial Owner ☐ Controlling Party

| | | |
|---|---|---|
| Name (First, Middle, Last)* | Title of Signer | % Ownership |
| Residence Address* | Mailing Address (if different from residence address) | |

| ID Type* | ID Number* | ID Place of Issuance* | ID Issuance Date* | ID Expiration Date* |
|---|---|---|---|---|
| | | | | |

| Birth Date (MM/DD/YYYY)* | SSN/TIN* | Place of Birth | Email Address |
|---|---|---|---|
| | | | |

| Employer | Profession (Job Title) | Start Date | Business Email Address |
|---|---|---|---|
| | | | |

| Home Number | Cell Number | Business Number | Security Word | Security Word Hint |
|---|---|---|---|---|
| | | | | |

## INDIVIDUAL INFORMATION • 3

☐ Borrower ☐ Signer ☐ Guarantor ☐ Trustee ☐ Beneficial Owner ☐ Controlling Party

| | | |
|---|---|---|
| Name (First, Middle, Last)* | Title of Signer | % Ownership |
| Residence Address* | Mailing Address (if different from residence address) | |

| ID Type* | ID Number* | ID Place of Issuance* | ID Issuance Date* | ID Expiration Date* |
|---|---|---|---|---|
| | | | | |

| Birth Date (MM/DD/YYYY)* | SSN/TIN* | Place of Birth | Email Address |
|---|---|---|---|
| | | | |

| Employer | Profession (Job Title) | Start Date | Business Email Address |
|---|---|---|---|
| | | | |

| Home Number | Cell Number | Business Number | Security Word | Security Word Hint |
|---|---|---|---|---|
| | | | | |

Beneficial owners and controlling parties must complete all items marked with an asterisk (*).

**CIF NUMBER:** ____________________

**ACCOUNT NUMBER(S):** ____________________

**INDIVIDUAL INFORMATION • 4** ☐ Borrower ☐ Signer ☐ Guarantor ☐ Trustee ☐ Beneficial Owner ☐ Controlling Party

| | | | | |
|---|---|---|---|---|
| Name (First, Middle, Last)* | | Title of Signer | | % Ownership |
| Residence Address* | | | Mailing Address (if different from residence address) | |
| ID Type* | ID Number* | ID Place of Issuance* | ID Issuance Date* | ID Expiration Date* |
| Birth Date (MM/DD/YYYY)* | SSN/TIN* | Place of Birth | Email Address | |
| Employer | Profession (Job Title) | Start Date | Business Email Address | |
| Home Number | Cell Number | Business Number | Security Word | Security Word Hint |

**INDIVIDUAL INFORMATION • 5** ☐ Borrower ☐ Signer ☐ Guarantor ☐ Trustee ☐ Beneficial Owner ☐ Controlling Party

| | | | | |
|---|---|---|---|---|
| Name (First, Middle, Last)* | | Title of Signer | | % Ownership |
| Residence Address* | | | Mailing Address (if different from residence address) | |
| ID Type* | ID Number* | ID Place of Issuance* | ID Issuance Date* | ID Expiration Date* |
| Birth Date (MM/DD/YYYY)* | SSN/TIN* | Place of Birth | Email Address | |
| Employer | Profession (Job Title) | Start Date | Business Email Address | |
| Home Number | Cell Number | Business Number | Security Word | Security Word Hint |

**CERTIFICATION OF BENEFICIAL OWNER(S)**

I, Jennifer Lam *(name of natural person opening account)*, hereby certify, to the best of my knowledge, that the information provided above is complete and correct, and that I will inform Central Pacific Bank if there are any changes in beneficial owners or individuals with significant responsibility for the legal entity.

Signature: [signature] Date: 12/10/19

| BANK USE | VERIFIED BY |
|---|---|
| ☐ Central Pacific Bank has verified the identity of all Beneficial Owners and Controlling Parties. | |

**RECERTIFICATION**

I hereby certify, to the best of my knowledge, that the information previously provided herein regarding the beneficial owners (25% or greater ownership interest) of the legal entity and the individual with significant responsibility for managing the legal entity, is complete and correct and has not changed.

| Name | Position/Title | Signature | Date | Verified By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

CENTRAL PACIFIC BANK

# Signature Card

| SAFE DEPOSIT BOX # | ACCOUNT # | CIF # |
|---|---|---|
| | | 784218 |

## CUSTOMER INFORMATION

SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC
ACCOUNT TITLE / LESSEE(S)

## ACCOUNT DETAILS

CARD PURPOSE: Name Change OPEN DATE: 12/13/2019 CURRENT DATE: ____________

OWNERSHIP TYPE: Limited Liability Company PRODUCT TYPE: Totally Free Business Checking

