

LANDLORD:

X ________________________

Tiffany Lam

Pacmar v. Kao
30(b)(6) of SYWSE
7

exhibitsticker.com

# EXHIBIT 4