I, declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information, and belief.

DATED: Honolulu, Hawaii, April 10, 2023

TIFFANY LAM

**EXHIBIT 6**

**9. Sign and Accept**

ACCEPTANCE OF LEASE

By signing below, the parties agree to the foregoing and acknowledge they have been provided a copy of this agreement.

**LANDLORD:**

X ____________
Tiffany Lam

X ____________
Martin Kao

**As Tenants by the Entirety**

**TENANT:**

X ____________
Geremy G. Robinson

Pacmar v. Kao
30(b)(6) of SYWSE
16