


Pacmar v. Kao
30(b)(6) of SYWSE
9

exhibitsticker.com

**EXHIBIT 7**