Society Check No 1005



Lease Agreement with Geremy G. Robinson




Tiffany Declaration Dated April 10, 2023 – Martin Kao's Motion to Qush




**EXHIBIT 8**

Pacmar v. Kao
30(b)(6) of SYWSE
17