

By:________________________________
Jennifer Lam, its Manager and Member

Pacmar v. Kao
30(b)(6) of SYWSE
11
exhibitsticker.com

# EXHIBIT 9