

I, Tiffany Jennifer Lam (n
that the information provided above is co
changes in beneficial owners or individuals

Signature

Pacmar v. Kao
30(b)(6) of SYWSE
12
exhibitsticker.com

**EXHIBIT 11**