CENTRAL PACIFIC BANK

# Beneficial Ownership Certification

CIF: 784218
New Account Number: ____________

## I. GENERAL INSTRUCTIONS

### What is this form?

To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

### Who has to complete this form?

This form must be completed by the person opening a new account on behalf of a legal entity with any of the following U.S. financial institutions: (i) a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities. For the purposes of this form, a **legal entity** includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country. **Legal entity** does not include sole proprietorships, unincorporated associations, or natural persons opening accounts on their own behalf.

### What information do I have to provide?

This form requires you to provide the name, address, date of birth and Social Security number (or passport number or other similar information, in the case of Non-U.S. Persons) for the following individuals *(i.e.,* the **beneficial owners):**

i. Each individual, if any, who owns, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer *(e.g.,* each natural person that owns 25 percent or more of the shares of a corporation); **and**

ii. An individual with significant responsibility for managing the legal entity customer *(e.g.,* a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (i), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (i), you must provide the identifying information of one individual under section (ii). It is possible that in some circumstances the same individual might be identified under both sections *(e.g.,* the President of Acme, Inc. who also holds a 30% equity interest). Thus, a completed form will contain the identifying information of at least one individual (under section (ii)), and up to five individuals *(i.e.* one individual under section (ii) and four 25 percent equity holders under section (i)).
We may also ask to see a copy of a driver's license or other identifying document for each beneficial owner listed on this form.

## II. BENEFICIAL OWNER CERTIFICATION

**Persons opening an account on behalf of a legal entity must provide the following information:**

*a. Natural Person Opening Account:*

| | |
|---|---|
| Tiffany Jennifer Lam | Authorized Representative |
| **NAME** | **TITLE** |

*b. Legal Entity for Which the Account is Being Opened:*

| | |
|---|---|
| Society of Young Women Scientists and | Limited Liability Company |
| **NAME** | **ENTITY TYPE** |

**ADDRESS:** 307A Kamani Street, Honolulu, HI 96813



**EXHIBIT 12**

Pacmar v. Kao
30(b)(6) of SYWSE
24
exhibitsticker.com

MDG021777
PAC-008192

**CIF:** 784218
**New Account Number:** ______

*c. The following information for each individual if any, who, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above:*

☐ ← **If no individual meets the above definition, please check this box**

| | BENEFICIAL OWNER #1 | BENEFICIAL OWNER #2 | BENEFICIAL OWNER #3 | BENEFICIAL OWNER #4 |
|---|---|---|---|---|
| Full Name | Tiffany Jennifer Lam | | | |
| Date of Birth | 08/08/1976 | | | |
| Social Security Number or Tax ID (1) | 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 | | | |
| Physical Address (2) | 1198 Ikena Circle Honolulu, HI 96821 | | | |
| % of Ownership | 100 % | % | % | % |

*d. The following information for one individual with significant responsibility for managing the legal entity listed above, such as:*

- *An executive officer or senior manager (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or*
- *Any other individual who regularly performs similar functions.*

(If appropriate, an individual listed under section (c) above may also be listed in this section (d).

| CONTROLLING PARTY | ☑ Controlling Party is the **SAME** person listed in the Beneficial Owner #1 section above |
|---|---|
| Full Name | |
| Control Party Category | OT - Other |
| Date of Birth | |
| Social Security Number or Tax ID (1) | |
| Physical Address (2) | |

**I,** Tiffany Jennifer Lam *(name of natural person opening account)*, **hereby certify, to the best of my knowledge, that the information provided above is complete and correct, and that I will inform Central Pacific Bank if there are any changes in beneficial owners or individuals with significant responsibility for the legal entity.**

Signature ______ Date 04/22/2020

(1) For US Persons: Provide SSN; For Non-US Persons provide Tax Identification Number if available
(2) Residential or Business Street Address – Must be Physical Address; No PO Boxes

| BANK USE | | VERIFIED BY |
|---|---|---|
| | Central Pacific Bank has verified the identity of all Beneficial Owners and Controlling Parties. | |

**RECERTIFICATION**

I hereby certify, to the best of my knowledge, that the information previously provided herein regarding the beneficial owners (25% or greater ownership interest) of the legal entity and the individual with significant responsibility for managing the legal entity, is complete and correct and has not changed.

| Name | Position/Title | Signature | Date | Verified By |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |