**From:** Kahele Lum Kee <klumkee@mdefensegroup.com>
**Sent time:** 12/11/2019 01:42:51 PM
**To:** lori.kutara@centralpacificbank.com
**Subject:** FW:
**Attachments:** IMG_48011.jpg image002.png

Please see attached. Thanks.

NAVATEK
841 Bishop Street
Suite 1110
Honolulu, HI 96813
www.navatekltd.com

L. Kahele Lum Kee
Controller
office: (808) 695-6676
klumkee@navatekllc.com

**From:** 8083986921@pm.sprint.com <8083986921@pm.sprint.com>
**Sent:** Wednesday, December 11, 2019 1:42 PM
**To:** Kahele Lum Kee
**Subject:**

Sent from my mobile.




Pacmar v. Kao
30(b)(6) of SYWSE
18

# EXHIBIT 14