Personal Expenses - Tiffany Lam's AMEX

| Date | Category | Vendor | Amount | Source Doc. Exh. | Source Doc Pincite Bates | Payment Exh. | Payment Pincite Bates | Ledger Exh. | Ledger Pincite Bates | Add'l Doc. Exh. | Add'l Doc. Pincite Bates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/19 | Personal Expenses - Tiffany Lam's AMEX | Big Island Candies, Inc. | 464.50 | MDG-003 | MDG00073870 | MDG-074 | MDG00427131 | MDG-152 | MDG00196390 | | |
| 02/28/19 | Personal Expenses - Tiffany Lam's AMEX | Honolulu Cookie Co. | 744.37 | MDG-003 | MDG00073870 | MDG-074 | MDG00427131 | MDG-152 | MDG00196390 | MDG-003 | MDG00073879 |
| 03/08/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-003 | MDG00073870 | MDG-074 | MDG00427131 | MDG-152 | MDG00196390 | | |
| 03/10/19 | Personal Expenses - Tiffany Lam's AMEX | Fujioka's Wine Times | 264.93 | MDG-003 | MDG00073870 | MDG-074 | MDG00427131 | MDG-152 | MDG00196390 | | |
| 03/10/19 | Personal Expenses - Tiffany Lam's AMEX | Fujioka's Wine Times | 915.16 | MDG-003 | MDG00073870 | MDG-074 | MDG00427131 | MDG-152 | MDG00196390 | | |
| 03/18/19 | Personal Expenses - Tiffany Lam's AMEX | Honolulu Cookie Co. | 273.81 | MDG-003 | MDG00073870 | MDG-074 | MDG00427132 | MDG-152 | MDG00196390 | | |
| 04/05/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-005 | MDG00079279 | MDG-075 | MDG00427933 | MDG-152 | MDG00196390 | | |
| 04/06/19 | Personal Expenses - Tiffany Lam's AMEX | FEDEX | 59.99 | MDG-005 | MDG00079279 | MDG-075 | MDG00427933 | MDG-152 | MDG00196390 | | |
| 04/16/19 | Personal Expenses - Tiffany Lam's AMEX | Domino's | 230.16 | MDG-005 | MDG00079279 | MDG-075 | MDG00427933 | MDG-152 | MDG00196394 | MDG-005 | MDG00079283 |
| 04/26/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-005 | MDG00079279 | MDG-075 | MDG00427933 | MDG-152 | MDG00196412 | | |
| 04/30/19 | Personal Expenses - Tiffany Lam's AMEX | Edible Arrangement | 131.93 | MDG-007 | MDG00087300 | MDG-076 | MDG00428239 | MDG-152 | MDG00196390 | | |
| 06/05/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-010 | MDG00095250 | MDG-077 | MDG02242452 | | | | |
| 06/27/19 | Personal Expenses - Tiffany Lam's AMEX | Amazon | 80.88 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298208 | | | | |
| 06/27/19 | Personal Expenses - Tiffany Lam's AMEX | Amazon | 407.79 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298208 | | | | |
| 07/02/19 | Personal Expenses - Tiffany Lam's AMEX | Honolulu Cookie Co. | 143.87 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298208 | | | | |
| 07/03/19 | Personal Expenses - Tiffany Lam's AMEX | Honolulu Cookie Co. | 143.87 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298208 | | | | |
| 07/06/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298208 | | | | |
| 07/19/19 | Personal Expenses - Tiffany Lam's AMEX | Honolulu Cookie Co. | 496.18 | MDG-014 | MDG00602859 | MDG-078 | MDG-DCGJ00298209 | | | | |
| 08/05/19 | Personal Expenses - Tiffany Lam's AMEX | Itunes.com/Bill | 6.27 | MDG-018 | MDG02288777 | MDG-079 | MDG00430363 | MDG-154 | MDG00196136 | | |
| 08/14/19 | Personal Expenses - Tiffany Lam's AMEX | FedEx | 99.49 | MDG-018 | MDG02288777 | MDG-079 | MDG00430363 | MDG-154 | MDG00196129 | | |
| 08/16/19 | Personal Expenses - Tiffany Lam's AMEX | The UPS Store | 78.42 | MDG-018 | MDG02288777 | MDG-079 | MDG00430363 | MDG-154 | MDG00196129 | | |
| 09/26/19 | Personal Expenses - Tiffany Lam's AMEX | Neiman Marcus | 182.71 | MDG-021 | MDG00109326 | MDG-080 | MDG-DCGJ00201 | MDG-154 | MDG00196118 | | |
| 09/26/19 | Personal Expenses - Tiffany Lam's AMEX | Neiman Marcus | 615.00 | MDG-021 | MDG00109326 | MDG-080 | MDG-DCGJ00201 | MDG-154 | MDG00196118 | | |
| 09/27/19 | Personal Expenses - Tiffany Lam's AMEX | Neiman Marcus | (256.00) | MDG-025 | MDG00116678 | MDG-081 | MDG01220469 | MDG-154 | MDG00196118 | | |
| 10/02/19 | Personal Expenses - Tiffany Lam's AMEX | Apple Store | 1,046.07 | MDG-025 | MDG00116678 | MDG-081 | MDG01220479 | MDG-154 | MDG00196118 | | |
| 11/11/19 | Personal Expenses - Tiffany Lam's AMEX | The UPS Store | 112.68 | MDG-029 | MDG00217780 | MDG-082 | MDG00431809 | MDG-154 | MDG00196132 | | |
| 11/11/19 | Personal Expenses - Tiffany Lam's AMEX | The UPS Store | 949.87 | MDG-029 | MDG00217780 | MDG-082 | MDG00431809 | MDG-154 | MDG00196132 | | |
| 11/26/19 | Personal Expenses - Tiffany Lam's AMEX | Apple Store | 1,517.28 | MDG-029 | MDG00217780 | MDG-082 | MDG00431809 | MDG-154 | MDG00196132 | | |
| 01/27/20 | Personal Expenses - Tiffany Lam's AMEX | Fujioka's Wine Times | 1,516.00 | MDG-037 | MDG00281064 | MDG-084 | MDG00131732 | MDG-153 | MDG00196621 | MDG-037 | MDG00281079-80 |
| 01/28/20 | Personal Expenses - Tiffany Lam's AMEX | Mission Liquor & Tobacco | 419.88 | MDG-037 | MDG00281064 | MDG-084 | MDG00131732 | MDG-153 | MDG00196621 | MDG-037 | MDG00281078 |
| 01/29/20 | Personal Expenses - Tiffany Lam's AMEX | KL Winemerchants RWC | 444.99 | MDG-040 | MDG00139800 | MDG-085 | MDG00138230 | MDG-153 | MDG00196622 | | |
| 01/29/20 | Personal Expenses - Tiffany Lam's AMEX | Apple Online Store | 5,337.17 | MDG-040 | MDG00139800 | MDG-085 | MDG00138231 | MDG-153 | MDG00196648 | | |
| 10/30/20 | Personal Expenses - Tiffany Lam's AMEX | DCCA | 73.50 | MDG-072 | MDG-HIGJ00193037 | MDG-223 | MDG02253658 | | | | |
| **Subtotal - Personal Expenses - Tiffany Lam's** | | | **16,532.12** | | | | | | | | |

# EXHIBIT 16

EXHIBIT 17
WIT: LAM
DATE: 1/9/26
iDepo Hawaii, LLC