IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACMAR TECHNOLOGIES LLC (f/k/a MARTIN DEFENSE GROUP, LLC),<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN KAO; TIFFANY JENNIFER LAM a.k.a. JENNY LAM and/or TIFFANY KAO; LAWRENCE KAHELE LUM KEE; CLIFFORD CHEN; DUKE HARTMAN; SOCIETY OF YOUNG WOMEN SCIENTISTS AND ENGINEERS LLC,<br><br>Defendants. | CASE NO. 1:22-cv-00283-LEK-WRP<br><br>CERTIFICATE OF SERVICE |
| CLIFFORD CHEN,<br><br>Cross-Claimant,<br><br>vs.<br><br>MARTIN KAO,<br><br>Cross-Claim Defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date noted below, a true and correct copy of the foregoing document was served upon the following parties via CM/ECF electronic filing and U.S. Mail, postage prepaid on October 1, 2026:

KEITH M. KIUCHI, ESQ. [*Via CM/ECF*]
(*kkiuchi106@cs.com*)
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813

Attorney for Defendant/Cross-Claim Defendant
MARTIN KAO and Defendant SOCIETY OF YOUNG
WOMEN SCIENTISTS AND ENGINEERS LLC

PHILIP W. MIYOSHI, ESQ. [*Via CM/ECF*]
(*philip@808-law.com*)
JAMES T. OGIWARA, ESQ.
(*james@808-law.com*)
Miyoshi & Hironaka LLLC
201 Merchant Street, Suite 2240
Honolulu, Hawaii 96813

Attorneys for Defendant
TIFFANY JENNIFER LAM a.k.a.
JENNY LAM and/or TIFFANY KAO

CLIFFORD CHEN [U.S. Mail]
4846 Sierra Drive
Honolulu, Hawaii 96816
*(Cliff.hw.chen@gmail.com)*

Defendant/Cross-Claimant *Pro Se*

DATED: Honolulu, Hawaii, October 1, 2026.

*__/s/ Grant Fasi Allison__*
CRYSTAL K. ROSE
RYAN H. ENGLE
GRANT FASI ALLISON
JOHN D. FERRY III
KIRA J. GOO
LYLE S. HOSODA
SPENCER J. LAU

Attorneys for Plaintiff
PACMAR TECHNOLOGIES LLC
(f/k/a MARTIN DEFENSE GROUP, LLC)