## SAFE DEPOSIT BOX INFORMATION

ANNUAL RENTAL FEE: ________ DISCOUNT AMOUNT: ____________ PAYMENT ACCOUNT: ____________

## ACCOUNT AGREEMENT

| | |
|---|---|
| ☒ | **DEPOSIT ACCOUNTS:** By signing this signature card, I/we agree to all of the terms and conditions contained in the Deposit Account Agreement & Disclosure, as amended from time to time, a copy of which I/we acknowledge Central Pacific Bank has provided to me/us. |
| ☐ | **SAFE DEPOSIT BOX:** Central Pacific Bank, in return for payment of one year's rental plus Hawaii general excise tax (HGET), leases the Safe Deposit Box listed above to the lessee(s) named above. This lease shall be for the period of one year from the date noted above and will be renewed each year after we receive the payment of the then annual rental fee, unless and until terminated as provided for in the separate Safe Deposit Box Lease Agreement. By signing this signature card, Lessee(s) are agreeing to all of the terms and conditions, and any subsequent amendment, and acknowledge the receipt of: a) two keys; and b) a copy of the Safe Deposit Box Lease Agreement. Receipt for the first year's rental will be reflected on Lessee(s) bank statement. Lessee(s) also authorize Central Pacific Bank to initiate automatic withdrawals for annual rent and Hawaii general excise tax (HGET) from Lessee(s) *Payment Account* listed above. |

## SUBSTITUTE FORM W-9 CERTIFICATION

**TAXPAYER IDENTIFICATION NUMBER:**

**Under penalties of perjury, I certify that:** Non-resident aliens will complete a W-8 BEN in lieu of Substitute W-9 shown below

1. The number shown on this form above is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and
4. The Foreign Account Tax Compliance Act (FATCA) codes entered on this form (if any) indicating that I am exempt from FATCA reporting are correct. Exempt payee code: ____________ Exemption from FATCA reporting code: ____________

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. A copy of the instructions for completing Form W-9 is available upon request.

## AUTHORIZED SIGNERS

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| # | Print Name | Signature | # | Print Name | Signature |
|---|---|---|---|---|---|
| 1 | Tiffany Jennifer Lam | [signature] | 4 | | |
| 2 | | | 5 | | |
| 3 | | | 6 | | |

BRANCH # 235 BRANCH NAME Map Comm Bkg Ctr PREPARED BY: L Kutara

CENTRAL PACIFIC BANK

# Business Resolutions

| ACCOUNT TITLE | ACCOUNT NUMBER | CIF NUMBER |
| --- | --- | --- |
| SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC | | 784218 |

## BUSINESS RESOLUTIONS

The above named Account Title owner ("Customer"), those signing on behalf of Customer, those designated as Authorized Signer(s) of Customer, and those certifying these Master Business Resolutions ("Resolutions"), hereby all represent, affirm, approve and authorize the following to Central Pacific Bank ("Bank"):

Customer is an entity formed under Hawaii law or the law of the state of its formation and is registered in Hawaii to do business in Hawaii.

These Resolutions are on record on the books of Customer, were duly adopted and/or approved by Customer, and are in full force and effect and have not been modified or revoked in any manner. Nothing in these Resolutions violate the entity formation or any other organizational or entity documents of Customer. The authority vested in the authorized signers below will remain in full force and effect and Bank shall be fully protected in relying and acting upon them until a certified copy of a resolution of Customer revoking or modifying these resolutions and such authority has been filed with the Bank. Bank is released from any liability and shall be indemnified against any loss, liability or expense arising from honoring these Resolutions.

Bank is selected as a depository of Customer's funds and is authorized to establish, maintain, change, modify, and close a(n) account(s) on behalf of Customer. Any one of the authorized signers below may establish, maintain, change, modify, and close a(n) account(s) on behalf of Customer. Withdrawals from Customer's account(s), whether by check or other instrument or any other means or method, may be made by any one of the authorized signers below, and. Bank is requested and authorized to pay such check or other instrument or honor any other means or method of withdrawal.

## AUTHORIZED SIGNER(S)

Individuals listed below have been authorized by the business to transact on this account

| # | PRINT NAME | TITLE |
| --- | --- | --- |
| 1 | Tiffany Jennifer Lam | Manager |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## CERTIFICATION

The undersigned certifies that these Resolutions have been duly adopted and/or approved by Customer and have not been modified or revoked by Customer and are in full force and effect, and that the undersigned is duly authorized by Customer to certify these Resolutions.

| Name | Title | Signature | Date |
| --- | --- | --- | --- |
| Tiffany Jennifer Lam | Manager | [signature] | |

| BRANCH # | BRANCH NAME | PREPARED BY | DATE |
| --- | --- | --- | --- |
| 235 | Map Coml Bkg Ctr | L. Kutara | |